**FILED**
United States District Court
Western District of Arkansas
May 21 2025
Office of the Clerk

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MIKKI HASTINGS as Personal Representative and SPECIAL ADMINISTRATRIX of the Estate of WILLIS PAUL LEE, JR., DECEASED, on behalf of the individual and survival heirs and Wrongful Death Beneficiaries of WILLIS PAUL LEE, JR., deceased** **PLAINTIFF**

**v.** **CASE NO.:** 6:25cv6053-SOH

**MONTANA CARRIERS, INC.; JAGDEEP DHILLON; JOHN DOES 1-3 and JOHN DOE ENTITIES 1-3** **DEFENDANTS**

**JOINT NOTICE OF REMOVAL**

COME now the Defendants, Montana Carriers, Inc. and Jagdeep Dhillon (collectively "the Defendants"), by and through their attorneys, Puryear Mayfield & McNeil, P.A., and hereby remove to this Court the action captioned as *Mikki Hastings as Personal Representative and Special Administratrix of the Estate of Willis Paul Lee, Jr., deceased, on behalf of the individual and survival heirs and Wrongful Death Beneficiaries of Willis Paul Lee, Jr., deceased v. Montana Carriers, Inc.; Jagdeep Dhillon; John Does 1-3 and John Doe Entities 1-3*, Case No. 10CV-25-75, on the docket of the Circuit Court of Clark County, Arkansas; and in support of their Joint Notice of Removal, respectfully state:

1. On March 24, 2025, Plaintiff initiated the above-captioned lawsuit by filing a Complaint in the Circuit Court of Clark County, Arkansas. A copy of all process, pleadings, orders and other papers on file in the state court action is attached as "Exhibit A."

2. On April 26, 2025, counsel for the Defendants, Montana Carriers, Inc. and Jagdeep Dhillon, accepted service on behalf of the Defendants.

3. This notice of removal is filed within thirty (30) days after the Defendants' receipt

of said documents, and is therefore timely pursuant to 28 U.S.C. § 1446(b).

4. Removal to the Hot Springs Division of the United States District Court for the Western District of Arkansas is proper under 28 U.S.C. § 1441 because the Hot Springs Division embraces the place where the state court action is pending.

5. Plaintiff alleges that she is a citizen of the State of Arkansas and resides in Okolona, Arkansas; and Plaintiff alleges that prior to his death, Decedent Willis Paul Lee, Jr. was a citizen and resident of Chidester, Arkansas. Plaintiff is the appointed special administratrix of the Estate of the Decedent. (Exhibit A)

6. Defendant, Montana Carriers, Inc., is a foreign, for-profit entity whose principal place of business is located in Ontario, Canada – both currently and at the time the Complaint was filed.

7. Defendant Jagdeep Dhillon is a citizen of Brampton, Ontario, Canada—both currently and at the time the Complaint was filed.

8. Plaintiff's Complaint also names John Does 1-3 and John Doe Entities 1-3, alternatively, to identify any individual person, defendant and/or entity with which any individual person and/or defendant may be associated. (Exhibit A, Plaintiff's Complaint, at ¶¶ 25-27) The citizenship of a defendant sued under a fictitious name shall be disregarded for removal. 28 U.S.C. § 1441(b)(1).

9. All proper defendants have joined in the removal of this action.

10. Plaintiff has alleged that she is entitled to recover compensatory damages, including Decedent's pain and suffering, scarring and disfigurement until passing, medical expenses, mental anguish, and funeral expenses, as well as pre- and post-judgment interest. Plaintiff specifically demands judgment against the Defendants "for a sum in excess of that required for federal court

jurisdiction in diversity of citizenship cases…" and for compensation to Decedent's estate from his allegedly resulting death. (Exhibit A, Plaintiff's Complaint at ¶¶ 98-101, 103-104.

11. Thus, complete diversity of citizenship exists between the parties, and the amount in controversy exceeds $75,000, excluding interest and costs.

12. This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a), because this lawsuit is an action between citizens of different states, and the matter in controversy exceeds $75,000, exclusive of interest and costs.

13. Plaintiff also demands a jury trial for all issues. The Defendants join in that demand.

14. The Defendants are concurrently filing a copy of this Notice of Removal with the Clerk of the Circuit Court of Clark County, Arkansas, pursuant to 28 U.S.C. § 1446(d), and will provide a copy to counsel for plaintiff.

WHEREFORE, the Defendants, Montana Carriers, Inc. and Jagdeep Dhillon, pray that the above captioned lawsuit be removed from the Circuit Court of Clark County, Arkansas to the United States District Court for the Western District of Arkansas, Hot Springs Division; and for all other relief to which they are entitled.

Respectfully submitted,

Jeffrey W. Puryear (Ark. Bar No. 93109)
PURYEAR MAYFIELD & McNEIL, P.A.
3000 Browns Lane
Jonesboro, AR 72401
(870) 932-0900
jpuryear@pmmlawfirm.com

By: /s/ Jeffrey W. Puryear
*Attorney for Defendants,*
*Montana Carriers, Inc. and Jagdeep Dhillon*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send electronic notice to counsel of record.

Bryce Brewer
Rainwater, Holt & Sexton, P.A.
P.O. Box 17250
Little Rock, Arkansas 72222
bbrewer@rainfirm.com

/s/ Jeffrey W. Puryear
Jeffrey W. Puryear