**IN THE CIRCUIT COURT OF CLARK COUNTY, ARKANSAS**
**CIVIL DIVISION**

**MIKKI HASTING, as**
**Special Administratrix of the**
**ESTATE OF WILLIS PAUL LEE, JR., Deceased** **PLAINTIFF**

**vs.** **Case No.:** 10CV-25-75

**JAGDEEP SINGH DHILLON and**
**MONTANA CARRIERS INC.** **DEFENDANTS**

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

Stephen Smith
c/o Montana Carriers Inc.
1206 Garrison Avenue
Fort Smith, AR 72901

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Bryce Brewer, Esquire, Rainwater, Holt & Sexton, P.A., P.O. Box 17250, Little Rock, Arkansas 72222.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the complaint.

**Additional Notices Included:** ______________________________

CLERK OF COURT

Address of Clerk's Office
401 Clay Street, Second Floor
Arkadelphia, AR 71923

______________________

Tami Ray, D.C.
[Signature of Clerk or Deputy Clerk]

Date: 4/28/2025

[SEAL]

SEAL OF CIRCUIT CLERK
CLARK COUNTY, ARKANSAS

**No. ______________: This summons is for Stephen Smith c/o Montana Carriers Inc.**

## PROOF OF SERVICE

□ On _______________ [date] I personally delivered the summons and complaint to the defendant at __________ [place]; or

□ After making my purpose to deliver the summons and complaint clear, on ___________________ [date] I left the summons and complaint in the close proximity of the defendant by ______________________________________ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

□ On ________________ [date] I left the summons and complaint with _______________, a member of the defendant's family at least 18 years of age, at _______________________ [address], a place where the defendant resides; or

□ On_____________________ [date] I delivered the summons and complaint to __________ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of ____________________ [name of defendant]; or

□ On ________________________ [date] at ________________________ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with

_________________________________________________________________________

[name and job description]; or

□ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

□ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

□ Other [specify]:

□ I was unable to execute service because:

My fee is $ __________.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: __________ SHERIFF OF CLARK COUNTY, ARKANSAS.

By: ______________________________________________
[signature of server]

______________________________________________
[printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: __________

By: ______________________________________________
[signature of server]

______________________________________________
[printed name]

Address: ____________________________________________

Phone: ___________________________________

Subscribed and sworn to before me this date: __________

Notary Public _____________________________________

My Commission Expires: ___________________________________

Additional information regarding service or attempted service:

______________________________________________________________________

______________________________________________________________________

**IN THE CIRCUIT COURT OF CLARK COUNTY, ARKANSAS**
**CIVIL DIVISION**

**MIKKI HASTING, as**
**Special Administratrix of the**
**ESTATE OF WILLIS PAUL LEE, JR., Deceased** **PLAINTIFF**

**vs.** **Case No.:** 10CV-25-75

**JAGDEEP SINGH DHILLON and**
**MONTANA CARRIERS INC.** **DEFENDANTS**

**SUMMONS**

**THE STATE OF ARKANSAS TO DEFENDANT:**

Jagdeep Dhillon
134 Banting Cres
Brampton, Ontario, LFT

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it) — or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas — you must file with the clerk of this court a written answer to the complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the plaintiff or plaintiff's attorney, whose name and address are: Bryce Brewer, Esquire, Rainwater, Holt & Sexton, P.A., P.O. Box 17250, Little Rock, Arkansas 72222.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the co2q!mplaint.

**Additional Notices Included:** ______________________________

CLERK OF COURT

Address of Clerk's Office
401 Clay Street, Second Floor
Arkadelphia, AR 71923

Tami Ray, D.C.
[Signature of Clerk or Deputy Clerk]

Date: 4/28/2025

[SEAL]

SEAL OF CIRCUIT CLERK
CLARK COUNTY, ARKANSAS

**No. _______________: This summons is for Jagdeep Dhillon.**

**PROOF OF SERVICE**

□ On ________________ [date] I personally delivered the summons and complaint to the defendant at __________ [place]; or

□ After making my purpose to deliver the summons and complaint clear, on ___________________ [date] I left the summons and complaint in the close proximity of the defendant by ______________________________________ [describe how the summons and complaint was left] after he/she refused to receive it when I offered it to him/her; or

□ On ________________ [date] I left the summons and complaint with _______________, a member of the defendant's family at least 18 years of age, at _______________________ [address], a place where the defendant resides; or

□ On_____________________ [date] I delivered the summons and complaint to __________ [name of individual], an agent authorized by appointment or by law to receive service of summons on behalf of ____________________ [name of defendant]; or

□ On ________________________ [date] at ________________________ [address], where the defendant maintains an office or other fixed location for the conduct of business, during normal working hours I left the summons and complaint with

________________________________________________________________________ [name and job description]; or

□ I am the plaintiff or an attorney of record for the plaintiff in a lawsuit, and I served the summons and complaint on the defendant by certified mail, return receipt requested, restricted delivery, as shown by the attached signed return receipt.

□ I am the plaintiff or attorney of record for the plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with two copies of a notice and acknowledgment and received the attached notice and acknowledgment form within twenty days after the date of mailing.

□ Other [specify]:

□ I was unable to execute service because:

My fee is $ __________.

**To be completed if service is by a sheriff or deputy sheriff:**

Date: __________ SHERIFF OF CLARK COUNTY, ARKANSAS.

By: ______________________________________________
[signature of server]

______________________________________________
[printed name, title, and badge number]

**To be completed if service is by a person other than a sheriff or deputy sheriff:**

Date: __________

By: ______________________________________________
[signature of server]

______________________________________________
[printed name]

Address: ____________________________________________

Phone: ____________________________________

Subscribed and sworn to before me this date: __________

Notary Public ______________________________________

My Commission Expires: ____________________________________

Additional information regarding service or attempted service:

________________________________________________________________________

________________________________________________________________________