**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MIKKI HASTINGS as Personal Representative and SPECIAL ADMINISTRATRIX of the Estate of WILLIS PAUL LEE, JR., DECEASED, on behalf of the individual and survival heirs and Wrongful Death Beneficiaries of WILLIS PAUL LEE, JR., deceased** **PLAINTIFFS**

**v.** **CASE NO.: 6:25-cv-06053**

**MONTANA CARRIERS, INC.; JAGDEEP DHILLON; JOHN DOES 1-3 and JOHN DOE ENTITIES 1-3** **DEFENDANTS**

**JOINT RULE 26(f) REPORT**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, plaintiffs, Mikki Hastings as Personal Representative and Special Administratrix of the Estate of Willis Paul Lee, Jr., Deceased, and defendants, Montana Carriers, Inc. and Jagdeep Dhillon, through their respective counsel, submit this Joint Rule 26(f) Report on the agreements they have reached.

1. Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a): None.

2. Date when mandatory disclosures will be made: Rule 26(a)(1) disclosures will be made on August 18, 2025. Rule 26(a)(2) disclosures will be made 120 days before trial, with rebuttal disclosures, if any, due ninety (90) days before trial. Rule 26(a)(3) disclosures will be made thirty (30) days before trial.

3. Subjects on which discovery may be needed: Discovery is needed regarding factual issues related to liability and damages.

4. Whether any party will likely be requested to disclose or produce information from electronic or computer-based media: There may be electronic or computer-based production, but

it is not anticipated that either party will likely be requested to disclose or produce information from electronic or computer-based media beyond what is reasonably available to the parties in the ordinary course of business.

a. Whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business: Yes.

b. The anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business: Not applicable.

c. The format and media agreed to by the parties for the production of such data as well as agreed procedures for such production: The parties will produce information according to FRCP 34, including .pdf format and will, if necessary, confer in good faith regarding alternative forms of production.

d. Whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise: The parties have been made aware of the need to preserve relevant evidence kept in the ordinary course of business.

e. Other problems which the parties anticipate may arise in connection with electronic or computer-based discovery: None at this time.

5. Date by which discovery should be completed: Per the Initial Scheduling Order, (D.E. 7), discovery is to be completed 120 days before trial.

6. Any needed changes in limitations imposed by the Federal Rules of Civil Procedure: Not at this time.

7. Any orders, e.g. protective orders, which should be entered: The parties may need a protective order for the exchange of documents and information. If so, they will submit a proposed order to the Court.

8. Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action: None.

9. Any objections to the proposed trial date: None at this time.

10. Proposed deadline for joining other parties and amending the pleadings: 120 days before trial.

11. Proposed deadline for completing discovery: See paragraph 5.

12. Proposed deadline for filing motions other than motions for class certification: Thirty (30) days after the close of all discovery.

13. Class certification: Not applicable.

Respectfully submitted,

Bryce Brewer
Rainwater, Holt & Sexton, P.A.
P.O. Box 17250
Little Rock, Arkansas 72222
bbrewer@rainfirm.com
*Attorneys for Plaintiff, Mikki Hastings*

Jeffrey W. Puryear (93109)
PURYEAR MAYFIELD & MCNEIL, P.A.
3000 Browns Lane
Jonesboro, AR 72401
(870) 932-0900
jpuryear@pmmlawfirm.com
*Attorneys for Defendants, Montana Carriers, Inc. and Jagdeep Dhillon*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2025, a copy of the above pleading was served by the Court's electronic filing system with a courtesy copy by electronic mail to the following attorneys of record:

Bryce Brewer
Rainwater, Holt & Sexton, P.A.
P.O. Box 17250
Little Rock, Arkansas 72222
bbrewer@rainfirm.com

/s/ Jeffrey W. Puryear
Jeffrey W. Puryear