**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MIKKI HASTINGS as Personal Representative and SPECIAL ADMINISTRATRIX of the Estate of WILLIS PAUL LEE, JR., DECEASED, on behalf of the individual and survival heirs and Wrongful Death Beneficiaries of WILLIS PAUL LEE, JR., deceased,** **PLAINTIFFS**

**Case No.: 6:25-cv-06053**

**MONTANA CARRIERS, INC.; JAGDEEP DHILLON; JOHN DOES 1-3 and JOHN DOE ENTITIES 1-3** **DEFENDANTS**

**MOTION FOR ORDER TO OBTAIN VEHICLE DATA**

Come now defendants, Montana Carriers, Inc. and Jagdeep Dhillon, by and through their attorneys, Puryear Mayfield & McNeil, P.A., and for their Motion for Order to Obtain Vehicle Data state:

1. This lawsuit concerns an automobile collision that occurred on Interstate 30, near Arkadelphia, on October 31, 2024. Defendant, Jagdeep Dhillon, was operating a 2025 Freightliner tractor-trailer that was leased to his employer, defendant, Montana Carriers, Inc. At the time in question, the tractor-trailer was owned by Daimler Truck Financial Services Canada Corp. ("DTFS"), a foreign entity located in Canada.

2. Defendants desire to access and download electronic information from the vehicle, which includes the tractor-trailer's Motor Vehicle Event Data Recorder, as defined by Ark. Code Ann. § 23-112-107(a)(2).

3. Per the statute, defendant, Montana Carriers, Inc., and DTFS are considered owners. Ark. Code Ann. § 23-112-107(a)(3)(A) & (B). The statute also makes clear that if a vehicle is owned by more than one person, all owners must consent in writing to permit a person to retrieve

or use the data found through the vehicle data recorder. Ark. Code Ann. § 23-112-107(d)(2).

4. On October 20, 2025, defendants requested DTFS to provide consent to access and download electronic information from the tractor, which includes data available through the vehicle recorder; however, despite the request, DTFS has not responded with their written consent.

5. Ark. Code Ann. § 23-112-107(f)(1) provides that the data from a Motor Vehicle Event Data Recorder shall be produced without the consent of an owner at the time of the accident only if ordered by a Court of competent jurisdiction in the State of Arkansas.

6. Defendants are in need of the electronic information from the vehicle, including data from the tractor-trailer's recorder; therefore, they move this Court for an Order to obtain this information, as allowed by Ark. Code Ann. §23-112-107(f)(1), in the absence of the written consent of DTFS.

7. Defendants have conferred with counsel for plaintiff and there is no objection to this Motion.

8. Defendants file contemporaneously herewith their Memorandum Brief in Support.

WHEREFORE, defendants, Montana Carriers, Inc. and Jadgeep Dhillon, pray that this Court grant their Motion for Order to Obtain Vehicle Data, as set forth herein; and for all other relief to which they are entitled.

Respectfully submitted,

Jeffrey W. Puryear (93109)
PURYEAR MAYFIELD & McNEIL, P.A.
3000 Browns Lane
Jonesboro, AR 72401
(870) 932-0900
jpuryear@pmmlawfirm.com

By:/s/ Jeffrey W. Puryear
*Attorney for Defendants,*
*Montana Carriers, Inc. and Jagdeep Dhillon*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of November, 2025, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send electronic notice to counsel of record.

Bryce Brewer
Rainwater, Holt & Sexton
P.O. Box 17250
Little Rock, Arkansas 72222
(501) 485-6159
bbrewer@rainfirm.com

/s/ Jeffrey W. Puryear
Jeffrey W. Puryear