**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MIKKI HASTINGS as Personal Representative and SPECIAL ADMINISTRATRIX of the Estate of WILLIS PAUL LEE, JR., DECEASED, on behalf of the individual and survival heirs and Wrongful Death Beneficiaries of WILLIS PAUL LEE, JR., deceased,** **PLAINTIFFS**

**Case No.: 6:25-cv-06053**

**MONTANA CARRIERS, INC.; JAGDEEP DHILLON; JOHN DOES 1-3 and JOHN DOE ENTITIES 1-3** **DEFENDANTS**

**MEMORANDUM BRIEF IN SUPPORT OF MOTION FOR ORDER TO OBTAIN VEHICLE DATA**

This lawsuit involves an automobile collision that occurred on Interstate 30 near Arkadelphia on October 31, 2024. Defendant, Jagdeep Dhillon, was operating a 2025 Freightliner tractor-trailer that had been leased by his employer, defendant, Montana Carriers, Inc. The owner of the tractor-trailer at the time in question was, and still is today, Daimler Truck Financial Services Canada Corp. ("DTFS"), which is located in Canada.

Defendants desire to download electronic information from the vehicle, including the Event Data Recorder of the tractor-trailer, which is governed by Ark. Code Ann. § 23-112-107. The recorder data of a vehicle may be downloaded as long as the owners of the vehicle consent in writing. *Id.* § 23-112-107(d)(2). When there is more than one owner of the vehicle, all must consent. *Id.* Montana Carriers, as a lessee of the vehicle, and DTFS, the registered and titled owner of the tractor-trailer, are the owners of the vehicle. *Id.* § 23-112-107(a)(3)(A) & (B).

On October 20, 2025, Defendants requested DTFS to consent in writing to the download of the electronic information of the tractor, which includes the Event Data Recorder for the vehicle; however, DTFS has yet to respond to the request with their written consent.

The statute makes clear that the vehicle data from the recorder shall be produced without the consent of an owner only if a Court of competent jurisdiction in Arkansas orders the production of the information. *Id.* § 23-112-107(f)(1). Defendants are in need of the electronic information from the vehicle data recorder, but they have been unable to obtain the requisite written consent of DTFS, one of the owners at the time of this accident.

Accordingly, defendants move this Court for an Order to allow defendants to download electronic information, including data from the event recorder of the tractor-trailer, in the absence of the written consent of DTFS. The information is discoverable and plaintiff has no objection to defendants' motion.

Respectfully submitted,

Jeffrey W. Puryear (93109)
PURYEAR MAYFIELD & McNEIL, P.A.
3000 Browns Lane
Jonesboro, AR 72401
(870) 932-0900
jpuryear@pmmlawfirm.com

By:/s/ Jeffrey W. Puryear
*Attorney for Defendants,*
*Montana Carriers, Inc. and Jagdeep Dhillon*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of November, 2025, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send electronic notice to counsel of record.

Bryce Brewer
Rainwater, Holt & Sexton
P.O. Box 17250
Little Rock, Arkansas 72222
(501) 485-6159
bbrewer@rainfirm.com

/s/ Jeffrey W. Puryear
Jeffrey W. Puryear