**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MIKKI HASTINGS as Personal Representative and SPECIAL ADMINISTRATRIX of the Estate of WILLIS PAUL LEE, JR., DECEASED, on behalf of the individual and survival heirs and Wrongful Death Beneficiaries of WILLIS PAUL LEE, JR., deceased,** **PLAINTIFFS**

**v.** **Case No.: 6:25-cv-06053**

**MONTANA CARRIERS, INC.; JAGDEEP DHILLON; JOHN DOES 1-3 and JOHN DOE ENTITIES 1-3** **DEFENDANTS**

## MOTION TO WITHDRAW MOTION FOR ORDER TO OBTAIN VEHICLE DATA

Come now defendants, Montana Carriers, Inc. and Jagdeep Dhillon, by and through their attorneys, Puryear Mayfield & McNeil, P.A., and for their motion to withdraw motion for order to obtain vehicle data, state:

1. On November 11, 2025, defendants filed their motion for order to obtain vehicle data and memorandum brief in support, (D.E. 10 & 11), requesting that this Court enter an order permitting them to access and download electronic information from the vehicle involved in the subject motor vehicle collision.

2. In the interim, the owner, Daimler Truck Financial Services Canada Corp., has provided its written consent, thereby mooting defendants' motion.

3. Defendants accordingly move this Court to withdraw their motion for order to obtain vehicle data.

WHEREFORE, defendants, Montana Carriers, Inc. and Jagdeep Dhillon, pray that this Court grant their motion to withdraw their motion for order to obtain vehicle data, as set forth herein; and for all other relief to which they are entitled.

Respectfully submitted,

Jeffrey W. Puryear (93109)
PURYEAR MAYFIELD & McNEIL, P.A.
3000 Browns Lane
Jonesboro, AR 72401
(870) 932-0900
jpuryear@pmmlawfirm.com

By:/s/ Jeffrey W. Puryear
*Attorney for Defendants,*
*Montana Carriers, Inc. and Jagdeep Dhillon*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of December, 2025, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send electronic notice to counsel of record.

Bryce Brewer
Rainwater, Holt & Sexton
P.O. Box 17250
Little Rock, Arkansas 72222
(501) 485-6159
bbrewer@rainfirm.com

/s/ Jeffrey W. Puryear
Jeffrey W. Puryear