IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MIKKI HASTINGS as Personal Representative and SPECIAL ADMINISTRATRIX of the Estate of WILLIS PAUL LEE, JR., DECEASED, on behalf of the individual and survival heirs and wrongful death beneficiaries of WILLIS PAUL LEE, JR., DECEASED — PLAINTIFF

v. — Case No. 6:25-cv-6053

MONTANA CARRIERS, INC.; JAGDEEP DHILLON; JOHN DOES 1-3 and JOHN DOE ENTITIES 1-3 — DEFENDANTS

# ORDER

Defendants filed a Motion for Order to Obtain Vehicle Data. ECF No. 10. Defendants now move the Court to withdraw that motion. ECF No. 12. Upon consideration, the Court finds that Defendants' Motion to Withdraw Motion for Order to Obtain Vehicle Data (ECF No. 12) should be and hereby is **GRANTED**. The Motion for Order to Obtain Vehicle Data (ECF No. 10) is hereby **WITHDRAWN**.

**IT IS SO ORDERED**, this 5th day of December, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge