**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MIKKI HASTINGS as Personal Representative and SPECIAL ADMINISTRATRIX of the Estate of WILLIS PAUL LEE, JR., DECEASED, on behalf of the individual and survival heirs and Wrongful Death Beneficiaries of WILLIS PAUL LEE, JR., deceased,** **PLAINTIFFS**

**v.** **Case No.: 6:25-cv-06053**

**MONTANA CARRIERS, INC.; JAGDEEP DHILLON; JOHN DOES 1-3 and JOHN DOE ENTITIES 1-3** **DEFENDANTS**

**DEFENDANTS, MONTANA CARRIERS, INC. AND JAGDEEP DHILLON'S, MOTION FOR LEAVE TO AMEND THEIR ANSWER**

Come now defendants, Montana Carriers, Inc. and Jagdeep Dhillon (collectively "Defendants"), by and through undersigned counsel, Puryear Mayfield & McNeil, P.A., and pursuant to Rule 15 of the Federal Rules of Civil Procedure, for their motion for leave to amend their Answer, state:

1. The instant matter concerns injuries that Plaintiff's Decedent allegedly sustained after a collision with Defendant Dhillon's tractor-trailer on October 31, 2024 on Interstate 30. (D.E. 3, at ¶ 5) As a result of these alleged injuries, Plaintiff, on behalf of Decedent's estate, brought claims of negligence and wrongful death against Defendants. *See generally id.* Plaintiff contends that Defendant Dhillon was negligent in operating the tractor-trailer owned by Defendant Montana Carriers, Inc., causing Decedent's injuries. *Id.,* ¶¶ 39-40, 49-50.

2. Fed. R. Civ. P. 15(a)(2) provides that a party may amend its pleading with the court's leave, and the "court should freely give leave when justice so requires."

3. Further, this Court allows a party to amend an answer and leave to amend should

be denied where the amendment would result in undue delay coupled with undue prejudice to the opposing party, or where the amendment is motivated by bad faith, dilatory motive, repeated failure to cure deficiencies by amendments previously allowed, or where it would be futile. *Gilzow v. Lenders Title Co.*, 2006 WL 8440309, at *1 (W.D. Ark. Fed. 17, 2006) (citing *Dennis v. Dillard Dep't Stores, Inc.*, 207 F.3d 523 (8th Cir. 2000)).

4. In this instance, justice so requires that Defendants be granted leave to amend their Answer to assert affirmative defenses. Through discovery, Defendants have learned that the death of Decedent was not due to the injuries he sustained in the motor vehicle collision. Further, Decedent failed to take actions that would have mitigated the damages claimed by Plaintiff. Finally, Defendants have learned the relationships between Decedent and those who claim they are entitled to damages as wrongful death statutory beneficiaries; and the proof is insufficient.

5. This Court's Scheduling Order, entered September 18, 2025, requires that motions to amend pleadings must be filed no later than 60 days before the close of discovery. (D.E. 9, at ¶ 2(b)). The close of discovery is scheduled for April 27, 2026, making this Motion due no later than February 26, 2026. This motion is timely.

6. In furtherance of this Motion, Defendants submit their proposed amended answer, attached hereto as Exhibit 1, with the amendments stated in paragraphs 109-111. Defendants respectfully request that the Court treat the Amended Answer as filed on the date of the disposition of this Motion.

7. Plaintiff has no objection to Defendants' motion.

WHEREFORE, Defendants, Montana Carriers, Inc. and Jagdeep Dhillon, pray that this Court grant their Motion for leave to amend their Answer, as set forth herein; and for all other relief the Court deems appropriate.

Respectfully submitted,

Jeffrey W. Puryear (93109)
PURYEAR MAYFIELD & McNEIL, P.A.
3000 Browns Lane
Jonesboro, AR 72401
(870) 932-0900
jpuryear@pmmlawfirm.com

By:/s/ Jeffrey W. Puryear
*Attorney for Defendants,*
*Montana Carriers, Inc. and Jagdeep Dhillon*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of January, 2026, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send electronic notice to counsel of record.

Bryce Brewer
Rainwater, Holt & Sexton
P.O. Box 17250
Little Rock, Arkansas 72222
(501) 485-6159
bbrewer@rainfirm.com

/s/ Jeffrey W. Puryear
Jeffrey W. Puryear