IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MIKKI HASTINGS as Personal Representative and SPECIAL ADMINISTRATRIX of the Estate of WILLIS PAUL LEE, JR., DECEASED, on behalf of the individual and survival heirs and Wrongful Death Beneficiaries of WILLIS PAUL LEE, JR., deceased — PLAINTIFF

v. — Case No. 6:25-cv-6053

MONTANA CARRIERS, INC.; JAGDEEP DHILLON; JOHN DOES 1-3 and JOHN DOE ENTITIES 1-3 — DEFENDANTS

**ORDER**

Before the Court is Defendants' Motion for Leave to Amend Their Answer. ECF No. 14. Defendants seek leave of Court to file an amended answer. Plaintiff does not oppose the motion. ECF No. 14, ¶ 7. Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the Motion for Leave to Amend Their Answer (ECF No. 14) is **GRANTED**. **Defendants shall file their amended answer within seven (7) days of the entry of this order.**

**IT IS SO ORDERED**, this 12th day of January, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge