**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MIKKI HASTINGS, as Personal Representative and SPECIAL ADMINISTRATRIX of the Estate of WILLIS PAUL LEE, JR., DECEASED, on behalf of the individual and survival heirs and Wrongful Death Beneficiaries of WILLIS PAUL LEE, JR., deceased** **PLAINTIFF**

**v.** **CASE NO.: 6:25cv6053-SOH**

**MONTANA CARRIERS, INC. et al** **DEFENDANTS**

## PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND FILE AN AMENDED COMPLAINT

Comes now the Plaintiff, Mikki Hastings, as the Personal Representative and Special Administratrix of the Estate of Willis Paul Lee, Jr., Deceased, on behalf of the individual and survival heirs and wrongful death beneficiaries of Willis Paul Lee, Jr., Deceased, by and through her counsel, pursuant to Rule 15 of the Federal Rules of Civil Procedure, and for their leave to amend their Complaint, hereby state as follows:

1. Plaintiff timely filed the matter due to the circumstances and issues surrounding a motor vehicle collision that occurred on, or about October 31, 2024 in Arkansas when Willis Paul Lee, Jr. was operating his truck on Interstate 30 when he was struck in the rear by a tractor-trailer owned and operated by Defendant Montana Carriers, Inc. and their employee, agent and/or contractor Jagdeep Dhillon.

2. Defendants properly removed the matter to Federal Court.

3. Fed. R. Civ. P. 15(a)(2) provides that a party may amend its pleading with the Court's permission and leave.

4. Plaintiff is justified in this request to amend her Complaint as there is a scrivener's error in paragraph 3 listing the potential heirs as "nephews" not nieces.

5. Plaintiff also makes a claim for property damage and storage fees for the loss of Mr. Lee's truck from this collision and its storage at the wrecker service to date. Plaintiff would like to add this valid claim in, or around paragraphs 98 and 99 of her Complaint.

6. Finally, Plaintiff corrected some grammatical language located in several paragraphs.

7. Per the Scheduling Order issued by this Court, motions to amend pleadings must be filed no later than 60 days before the close of discovery, which makes the Plaintiff's Motion due on or before February 26, 2026, therefore this filing is timely.

8. In furtherance of this Motion, attached as Exhibit one is the Amended Complaint with the stated changes. Plaintiff respectfully requests that this Amended Complaint be permitted and considered filed as of the date of this Motion and that said Complaint relate back to the date of the original filing with the Court.

9. Plaintiff's counsel has conferred with Defendants counsel who has no objection to this Motion.

WHEREFORE, the Plaintiff respectfully requests that this Court grant their Motion for leave to file their First Amended Complaint and for any and all other relief to which they are entitled.

Respectfully submitted,
Attorney for Plaintiff

*Bryce Brewer*

Bryce Brewer (ABN 2002013)
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
Little Rock, AR 72222
(501) 868-2928
(501) 868-2990 (Fax)
bbrewer@rainfirm.com

**CERTIFICATE OF SERVICE**

I, Bryce Brewer, do certify that a true and correct copy of the above and foregoing pleading has been served upon the following attorneys of record via electronic mail this 26th day of February, 2026:

Jeffrey W. Puryear
PURYEAR, MAYFIELD, & McNEIL, P.A.
3000 Browns Lane
Jonesboro, AR 72401
(870) 932-0900
jpuryear@pmmlawfirm.com

*Bryce Brewer*
Bryce Brewer