IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MIKKI HASTINGS as Personal Representative
and SPECIAL ADMINISTRATRIX of the Estate
of WILLIS PAUL LEE, JR., DECEASED, on behalf of the
individual and survival heirs and Wrongful Death
Beneficiaries of WILLIS PAUL LEE, JR., deceased PLAINTIFF

v. Case No. 6:25-cv-6053

MONTANA CARRIERS, INC.;
JAGDEEP DHILLON; JOHN DOES 1-3
and JOHN DOE ENTITIES 1-3 DEFENDANTS

**ORDER**

Before the Court is Plaintiff's Motion for Leave to Amend and File an Amended Complaint. ECF No. 19. Plaintiff moves the Court for permission to amend the complaint to correct certain errors and to add a claim. Upon consideration, the Court finds that Plaintiff has shown good cause for the motion. Accordingly, Plaintiff's motion (ECF No. 19) is **GRANTED**. Pursuant to Local Rule 5.5(e), Plaintiff must file the amended complaint within seven (7) days of the date of entry of this order.

**IT IS SO ORDERED**, this 4th day of March, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge