ELECTRONICALLY FILED
Clark County Circuit Court Probate Division
Tracy Rider, County Clerk
2025-Feb-20 14:38:48
10PR-25-24
C09ED01 : 4 Pages

**IN THE CIRCUIT COURT OF CLARK COUNTY, ARKANSAS**
**PROBATE DIVISION**

**IN THE MATTER OF THE ESTATE OF**
**WILLIS PAUL LEE, JR., DECEASED** **CASE NO. 10PR-25-24**

# ORDER GRANTING PETITION FOR APPOINTMENT OF SPECIAL ADMINISTRATRIX; FOR AUTHORITY TO CONTRACT WITH COUNSEL; AND FILE SUIT OR PURSUE SETTLEMENT ON BEHALF OF THE ESTATE

On this ________ day of ______________ 2025, there is presented to the Court the Petition of Mikki Hastings for appointment as Special Administratrix of the Estate of Willis Paul Lee, Jr., deceased. Upon consideration of such Petition, and the facts and evidence in support thereof, the Court finds:

1. The Decedent, Willis Paul Lee, Jr., age 67, who on or about October 31, 2024 resided in Chidester, Arkansas, died on or about January 30, 2025 as the result of bodily injuries sustained in a motor vehicle collision in Clark County which occurred on October 31, 2024.

2. This Court has jurisdiction and venue is proper.

3. Mikki Hastings, surviving adult niece of the Decedent, is the proper person and fully qualified by law to serve as Special Administratrix of such estate and to administer the Estate of the deceased.

4. Mikki Hastings, as Special Administratrix of the Estate, shall have the authority to authorize settlement or file a claim for personal injuries and/or wrongful death on behalf of the Estate in a Court of competent jurisdiction and shall have the authority to contract with the law firm of Rainwater, Holt & Sexton, P.A., for the purpose of investigating the circumstances



EXHIBIT
A

Case 6:25-cv-06053-SOH Document 3 Filed 05/21/25 Page 22 of 35 PageID #: 116

surrounding the motor vehicle collision on or about October 31, 2024 and that said contract for litigation is approved. However, no settlement shall be negotiated without prior Court approval.

5. No bond shall be required of the Petitioner.

6. The employment contract between the Petitioner and Rainwater, Holt & Sexton, P.A., is customary in the industry and is hereby approved.

IT IS THEREFORE ORDERED that Administration of the Estate of Willis Paul Lee, Jr. be and hereby is opened for the purpose of pursuing a legal claim for personal injuries and/or wrongful death; that Mikki Hastings is named Special Administratrix of the Estate of the Decedent, to serve without bond; that Special Letters of Administration shall be issued to such person upon filing of her Acceptance of Appointment; that Mikki Hastings, as Special Administratrix, shall have the authority to contract with the law firm of Rainwater, Holt & Sexton, P.A., for the purpose of negotiating settlement or pursuing a legal action on behalf of the Estate and that said contract is approved, and after completion of the claim, shall be discharged as Special Administratrix of the estate without further proceedings. No settlement shall be fully negotiated without prior Court approval. The Special Administratrix shall be relieved of her duties upon Court Order relieving her.

IT IS SO ORDERED.

HONORABLE CIRCUIT JUDGE

DATE

Case 6:25-cv-06053-SOH Document 3 Filed 05/21/25 Page 23 of 35 PageID #: 117

PREPARED BY:

Bryce Brewer, AR Bar #2002013
Rainwater, Holt & Sexton, P.A.
P.O. Box 17250
Little Rock, Arkansas 72222
(501) 868-2500
(501) 868-2505
bbrewer@rainfirm.com

**Case Title:** PAUL LEE WILLIS JR

**Case Number:** 10PR-25-24

**Type:** ORDER APPT ADMINISTRATOR/IX

So Ordered

Judge Blake Batson, 9th E Circuit Division 1