Case 6:25-cv-06053-SOH Document 3 Filed 05/21/25 Page 25 of 35 PageID #: 119

ELECTRONICALLY FILED
Clark County Circuit Court Probate Division
Tracy Rider, County Clerk
2025-Feb-20 15:53:31
10PR-25-24
C09ED01 : 1 Page

**IN THE CIRCUIT COURT OF CLARK COUNTY, ARKANSAS**
**PROBATE DIVISION**

**IN THE MATTER OF THE ESTATE OF**
**WILLIS LEE, JR., DECEASED**

**CASE NO.** 10PR-25-24

**ACCEPTANCE OF APPOINTMENT OF SPECIAL ADMINISTRATRIX**

The undersigned, Mikki Hastings, having been appointed Special Administratrix of the Estate of Willis Lee, Jr., deceased, hereby accepts the appointment.

DATED this 20th day of February 2025.

Mikki Hastings

EXHIBIT
B