Case 6:25-cv-06053-SOH Document 3 Filed 05/21/25 Page 26 of 35 PageID #: 120

ELECTRONICALLY FILED
Clark County Circuit Court Probate Division
Tracy Rider, County Clerk
2025-Feb-20 16:12:14
10PR-25-24
C09ED01 : 2 Pages

**IN THE CIRCUIT COURT OF CLARK COUNTY, ARKANSAS**
**PROBATE DIVISION**

**IN THE MATTER OF THE ESTATE OF**
**WILLIS PAUL LEE, JR., DECEASED** **CASE NO. 10PR-25-24**

**LETTER OF SPECIAL ADMINISTRATION**

BE IT KNOWN:

That Mikki Hastings, having been appointed Special Administratrix of the Estate of Willis Paul Lee, Jr., deceased and having qualified as such Administratrix, is hereby authorized to take possession of and administer the property of Willis Paul Lee, Jr., deceased, as authorized by law.

Dated this ____ day of ____________ 2025.

______________________
Clerk of the Court
Clark County, Arkansas

(SEAL)

EXHIBIT
C

GREAT SEAL OF THE STATE OF ARKANSAS

**Case Title:** PAUL LEE WILLIS JR

**Case Number:** 10PR-25-24

**Type:** LETTERS OF ADMINISTRATION

Emily McCants Deputy County Clerk Clark County

Emily McCants

Emily McCants Deputy County Clerk Clark County