Case 6:25-cv-06053-SOH Document 3 Filed 05/21/25 Page 31 of 35 PageID #: 125


U.S. Department of Transportation
Federal Motor Carrier Safety Administration
Licensing and Insurance Public

Choose Menu Option GO

## Details

| | | | |
|---|---|---|---|
| **US DOT:** | 3108452 | **Docket Number:** | MC00081416 |
| **Legal Name:** | MONTANA CARRIERS INC | | |

| | |
|---|---|
| **Doing-Business-As Name:** | |

| Business Address | Business Telephone and Fax | Mail Address | Mail Telephone and Fax | Undeliverable Mail |
|---|---|---|---|---|
| 22 MCCAULEY DRIVE<br>BOLTON ON L7E 0B6<br>CA | (647) 477-1011 | | | NO |

| Authority Type | Authority Status | Application Pending |
|---|---|---|
| Common | ACTIVE | NO |
| Contract | NONE | NO |
| Broker | NONE | NO |

| Property | Passenger | Household Goods | Private | Enterprise |
|---|---|---|---|---|
| YES | NO | NO | NO | NO |

| Insurance Type | Insurance Required | Insurance on File |
|---|---|---|
| BIPD | $750,000 | $750,000 |
| Cargo | NO | NO |
| Bond | NO | NO |

**BOC-3:** YES
**Blanket Company:** ALL AMERICAN AGENTS OF PROCESS

Web Site Content and BOC-3 Information Clarification

Active/Pending Insurance | Rejected Insurance | Insurance History | Authority History | Pending Application | Revocation

January 6, 2025



EXHIBIT
E

U.S. Department of Transportation
Federal Motor Carrier Safety Administration
Licensing and Insurance Public

## Process Agents for: ALL AMERICAN AGENTS OF PROCESS

| State | Representative Name/ Company Name | Address |
|---|---|---|
| AK | JASON F DOXEY BURGLIN & DOXEY PC | 100 CUSHMAN STREET STE310 FAIRBANKS AK, 99701-4673 |
| AL | RON WALDROP | 443 W PEACHTREE AVE FOLEY AL, 36535 |
| AR | STEPHEN SMITH | 1206 GARRISON AVENUE FORT SMITH AR, 72901 |
| AZ | GARY DOYLE | 2929 NORTH 4TH STREET SUITE 120 PHOENIX AZ, 85018 |
| CA | DEREK O MYERS | 66 BOVET RD SUITE 280 SAN MATEO CA, 94402 |
| CO | CHARLES J. KIMBALL | 10628 WEST 31ST PLACE LAKEWOOD CO, 80215-7150 |
| CT | LELAND SPARKS/ STATEWIDE PROCESS SERVING | 43 BLISS STREET EAST HARTFORD CT, 06108 |
| DC | WILLIAM H SHAWN/ SHAWN COULSON LLP | 1320 19TH STREET NW SUITE 601 WASHINGTON DC, 20026 |
| DE | DEIDRA SMITH | 49 REPRESENTATIVE LN DOVER DE, 19904 |
| FL | SUE DOMPKE / NATIONAL TRUCK TAX & PERMITTING | 13634 GLEN HARWELL RD. DOVER FL, 33527 |
| GA | MISTY DAWN CAHOON / SOUTHERN OCCUPANCY INSPECTIONS | 63 1ST ST MIDWAY GA, 31320-6957 |
| HI | CHRISTOPHER J WILLIAMS/ MAUI PROCESS SERVICES LLC | 208 LUAKAHA CIRCLE KIHEI HI, 96753 |
| IA | JASON PALMER/ LAMSON DUGAN AND MURRAY, LLP | 6400 WESTOWN PKWY, STE 280 WEST DES MOINES IA, 50266-7763 |
| ID | DON HENDRIKSEN | 4240 BOTT LANE MERIDIAN ID, 83642 |
| IL | BRIAN P KELLER/ KENNEDY & ASSOCIATES PC | 205 WEST WACKER DR STE 500 CHICAGO IL, 60606 |
| IN | STEVEN D GROTH | 111 MONUMENT CIRCLE STE 2700 INDANAPOLIS IN, 46204 |
| KS | CHARLES BUSH | 4909 W 71ST STREET PRAIRIE VILLAGE KS, 66208 |
| KY | GARY W THOMPSON// RICHARDSON LAW GROUP PLLC | 771 CORPORATE DR SUITE 900 LEXINGTON KY, 40503 |
| LA | PATRICK H PATRICK/PATRICK MILLER LLC | 400 POYDRAS ST, SUITE 1680 NEW ORLEANS LA, 70130 |
| MA | PAUL SHANNON | 125 WASHINGTON ST FOXBORO MA, 02035 |
| MD | ADA PATTERSON | 2560 HARLEM AVENUE BALTIMORE MD, 21216 |
| ME | DANIEL M MCQUARRIER | 5 SLEEPY HOLLOW DRIVE HOLDEN ME, 04429 |
| MI | KEVIN N SUMMERS// DEAN & FULKERSON PC | 100 WEST BIG BEAVER SUTIE 650 TROY MI, 48084 |
| MN | JAMES HAMILTON/ RAVEN LEGAL SERVICES | 16941 GARCIA WAY WEST #1 ROSEMOUNT MN, 55068 |
| MO | JOSEPH E. REBMAN | 165 N MERAMEC AVE STE 310 ST. LOUIS MO, 63105 |
| MS | BEVERLY WARREN | 309 5TH AVE SW MAGEE MS, 39111 |
| MT | TAMRA HERRING// AAA PRORATE SERVICE LLC | 302 N 11TH ST BILLINGS MT, 59101 |
| NC | ANN LANE/ BACKGROUND INQUIRIES & SERVICES | 932 LOGAN CIR CARY NC, 27511-5146 |
| ND | TRUCK LICENSING & SERVICES INC | 4141 38TH ST SW STE B FARGO ND, 58104 |
| NE | CYNTHIA EPSTEIN | 11516 NICHOLAS STREET STE 202 OMAHA NE, 68154 |
| NH | JAMES KAKLAMANOS | 374 MAIN STREET NASHUA NH, 03060 |
| NJ | KENNETH A OLSEN// KENNETH A OLSEN ATTORNEY AT LAW | 33 PHILHOWER ROAD LEBANON NJ, 08833-4537 |

Case 6:25-cv-06053-SOH Document 3 Filed 05/21/25 Page 33 of 35 PageID #: 127


| | | |
|---|---|---|
| NM | KRISTINA RODRIGUEZ/ SERVED TO PERFECTION LLC | 4720 SAND POINT RD<br>ALBUQUERQUE NM, 87114 |
| NV | JOHN A WHITE JR ESQ/ WHITE LAW CHARTERED | 335 W FIRST STREET<br>RENO NV, 89503 |
| NY | GEORGE CARL PEZOLD// PEZOLD SMITH HIRSHMANN&SELVAGGIO LLC | 120 MAIN STREET<br>HUNTINGTON NY, 11743-6936 |
| OH | RVB SERVICES LLC | 18 E WILLIAM STREET SUITE 17<br>DELAWARE OH, 43015 |
| OK | THOMAS F DI'MERCURIO | 27619 E 109TH ST S<br>COWETA OK, 74429 |
| OR | GEORGENE HULBERT | 12144 EHLEN RD NE<br>AURORA OR, 97002 |
| PA | JOHN PILLAR | 150 GREEN COMMONS DR<br>PITTSBURGH PA, 15243 |
| RI | DENISE MYERS | 125 MIDWAY ROAD #204<br>CRANSTON RI, 02920 |
| SC | ROBERT D. MOSELEY, JR. | 4324 WADE HAMPTON BLVD STE B<br>TAYLORS SC, 29687-2243 |
| SD | ALLAMERICAN AGENTS OF PROCESS | 945 S MARION RD STE 203<br>SIOUX FALLS SD, 57106 |
| TN | VIVAN G MITCHELL | 4100 WESTGATE DRIVE<br>KNOXVILLE TN, 37921 |
| TX | JEFFREY FULTZ | 4400 POST OAK PARKWAY SUITE 1000<br>HOUSTON TX, 77027 |
| UT | MARIA CARUSO/ BRINGHURST PROCESS SERVICE | 60 E CLAYBOURNE AVE<br>SALT LAKE CITY UT, 84115 |
| VA | ROBERT WALKER// LAW OFFICE OF ROBERT B WALKER | 709 OLD HUNT WAY<br>HERNDON VA, 20170 |
| VT | MARK SCHWARTZ// NORTHERN WATCH USA | 102 CRAIG LANE<br>JEFFERSONVILLE VT, 05464 |
| WA | PAUL TURPEN/ GARYS PROCESS SERVICE | 108 WELLS AVE S<br>RENTON WA, 98057 |
| WI | WI PROCESS | 1975 S 86TH ST<br>WEST ALLIS WI, 53227 |
| WV | DONALD ZIEGLER/ ZODIAC LEGAL PROCESS | 2232 JEFFERSON STREET<br>BLUEFIELD WV, 24701 |
| WY | JULIE GLIEM/ DAY AND NIGHT PROCESS SERVING | 1805 WARREN AVE<br>CHEYENNE WY, 82001 |