**IN THE CIRCUIT COURT OF THE CLARK COUNTY, ARKANSAS**
**______ DIVISION**

**MIKKI HASTINGS as Personal Representative and SPECIAL ADMINISTRATRIX Of the Estate of WILLIS PAUL LEE, JR., DECEASED, on behalf of the individual and survival heirs and Wrongful Death Beneficiaries of WILLIS PAUL LEE, JR., deceased** **PLAINTIFFS**

**v.** **CASE NO.: ____________________**

**MONTANA CARRIERS, INC.; JAGDEEP DHILLON; JOHN DOES 1-3 and JOHN DOE ENTITIES 1-3** **DEFENDANTS**

**AFFIDAVIT**

Comes now Bryce Brewer, and states, upon oath, the following:

1. I represent Plaintiff, Mikki Hastings as Personal Representative and Special Administratrix of the Estate of Willis Paul Lee, Jr., deceased, in the above matter.

2. Plaintiff, Mikki Hastings as Personal Representative and Special Administratrix of the Estate of Willis Paul Lee, Jr., deceased, is seeking a judgment against unknown tortfeasors.

3. The names of the unknown tortfeasors in this action will be designated by the pseudo-names John Doe 1-3 and John Doe Entities 1-3, and will be named as such in the Plaintiff's Complaint.

4. Upon determining the identities of John Doe 1-3 and John Doe Entities 1-3, the Complaint will be amended by substituting the real name for the pseudo-name.

5. This affidavit is made pursuant to A.C.A. § 16-56-125.

EXHIBIT
F

Case 6:25-cv-06053-SOH Document 3 Filed 05/21/25 Page 35 of 35 PageID #: 129

Bryce Brewer

3/17/25
Date

SWORN AND SUBSCRIBED before me on the 17th day of March, 2025.

Nayelley Vazquez Reyes
Notary Public

My commission expires:

07-25-2029

NAYELLEY VAZQUEZ REYES
GRANT COUNTY
NOTARY PUBLIC - ARKANSAS
My Commission Expires July 28, 2029
Commission No. 12708487