**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MIKKI HASTINGS as Personal Representative and SPECIAL ADMINISTRATRIX of the Estate of WILLIS PAUL LEE, JR., DECEASED, on behalf of the individual and survival heirs and Wrongful Death Beneficiaries of WILLIS PAUL LEE, JR., deceased,** **PLAINTIFFS**

**v.** **Case No.: 6:25-cv-06053**

**MONTANA CARRIERS, INC.; JAGDEEP DHILLON; JOHN DOES 1-3 and JOHN DOE ENTITIES 1-3** **DEFENDANTS**

**MOTION TO EXCLUDE PLAINTIFF'S EXPERT, TANYA RUTHERFORD OWEN, PH.D.**

Come now Defendants, Montana Carriers, Inc. and Jagdeep Dhillon, by and through their attorneys, Puryear Mayfield & McNeil, P.A., and for their Motion to Exclude Plaintiff's Expert, Tanya Rutherford Owen, state:

1. On February 24, 2026, Plaintiff produced the report of a new expert, Tanya Rutherford Owen, Ph.D., of Owen Vocational Services, Inc. The purpose of the report was to submit a life care plan for the decedent, Willis Paul Lee, Jr., and to recover new damages in the lawsuit.

2. The report of Dr. Owen was not timely submitted as required by the Court's Scheduling Order, which required the parties to make their initial expert witness disclosures 90 days before the close of discovery.[1] Plaintiff has not complied with Federal Rule of Civil Procedure 26(a)(2)(D). Rule 37(c)(1) provides that Plaintiff is not permitted to use the witness or information.

[1] Due to the inclement weather in Arkansas, the parties agreed to move the expert disclosure date from January 27, 2026 to January 30, 2026.

3. Dr. Owen does not provide a rebuttal opinion that would allow for her to be named as a rebuttal expert.

4. Defendants move this Court to exclude Dr. Owen as an expert witness for Plaintiff, barring her from rendering any opinions at trial.

5. In support of this Motion, Defendants attach hereto:

(a) expert report of Tanya Rutherford Owen, Ph.D., dated February 23, 2026 (Exhibit A);

(b) economist report of Plaintiff's expert, Ralph D. Scott, Jr., Ph.D., dated July 8, 2025 (Exhibit B); and

(c) Plaintiff's Initial Disclosures, dated August 19, 2025 (Exhibit C).

6. In further support of this Motion, Defendants file contemporaneously herewith their Memorandum Brief.

WHEREFORE, Defendants, Montana Carriers, Inc. and Jagdeep Dhillon, pray that this Court grant their Motion to Exclude Plaintiff's Expert, Tanya Rutherford Owen, Ph.D., as set forth herein; and for all other relief to which they are entitled.

Respectfully submitted,

Jeffrey W. Puryear (93109)
PURYEAR MAYFIELD & McNEIL, P.A.
3000 Browns Lane
Jonesboro, AR 72401
(870) 932-0900
jpuryear@pmmlawfirm.com

By:/s/ Jeffrey W. Puryear
*Attorneys for Defendants,*
*Montana Carriers, Inc. and Jagdeep Dhillon*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March, 2026, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send electronic notice to counsel of record.

Bryce Brewer
Rainwater, Holt & Sexton
P.O. Box 17250
Little Rock, Arkansas 72222
bbrewer@rainfirm.com

/s/ Jeffrey W. Puryear
Jeffrey W. Puryear