**Tanya Rutherford Owen, Ph.D.**
**Owen Vocational Services, Inc.**
Vocational Services | Life Care Planning | Rehabilitation Services
1706 E. Joyce Blvd., Suite 2, Fayetteville, AR 72703
P: (479) 718-6631 Toll-Free: (877) 956-3342 F: (501)421-6043

February 23, 2026

Mr. Bryce Brewer
Attorney at Law
Rainwater Holt & Sexton
PO Box 17250
Little Rock, AR 72222

Re: *Willis Lee* (DOB (4/15/1957)

Dear Mr. Brewer:

I have reviewed records for your client Mr. Willis Paul Lee, Jr. Records indicate that Mr. Lee was involved in a motor vehicle crash (MVC) on 10/31/2024. At the time, he was 67 years of age. Based on information from the National Vital Statistics Reports, Vol. 74, No. 6, July 15, 2025, males in the United States at the age of 67 have a statistical life expectancy of 16.2 additional years, or to age, or age 82.

The October 2024 motor vehicle crash resulted in injuries to Mr. Lee including a T12 spinal fracture, fracture of multiple ribs and a closed head injury. On 11/30/2024 he underwent a T9-L2 pedicle screw fixation bilaterally (skipping T12), T9-T12 laminectomy with evacuation of epidural hematoma and spinal canal decompression and T9-L2 posterolateral arthrodesis with use of autograft. As a result of this accident, Mr. Lee was diagnosed with paraplegia.

After the motor vehicle crash, Mr. Lee received treatment at CHI St. Vincent in Hot Springs, South Arkansas Regional Hospital for rehabilitation and wound care, Twin Rivers Rehabilitation and finally Baptist Health Medical Center- Conway. It was there that Mr. Lee died on January 30, 2025.

Mr. Lee's medical records indicate the following pre-motor vehicle crash medical conditions: MRSA, osteomyelitis involving the ankle and foot, Charcot deformities, atrial fibrillation, coronary artery bypass graft x 3, bacteremia, chest pain, shortness of breath, cellulitis, metabolic encephalopathy, syncope, respiratory failure, colonoscopy with polypectomy in 04/2022, anemia, ataxia, cardiomyopathy, dizziness, hypotension, hyperlipidemia, hypertension, coccyx wound, pulmonary edema, neuropathy, protein-calorie malnutrition, osteoarthritis, type 2 diabetes, acute kidney injury, congestive heart failure, cardiac arrest and he had undergone irrigation of debridement for this right (diabetic foot wound).

**Opinions:**

EXHIBIT A

At your request, I have outlined below estimated yearly costs for spinal cord injury related care for individuals in the United States, as published by the University of Alabama at Birmingham's National Spinal Cord Statistical Center. The National Spinal Cord Injury Statistical Center (NSCISC) publishes aggregate data collected through the various Model Systems treating individuals with spinal cord injuries. The National Spinal Cord Injury Statistical Center (and its predecessor) has data pertaining to spinal cord injuries since 1973. These data are collected from individuals with spinal cord injuries (SCI) who are seen at the various Model Spinal Cord Injury hospitals. The NSCISC publishes data pertaining to the estimated healthcare costs and living expenses attributable to spinal cord injuries. Care estimates include initial acute care and rehabilitation, attendant care, and hospitalization, with charges provided to the individual that are unrelated to the SCI excluded.

Based upon a review of data published by the National Spinal Cord Statistical Center (2025), the the yearly estimated health care costs and living expenses directly attributable to SCI for individuals with motor function impairment similar to Mr. Lee's, that is, paraplegia (AIS ABC) are estimated at $687,262 for the first year post spinal cord injury and $91,042 each year thereafter.

In addition to cost data, The National Spinal Cord Statistical Center also publishes data pertaining to the anticipated remaining years of life, i.e. life expectancy, of individuals with various levels of spinal cord injury at various ages. For male, high school graduates, of the age of 67 with Mr. Lee's level of spinal cord injury which was caused by a motor vehicle crash, the life expectancy is 14.52 additional years, or age 82. This is compared to 18.2 additional years for the general population. The anticipated SCI related life expectancy reduction, is therefore, 3.68 years.

For purposes of demonstrating spinal cord injury related costs that could have been anticipated for Mr. Willis, a yearly calculation of SCI-related costs is outlined at various intervals. At your request, these were calculated for years 1-5 following the 2024 motor vehicle crash. The results are below.

If Mr. Willis had lived 1 year post SCI, his annual SCI-related costs would have been: ***$687,262.***

For each subsequent year of life, the total costs would be as follows:
2 years: ***$778,304*** ($687,262 + $91,042 x 1)
3 years: ***$869,346*** ($687,262 + $91,042 x 2)
4 years: ***$960,388*** ($687,262 + $91,042 x 3)
5 years: ***$1,051,430*** ($687,262 + $91,042 x 4)

If the trier of fact determines that Mr. Willis would have lived longer than 5 years, the above calculation ($687,262 x 1 + $91,042 x additional years) can be used to determine the costs of care for future years.

**BASIS AND REASONS FOR OPINIONS**

The basis and reason supporting my opinions include my education, training and experience in

the field of rehabilitation and life care planning. My compensation for my work in this case is $500 per hour.

**DATA OR OTHER INFORMATION CONSIDERED IN FORMING MY OPINIONS**

In forming my opinions, I have also reviewed the documents referenced below in this report. I reserve the right to modify my opinions based upon receipt of additional data.

If I can be of further assistance, please do not hesitate to contact me.

Sincerely,

Tanya Rutherford Owen, Ph.D., CRC, CLCP, CDMS, LPC, FIALCP
*Certified Life Care Planner*

**The following medical records were reviewed:**

01/30/2025 Mujtaba Sarwar, MD (incomplete record)
Despite all aggressive measures, he continued to decline after which a decision was made by his HCPOA to make him comfort care. The patient passed away shortly thereafter and was pronounced deceased at 9:46 am of 01/30/2025.

01/27/2025 Kara Stanphill (incomplete record)
Pt is from a rehab bed at Twin Rivers in Arkadelphia. Pt. was in an MVA in October 2024 which left pt. paraplegic. He was treated at CHI in Hot Springs (10/31/-11/08) then transferred to LTACH (11/08-12/18) prior to admitting to Twin Rivers. Will accept pt back for further therapy once he is medically stable.

01/27/2025 Vikas Vujjini, MD Baptist Health Nephrology
Reason for Consult: AKI
CC: weakness and SOB
Assessment and Plan: Possible CAD
1. AKI, oliguric. Suspect ATN in setting of sepsis due to COVID-19 pneumonia +/- decubitus ulcers.
2. Severe HAGMA with acidemia
3. Septic shock. Currently on Levophed
4. COVID-19 with possible pneumonia
5. A-fib/a flutter with RVR. On diltiazem drip.
6. Severe cardiomyopathy with chronic systolic HF. LVEF 16% on echo from September 2024.
7. IDDM 2 with hyperglycemia. ??DKA.
8. History of CAD s/p CABG. This was in 2021.
9. History of Wolff-Parkinson-White syndrome
10. Chronic hypotension.
11. History of paraplegia 2/2 MVA.
12. History of BPH and urinary retention. Currently has Foley.
13. Anemia of chronic illness.
- check daily labs
- continue supportive care

01/27/2025 Mujtaba Sarwar, MD Baptist Health
Hospitalist Progress Note
Appears to be extremely frail and debilitated. Critically ill. No family by the bedside. Unable to respond meaningfully to any cues. Labs show worsening renal failure as well as severe acidemia. Nephrology was consulted this morning. Remains on broad spectrum antibiotics for suspected pneumonia causing sepsis.
MISSING PAGES

01/26/2025 Josiah Okechukwu Onyenekwe, MD (physician) (incomplete record) Baptist Health
Presents to the ED due to shortness of breath. The patient was transferred from the outside hospital secondary to sepsis and COVID. The patient was started on a sepsis workup and given IV fluid but slightly secondary to CHF with an ejection fraction of 60%. History is provided by

the EMS personnel and medical records.
Assessment: The patient case was discussed with the on-call hospitalist who gladly agreed to admit the patient for further evaluation and care.
Plan:
Sars-Cov-2 positive
Sepsis w/o acute organ dysfunction, due to unspecified organism

01/26/2025 Lisa C Huffstetler, BSN, RN Baptist Health
Emergency Room Status Determination
Continued Stay Review 1/27/2025:
Appears to be extremely frail and debilitated
Critically ill
Labs showing worsening renal failure as well as severe acidemia
Nephrology was consulted this morning
Remains on broad-spectrum antibiotics for suspected pneumonia causing sepsis

01/26/2025 Hira Imad Cheema, MD
Presented with weakness and shortness of breath that started about 3 days ago in the nursing home. He was getting vancomycin at the nursing home for treatment of his sacral decubitus ulcer. Will be admitted to ICU.

01/26/2025 Lensey Scott, MD Baptist Health (incomplete record)
Cardiology Consultation
Admit date: 1/25/2025
Past Medical History: Colonoscopy with polypectomy in 04/2022
Assessment/Plan: Recommendations/plans
1. Atrial fibrillation with RVR: continue diltiazem infusion
2. Sepsis: management per hospitalist

01/25/2025 Hira Imad Cheema, MD Baptist Health (incomplete record)
CC: weakness and shortness of breath
HPI: Willis P Lee Jr. Is a 67 y.o. male with medical conditions significant for A-fib, on Eliquis, systolic heart failure, paraplegia post motor vehicle accident 5 years ago. Currently nursing home resident presented with weakness and shortness of breath that started about 3 days ago in the nursing home. The patient tested positive for COVID-19 at an outside facility. He was given vancomycin and started Levophed for hypotension and transferred to our facility for higher level of care. In the ER patient is still on Levophed and found to have a heart rate of 138 A-fib with RVR. Noted several pressure ulcers on patient's body including sacrum, bilateral heels, and penis. The patient has a foley in place. The patient is on room air and is able to answer simple questions. He reports that he was getting vancomycin at a nursing home for treatment of his sacral decubitus ulcer.

11/03/2024 Justin T. Dowdy, MD Operative Report
Procedure Performed:
1. T9-L2 pedicle screw fixation bilaterally, skipping T12, T9-T12 laminectomy with evacuation of epidural hematoma and spinal canal decompression

2. T9-L2 posterolateral arthrodesis with use of autograft
3. Use of intraoperative 3D spinal neuronavigation

10/31/2024 Ashley Jenkins, MD/Joshua Keithley CHI St. Vincent Hospital (incomplete record)
CC: Motor vehicle crash
Visit Diagnoses:
Spinal fracture of T12 vertebra (Primary)
Closed fracture of multiple ribs of both sides, initial encounter
Closed head injury, initial encounter

10/31/2024 Kay Lynn Harris, APRN CHI St. Vincent Hospital (incomplete record)
Discharge Summary
Admit date: 10/31/2024
Discharge date: 11/08/2024
Discharge Diagnoses: Principal problem:
MVA – bilat rib fxs, T11/12 fxs
Active problems:
Aftercare following surgery of the nervous system
Consults: cardiology, pulmonary/intensive care, and hospitalist
Surgical procedure: T9-L2 laminectomy/fusion on 11/3 for unstable fx with SCI
Hospital Course: admitted post mva with unstable T12 fracture. Multiple comorbidities managed per specialist services. Remained in ICU to maintain MAP >85 for 7 days post op. Continued with decreased sensation and motor function below level of fracture.

10/31/2024 Arkansas Motor Vehicle Crash Report

**Pre Injury Medical Records Reviewed**

09/19/2024 Sadua Aakel, MD BHMC North Little Rock
Admit date: 09/19/2024 Discharge date: encounter
Adm source: Transfer from a Ho*
Adm Dx: Hypotension due to drugs
Subjective: Patient is seen and examined in the morning. He is sitting up in his bed, alert awake and oriented having his breakfast. He denies chest pain, shortness of breath, fatigue and weakness. No other complaints at this time.
Review of Systems:
Cardiovascular: positive for leg swelling
Assessment:
Willis P Lee Jr. Is a 67 y.o. male has a past medical history of A-fib, diabetes mellitus, hyperlipidemia, and hypertension. Transferred from OSH on Levophed due to unintentional overdose of diltiazem leading to bradycardia and hypotension admitted for further evaluation and management. Weaned off Levophed, table BP. Heart rate improved but still in A-fib after 1 g of calcium gluconate. Cardiology on board.
Plan:
1. Bradycardia and hypotension secondary to unintentional CCB overdosage:
2. T2DM

09/18/2024 Terra King Admin Centerwell
The patient was sent to Baptist North Little Rock, Transfer date 02/18/2024. In-patient. Reason for hospitalization: Hypotension due to drugs communicated with primary MD/DO/providers included in the plan of care.

09/16/2024 Centerwell
First Visit: 07/22/2024. Last visit date: 09/16/2024
Discharge info: Discharged/transferred to short term general hospital for inpatient care. Condition: Independent in the community.

09/16/2024 Samantha Baker, RN Centerwell Home Health
Patient states they are supposed to be scheduling an ablation for is[sic] AFib.

09/09/2024 Jennifer Porter, PTA Centerwell Home Health
The patient continues to have BLE weakness resulting in unsteady standing balance and gait deficits. High risk for falls.

09/05/2024 Natalie Adams, RN Centerwell Home Health
Recert: Continue wound care

09/04/2024 Jennifer Porter, PTA Centerwell Home Health
The patient received gait training through home with SBA using RW. The patient easily fatigued requiring frequent rest breaks.

08/15/2024 Jennifer Porter, PTA Centerwell Home Health
The patient continues to have BLE weakness resulting in difficulty with transfers, unsteady standing balance and gait deficits.

08/05/2024 Natalie Adams, RN Centerwell Home Health
Wound Conference.

07/29/2024 Lilibeth Rebadomia, PT Centerwell Home Health
Physical therapy evaluation performed with additional visits recommended

07/29/2024 Samantha Baker, RN Centerwell Home Health
Had issues with the life vest, but states a rep is coming today to look at it. Pt states he will start Ozempic shot tonight.

07/26/2024 Samantha Baker, RN Centerwell Home Health
RN for visit. The patient states he is feeling a lot better than he was yesterday. The patient states that the MD he saw yesterday told him he would have heart surgery in a few weeks, day is not scheduled yet.

07/24/2024 Samantha Baker, RN Centerwell Home Health
RN for visit. He had a doctor's appointment yesterday and they discontinued the boot on his right foot. The patient now has braces on both feet. Wound care provided.

07/22/2024 Samantha Baker, RN Centerwell Home Health
Client Coordination Note Report
Admitted to Centerwell Home Health after recent hospitalization. Patient states he had a possible heart attack that led him to hospital visit. The patient was then transferred to a rehab facility where he was later discharged. After coming home from rehab the patient states he is short of breath back to the hospital and was readmitted to hospital. The patient was then sent to a rehab facility in El Dorado. The patient came home on Friday. The patient states he still feels bad and is still having pain. The patient is very short of breath with all ambulation and min exertion. Routine assessment performed and vital take. The patient has a wound to the coccyx. The patient ambulated to bed for wound care. The patient is ambulated with a walker and is very weak and shuffles with ambulation. Wound care provided per MD orders.

07/18/2024 MD name illegible South Arkansas Regional Hospital
Rehabilitation Discharge Order
Discharge home: on 7/19/24; Diagnosis: debility
Physical therapy 3 times per week for 6-12 weeks per eval
Occupational therapy 3 times per week for 6-12 weeks per eval
Home Health Nurse for eval, 1-2 times per week for 6-12 weeks

07/10/2024 Greg Smart, MD South Arkansas Regional Hospital
Admission Date: 07/10/2024; Discharge Date: 07/19/2024
Hospital Course:
Mr. Willis Lee Jr. Who initially presented to wash[sic] talk at a medical center by ambulance July 5th with complaints of weakness and shortness of breath. He has a history of congestive heart failure, and pulmonary edema. He has had some recent cardiac complications and was referred to National Heart Hospital in Hot Springs with notes of a complicated course requiring cardioversion and intubation. The patient was given LifeVest 5 weeks ago by Dr. DeSoto.
Mr. Lee subsequently re-presented to the emergency room in Camden hypotension and bilateral lower extremity edema. The patient was admitted to the hospital with acute kidney injury and debility. The patient has had some very million[sic] is atrial fibrillation and states the rate has not been very well controlled p.o. amiodarone and metoprolol. Renal function studies improved during hospitalization. The patient remains very weak. He has some shortness of breath which is worse with activity. Intends on returning home on discharge from inpatient rehab. He has been referred to inpatient rehab South Arkansas Regional Hospital for aggressive physical therapy, occupational therapy, nutrition, medical management, and nursing care.
Prior to these complications he was independent for self-care, indoor mobility, stairs and functional cognition. He does use a walker for ambulation assistance.
He lives alone and intends on returning home alone on discharge.
Mr.[sic] was transferred to inpatient rehab July 10, 2024 following hospitalization initially at National Park hospital in Hot Springs with extensive cardiac complications as noted. He was placed in a life vest, and continues to wear the life vest placed by Cardiology, Dr. DeSoto.
Shortly after that hospitalization he was rehospitalized in Camden for hypotension, swelling and acute kidney injury. He subsequently was referred to South Arkansas Regional Hospital inpatient rehab for physical and medical stabilization anticipating return home alone on discharge.
He has good friend support. He has progressed fairly well with therapy. Cognition is appropriate. Physical status is still somewhat impaired supervision independent. The patient is felt safe to discharge home with walker and outpatient follow-up. He insists on discharge home alone and

subsequently is being discharged home July 19, 2024 was felt to be satisfactory, certainly improved condition. He will need very close outpatient follow-up medically and for therapy.
Discharge Medications
Alprazolam 0.25 mg, every 6 hours as needed for anxiety
Amiodarone HCL 100 mg, once a day
Diltiazem HCL 60 mg, 1 tab four times a day
Docusate sodium 100 mg, two times a day as needed
Eliquis tablet 5 mg, two times a day
Furosmide tablet 40 mg, 1 tab once a day
Insulin glargine 100 unit/mL, 25 unit subcutaneous two times a day
Melatonin 6 mg, every night at bedtime
Metoprolol Tartrate tablet 25 mg, 1 tab two times a day
NovoLin R Injection Solution 100 unit/mL sliding scale, subcutaneous before meals and at bedtime
Pantoprazole Sodium tablet delayed release 40 mg, 1 hour before breakfast
Rosuvastatin Calcium tablet 20 mg, 1 tab every night at bedtime
Tamsulosin HCL capsule 0.4, 2 cap once a day
Trazodone HCL 50 mg, every night at bedtime
Plan: discharge home with home health physical therapy and occupational therapy
Follow up

07/05/2024 Andrea Bettis, RN Centerwell Home Health
He is not home had to go to Camden ER for increased shortness of breath, they are trying to get him inpatient rehab with South Arkansas Regional Medical Center

07/04/2024 John Scott Erwin, MD
Discharge Summary
Admission date: 06/23/2024; Discharge Date: 07/04/2024
Nutrition Diagnosis:
- Inadequate oral intake R/T metabolic encephalopathy AEB poor po intake continues since hospital admit
Problem List:
1. Metabolic encephalopathy (Acute)
2. Paroxysmal atrial fibrillation
3. History of coronary artery bypass graft x 3
4. Chest pain (Acute)
HPI: The patient presented to the ED on 06/15/2024 with atrial fibrillation with rapid ventricular response. His sotalol was stopped when he went to CHI 2 weeks ago and went on metoprolol and amiodarone. He stopped taking the new medication. EMG showed uncontrolled AFib. He had cardiac arrest and pulseless electric activity requiring chest compression and epinephrine. The patient was transferred to the ICU. He was intubated and sedated for acute respiratory failure. He was extubated on 06/20/2024 with cardiomyopathy with an EF of 30% to 35%. The patient complained of swallowing difficulty. Speech therapy evaluated showed no signs of aspiration. The patient was treated for hallucinations and anxiety, and intermittent confusion medications were adjusted. The patient has noted problems with decreased activity tolerance, decreased strength, proximal and distal weakness, balance deficit, decreased range of motion, gait

disturbance, impaired mobility, dyspnea on exertion, high fall risk.
Prior level of functioning: He lives alone, was independent for ADLs, transfers, and mobility with a single point cane. Currently, sit to stand with max assist, bed to chair with max assist. Pivot with max assist. He needs max assist with bathroom tasks and ADLs. To improve his functional mobility.
PT and OT both recommended inpatient therapy, 24-hour nursing, PT, OT, speech therapy along with physician oversight and weekly IDT meetings to get him back to his prior level of functioning.
Comorbidities: Include encephalopathy, respiratory failure, acute mental statue changes, anemia, ataxia, cardiomyopathy, decreased physical function, dizziness, diabetes, dyspnea, electrolyte imbalance, fatigue, hypertension, hyperglycemia, low albumin, metabolic encephalopathy, neuropathy, protein-calorie malnutrition, syncope, weakness, and osteoarthritis. The patient did well in rehab and worked well with staff he had followed by renal throughout his stay and also saw cardiology secondary to chest pain but EKG and cardiac enzymes remained normal he was able to ambulate 150' with RW and TF with SPV and perform ADLs and will go home with home health for further PT/OT and will F/U with renal and PCP.
Impression/Diagnosis/Plan:
Metabolic encephalopathy:
Plan: d/c to home

05/27/2024 Samantha Baker, RN Centerwell Home Health
Visit Number: 16
RN02 – RN recert with skill
No community resources needed at this time
Activity – Degree of physical activity: Walks occasionally – walks occasionally during the day, but for very short distances, with or without assistance. Spends majority of day in bed or chair
Mobility – ability to change and control body position: Slightly limited – makes frequent though slight changes in body or extremity position independently.
Wound care provided.
Received pt in home sitting on the couch. Pt states that he had pacemaker removed Friday due to increase in pain. He states the ER doctor thinks he was allergic to the glue on the pacemaker. Pt states it went well, and he feels better than he has felt in the last 6 months.

05/22/2024 Kayla Bryant, LPN Centerwell Home Health
Visit number: 15
SN Subsequent visit
Architectural/home: Patient lives alone. The patient receives assistance from relatives, friends or neighbors living outside the home. The patient receives assistance from paid help.
Indicate homebound status: The patient is homebound
Indicate reasons the patient is homebound: Needs aid of supportive devices – walker. Needs assistance from another person in order to leave their place of residence. Limited endurance. Shortness of breath with activity. High fall risk. Lower extremity weakness.
Wound care provided to the right foot. Sutures removed since last visit. Pt unable to do wound care himself and no available CG in home. Details in ICC. The patient has a reddened area to mid-chest. The patient reports he went to the doctor and has cellulitis.

03/27/2024 Maria Theresa Montales, MD CHI St. Vincent

Presented to the ED via EMS after a cardiac arrest. Patient states he was given an extra medication, believes it to be sotalol, but unsure what the medication was last night. Went to the restroom around 4 am when he was found on the floor, started CPR around 4:06 after no pulse. Lifenet came within 5-6 minutes and was found to have a pulse and normal sinus rhythm. He has no recollection of the episode. He recently had an I&D for his right foot due to diabetic foot ulcer and was placed on antibiotics, reports he is not on abx.

3/20: Sitting up in a chair without pain. He has 4+ pitting edema all the way to his hip and his right lower extremity. The left lower extremity is without edema completely. He had chest pain and NSTEMI and underwent PCI. He then had cardiac arrest. He has chronic foot wounds for many years on his right foot which deferred his CABG in 2021. He has had MRSA and blood cultures from 3/12 and 3/16 so far.

3/22: He does not wish to have amputation at this time even though he has osteomyelitis of the ankle and foot and already Charcot deformities.

3/25: Have spoken to orthopedic surgery again today about the possibility of irrigation debridement to help the antibiotics be successful and avoid amputation.

3/26: Orthopedic surgery discussing the possibility of irrigation and debridement.

3/27: MRI showed "consistent with extensive osteomyelitis involving the ankle and foot", admitted s/p cardiac arrest, also admitted for MRSA bacteremia and R foot OM. Pt declines amputation of R foot, he would like to try IV antibiotics first. IV antibiotics may fail to clear his R foot wound infection. Also, with OM he may have recurrence of bacteremia until the source of infection is removed (amputation), he v/u of the risks however he would like to do conservative management and avoid amputation. He also now declined to dc to rehab, states he prefers to dc to home with HH for IV antibiotics, he also states he will arrange caregivers.

Assessment:
s/p cardiac arrest
syncope
MRSA bacteremia likely 2/2 R foot OM
R diabetic foot ulcer/OM
Uncontrolled Type 2 DM, improved, now w/ hypoglycemic episode
AKI likely pre-renal, improved
Acute on chronic systolic CHF exacerbation, improved

Plan:
- telemetry, noted cardio's recs. Will arrange cardiac event monitor on dc and f/u outpatient
- continue wound care
- ortho recs amputation of R foot/BKA however pt declines. Pt understood risks however pt would like to try IV antibiotics x 6 weeks
- may insert PICC line today
- close monitoring. CM consulted for dc planning, to set up HH for IV antibiotics. Pt declines rehab placement.

03/14/2024 Nazneen Tata, MD Chi St Vincent
Procedure Name: Cardiac Cath with grafts +/- PCI

**<u>Med Legal Records Reviewed</u>**
1/28/2026 Mark Landrum, MD
Infectious Disease Associates: Letter to Mr. Knutson and Mr. Puryear
Please consider this letter as a disclosure of my opinions in this matter. The following opinions

are held to a reasonable degree of medical probability.
I have been asked to provide opinions regarding the infection issues and cause of death in the above-referenced records. My testimony includes my opinion that given the multiple and severe underlying medical problems that Mr. Lee had prior to the motor vehicle crash (MVC), his ultimate cause of death was due to progression of heart failure with concurrent viral pneumonia. Neither his heart failure nor COVID pneumonia was due to, or exacerbated by, the MVC on 10/31/24 and the subsequent lower extremity paralysis. I hold these opinions to a reasonable degree of medical probability.

Medical Course:
Discussion/Mortality Risk Assessment:
The multiple health problems that Mr. Lee lived with were profound and progressive. I would like to specifically address his mortality risk due to congestive heart failure. There are several calculators to give estimates of mortality with CHF. Both the MAGGIC and Seattle Heart Failure Model incorporate the New York Heart Association (NYHA) Class system to assess functional impact of CHF on daily exertional activities, ranging from Class I (minimal impact) to Class IV (severe impact that limits activity). Based on physical therapy assessments at South Arkansas Regional Hospital from 7/10/24 - 7/19/2024, functional status would be NYHA Class III, though descriptions of his level of activity and dyspnea on subsequent home visits would be more consistent with NYHA Class IV [Montana 016157]. For the calculations described below, I used the more optimistic Class III assessment. The MAGGIC Risk Calculator uses relevant factors of age, diabetes, duration of heart failure, ejection fraction, medications, presence of COPD, blood pressure, Body Mass Index (BMI), and kidney function (creatinine) to calculate a score and a 1-year and 3-year mortality.
When Mr. Lee's numbers and factors are entered into the MAGGIC calculator, the score is 34 points, and his predicted 1-year mortality is 34.2% and 3-year mortality is 65.8%. The MAGGIC risk score is a CHF-focused calculator, and it does not account for the fact that he had 2 separate cardiac arrests within 12 months, or the severity of his diabetes as other risk factors for death. The Seattle Heart Failure Model incorporates diuretic dosing, cardiac medications for management of heart failure, use of cholesterol medications, NHYA Class, cardiac ejection fraction, SBP, and other lab values for sodium, hemoglobin, lymphocytes, uric acid and cholesterol. Using the Seattle Heart Failure Model, Mr. Lee would have a predicted 1-year survival rate 69% (mortality of 31%) and the 5-year survival rate would be 16% (84% mortality rate). Based on both models, Mr. Lee had a poor prognosis for survival, independent of the MVC on 10/31/24. In any situation that required a dynamic increase in cardiac function, Mr. Lee had limited capacity to increase his cardiac output. Just as he had cardiogenic shock on 11/1/24, this infection with COVID in January 2025 led to hypotension, progressive renal failure and required vasopressor support, the increased cardiac demand could not be met because of his pre-existing severe heart failure, and directly led to his death. In January 2025, any viral infection with lung inflammation, whether COVID, influenza, RSV, or another seasonal virus, would lead to a similar outcome and more likely than not, death due to his underlying health status.

January 2026 B. Mark Landrum, MD, FIDSA Curriculum Vitae

01/20/2026 Anthony Lamkin, MD
I am submitting this as my expert report in this case. I am a wound care physician who treats patients in the Wound Healing Center at St. Bernards Regional Medical Center in Jonesboro,

AR. I also serve as the Medical Director of the hospital's wound care department.
He was involved in an MVA on October 31, 2024. He sustained multiple injuries, including but not limited to, fracture of the 12th thoracic vertebra and multiple rib fractures. Mr. Lee developed paralysis after the spinal injury. During the period between November 8, 2023, and December 18, 2024, the patient developed unstageable pressure injuries, most notable to the sacrum. Patient was admitted to the hospital on January 25, 2025, at Baptist Conway with covid pneumonia associated with sepsis and died on January 30, 2025.
Opinion #1 – Mr. Lee had a long history of right foot wound infections requiring multiple right foot surgeries dating as far back as 2017. Due to continued presence of infection, around March 28, 2024, it was recommended to the patient to have an amputation of the right lower extremity during his admission to St.Vincent Hospital.During later admission to South Arkansas Hospital beginning on December 18, 2024, amputation of the right lower extremity was again recommended due to extensive osteomyelitis (bone infection) found on MRI of the right foot and ankle. The patient again declined lower extremity amputation. It is noted in the discharge summary of January 15, 2025 from South Arkansas Hospital, Montana page 2212, that the patient had been started on IV antibiotics due to the presence of osteomyelitis, The antibiotics, Cefepime and Vancomycin, were prescribed to be continued until February 3, 2025 and were continued during his admission to Twin Rivers up until transfer to the ER on January 25, 2025.
Opinion #2 – During Mr. Lee's admission to South Arkansas Hospital from December 18, 2024, to January 15, 2025, he was evaluated by general surgery. After evaluation it was recommended to the patient, on multiple occasions, for amputation of the right lower extremity and surgical debridement of the sacral wound. Despite multiple discussions by the patient's care providers about the need for surgery and explanations of possible risks of refusal, the patient declined surgery. Refusal of the recommended surgical procedures placed Mr. Lee at risk for delayed wound healing and possible future complications from the wounds. The opinion is based on review of the South Arkansas medical records, particularly the physician clinical notes.
Opinion #3 – The patient's source of sepsis is believed to be from Covid pneumonia and not the sacral wound. The clinical information from the medical records of Baptist Hospital admission dates January 25-30, 2025, Twin River's admission January 15-25, 2025, and South Arkansas Hospital December 18, 2024 – January 15, 2025 give the basis for determining this opinion. I considered Mr. Lee's presenting symptoms on January 25, 2025 and how they progressed during his admission to Baptist Hospital. I considered the findings of abnormal COVID testing, abnormal chest x ray, and the diagnosis of Covid pneumonia.
Opinion #4 – During the Baptist admission January 25-30, 2025, the patient suffered from Covid pneumonia associated with severe sepsis. Due to this, Mr. Lee developed worsening respiratory symptoms, kidney failure, hypotension, and continual decline in mental alertness. Attempts at central line access for Continuous Renal Replacement Therapy (CRRT) were unsuccessful to treat the renal failure. These worsening conditions proved not to be reversable[sic], despite the medical care provided, ultimately leading to death. These medical conditions mentioned would have been present and resulted in death whether or not a sacral wound had been present.

01/30/2025 Certificate of Death
If death occurred in a hospital: inpatient
Facility Name: Baptist Health Medical Center – Conway
Cause of Death: Cardiorespiratory distress, sepsis

References

National Spinal Cord Injury Statistical Center, Traumatic Spinal Cord Injury Facts and Figures at a Glance. Birmingham, AL: University of Alabama at Birmingham, 2025.

Economic Impact of SCI (2011). Topics in Spinal Cord Injury Rehabilitation, 16(4).

***Note: CPT© and DRG© are copyright by the American Medical Association [AMA] CPCS© is copyright by Health & Human Services-Health Care Finance Administration [HHS-HCFA]***