# ECONOMIC AND FINANCIAL CONSULTING GROUP, INC.

6 RICHLAND HILLS COVE • CONWAY, AR 72034 • (501) 450-1306

July 8, 2025

Mr. Bryce Brewer
Attorney at Law
Rainwater, Holt & Sexton
P.O. Box 17250
Little Rock, AR 72222

RE: **Estate of Willis Paul Lee, Jr.**

Dear Mr. Brewer:

As you know, in a recent Arkansas wrongful death case, *Estate of Jerry R. Kolpek v. United States of America* (Western District of Arkansas: 5:21-CV-05116), Judge Timothy Brooks awarded the plaintiff an amount of $1,600,000.00 for Loss of Life Damages. The decedent in that matter, Jerry R. Kolpeck, was 83 years old at the time of his death and had a life expectancy of 6.50 additional years according to Judge Brooks' opinion. Judge Brooks' award translates into an implicit annual amount of approximately $246,000.00 in nominal terms. A larger annual amount would be necessary to attain Judge Brooks' award amount in present value terms.

At your request, I have performed additional computations in the above-cited matter. Specifically, I have calculated the nominal and present values of a payment of $246,000.00 per year projected over the statistical life expectancy of the decedent in accordance with my usual methodology. Those computations yield nominal and present values of **$3,681,238.36** and **$3,039,769.31,** respectively. Present value is calculated in accordance with standard financial formulas utilizing a 2.50% real interest rate. My computations are projected over a life expectancy of 14.96 additional years based on the Center for Disease Control publication: *United States Life Tables, 2022*. My computations are presented on a year-by-year basis in the attached table.



EXHIBIT B

If I can be of further service in this matter, please do not hesitate to contact me.

Yours very truly,

Ralph D. Scott, Jr

RALPH D. SCOTT, JR., Ph.D.

**CALCULATION OF NOMINAL AND PRESENT VALUES**
**PAYMENT AMOUNT: $246,000.00 PER YEAR**

| Year | Age | Base Amount | Year Fraction | Projected Value | Present Value Factor | Present Value | Cumulative Present Value |
|---|---|---|---|---|---|---|---|
| PAST: | | | | | | | |
| 2025 | 67 | $ 246,000.00 | 0.4356 | $ 107,161.64 | 1.0000 | $ 107,161.64 | $ 107,161.64 |
| Total | | | 0.4356 | 107,161.64 | | 107,161.64 | 107,161.64 |
| FUTURE: | | | | | | | |
| 2025/26 | 68 | 246,000.00 | 1.0000 | 246,000.00 | 0.9756 | 240,000.00 | 240,000.00 |
| 2026/27 | 69 | 246,000.00 | 1.0000 | 246,000.00 | 0.9518 | 234,146.34 | 474,146.34 |
| 2027/28 | 70 | 246,000.00 | 1.0000 | 246,000.00 | 0.9286 | 228,435.46 | 702,581.80 |
| 2028/29 | 71 | 246,000.00 | 1.0000 | 246,000.00 | 0.9060 | 222,863.86 | 925,445.66 |
| 2029/30 | 72 | 246,000.00 | 1.0000 | 246,000.00 | 0.8839 | 217,428.15 | 1,142,873.81 |
| 2030/31 | 73 | 246,000.00 | 1.0000 | 246,000.00 | 0.8623 | 212,125.03 | 1,354,998.84 |
| 2031/32 | 74 | 246,000.00 | 1.0000 | 246,000.00 | 0.8413 | 206,951.25 | 1,561,950.09 |
| 2032/33 | 75 | 246,000.00 | 1.0000 | 246,000.00 | 0.8207 | 201,903.66 | 1,763,853.74 |
| 2033/34 | 76 | 246,000.00 | 1.0000 | 246,000.00 | 0.8007 | 196,979.18 | 1,960,832.92 |
| 2034/35 | 77 | 246,000.00 | 1.0000 | 246,000.00 | 0.7812 | 192,174.81 | 2,153,007.73 |
| 2035/36 | 78 | 246,000.00 | 1.0000 | 246,000.00 | 0.7621 | 187,487.62 | 2,340,495.34 |
| 2036/37 | 79 | 246,000.00 | 1.0000 | 246,000.00 | 0.7436 | 182,914.75 | 2,523,410.09 |
| 2037/38 | 80 | 246,000.00 | 1.0000 | 246,000.00 | 0.7254 | 178,453.41 | 2,701,863.50 |
| 2038/39 | 81 | 246,000.00 | 1.0000 | 246,000.00 | 0.7077 | 174,100.89 | 2,875,964.39 |
| 2039/40 | 82 | 246,000.00 | 0.9644 | 237,238.36 | 0.6905 | 163,804.91 | 3,039,769.31 |
| Total | | | 14.9644 | $ 3,681,238.36 | | $ 3,039,769.31 | $ 3,039,769.31 |

**TOTAL: NOMINAL VALUE** **$ 3,681,238.36**

**TOTAL: PRESENT VALUE** **$ 3,039,769.31**