**THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

---

**MIKKI HASTINGS, as Personal Representative and SPECIAL ADMINISTRATRIX of the estate of WILLIS PAUL LEE, JR., DECEASED, on behalf of the Individual and survival heirs and wrongful death Beneficiaries of WILLIS PAUL LEE, JR., deceased** **PLAINTIFF**

**V.** **Case No. 6:25-CV-06053**

**MONTANA CARRIERS, INC. ET AL** **DEFENDANTS**

---

## PLAINTIFF'S INITIAL DISCLOSURES

---

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff hereby makes the initial disclosures to Defendants, but Plaintiff has not yet completed discovery or preparation for the trial of this matter. As such, these disclosures are based upon information presently available to Plaintiff and are made in a good-faith effort to comply with FRCP 26(a)(1). Plaintiff reserves the right to supplement and amend her disclosures. These disclosures are not intended as admissions or limitations, as to any witnesses or proof.

**a. INDIVIDUALS WITH DISCOVERABLE INFORMATION**

Name, address and phone numbers of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

1. Plaintiff Mikki Hastings
   7902 Highway 51S
   Okolona, AR 71962
   Can be contacted through counsel.
   (facts and circumstances giving rise to this cause of action and damages suffered by Willis Paul Lee, Jr. from the incident, his resulting medical care, treatment, injuries and ultimate death);



**EXHIBIT C**

2. Katherine Dreamer (niece)
506 East McKenzie Ave
Pocola, OK 74902
Can be contacted through counsel.
(facts and circumstances giving rise to this cause of action and damages suffered by Willis Paul Lee, Jr. from the incident, his resulting medical care, treatment, injuries and ultimate death);

3. Mary Downey (niece)
Lind Ave.
Kissimmee, FL 34744Can be contacted through counsel.
(facts and circumstances giving rise to this cause of action and damages suffered by Willis Paul Lee, Jr. from the incident, his resulting medical care, treatment, injuries and ultimate death);

4. Rebecca McElhannon(niece)
15582 Highway 84
Bismark, Arkansas 71929
Can be contacted through counsel.
(facts and circumstances giving rise to this cause of action and damages suffered by Willis Paul Lee, Jr. from the incident, his resulting medical care, treatment, injuries and ultimate death);

5. Defendant Jagdeep Singh Dhillion
134 Banting Cres
Brampton, Ontario L4T
(facts and circumstances surrounding the collision that gives rise to this event, his actions, or inactions, his training, experience and/or expertise in operating an 18-wheeler and anything related to the scene post-crash and resulting investigations);

6. Officer Steven Holt of the Clark County Sherriff's Office
Clark County Sheriff's Office
406 South 5th Street
Arkadelphia, AR 71923
(870) 464-3307
(facts concerning his investigation of the alleged incident, the scene, details and other matters, including discussions with Defendant Jagdeep Dhillion)

7. Van Wise, M.D.
Daniel L. Stock, MD
Hot Springs Radiology Services Ltd.
3633 Central Avenue, Ste. D
Hot Springs National Park, AR 71913
(facts and circumstances relating to medical care and treatment);

8. Joshua N. Keithley, MD
Dustin Tubre, MD
Justin T. Dowdy, MD (Surgeon)
CHI St. Vincent – Hot Springs
300 Werner St.
Hot Springs, AR 71913
(facts and circumstances relating to medical care and treatment);

9. Joel Bilbo, CRNA
Young Professional Anesthesia
7 Parkway Center, Suite 375
Pittsburgh, PA 15220
(facts and circumstances relating to medical care and treatment);

10. Greg Smart, MD
South Arkansas Regional Hospital
P.O. Box 1998
El Dorado, AR 71731
(facts and circumstances relating to medical care and treatment);

11. John Scurlock, MD
Barbara Rodrigues, MD
Brandon Kelly, MD
Radiology Associates
500 S. University Ave., Ste. 101
Little Rock, AR 72205
(facts and circumstances relating to medical care and treatment);

12. Twin Rivers Rehabilitation and Healthcare Center
3021 Twin Rivers Drive
Arkadelphia, AR 71923
(facts and circumstances relating to medical care and treatment);

13. Randee King, RN
Elva June Wolfe, APRN
Hira Imad Cheema, MD
Josiah Okechukwu Onyenekwe, MD
Baptist Health Medical Center – Conway
1555 Exchange Avenue
Conway, AR 72032
(facts and circumstances relating to medical care and treatment);

14. All individuals identified by Defendants in their Initial Disclosures not objected to by Plaintiff;

15. Defendant Montana Carriers Inc.'s 30(b)(6) witnesses;

16. Non-economic damages, including loss of life, experts have been retained as consultants and are likely to be identified for trial;

17. Consultants for the review, documentation and evaluation of the scene of the alleged incident and the vehicle operated by Willis Paul Lee, Jr. at the time of the crash have been retained as consultants and are likely to be identified for trial;

18. Consultants concerning the safety, CDL and other issues regarding the driving of Defendant Jagdeep Dhillon as well as Defendant Montana Carriers, Inc. have been retained as consultants and are likely to be identified for trial

19. Treating medical providers listed in the attached medical records of Willis Paul Lee, Jr. who possesses knowledge of his injuries and resulting care;

20. Billing and records custodians of treating medical providers of Willis Paul Lee, Jr. that possesses knowledge of his injuries, medical records and billing records.

As discovery is ongoing and only just beginning, Plaintiff reserves the right to supplement this disclosure as additional responsive information is identified. The information above may be amended once more complete information is obtained. Further, the medical records of Defendant Jagdeep Dhillon may be requested and will likely contain additional witnesses.

**b. DOCUMENTS RELEVANT TO DISPUTED FACTS**

Without affecting any sort of waiver and reserving the right to supplement these disclosures, Plaintiff identifies the following records that they may use to support their claims:

1. Medical records of Willis Paul Lee, Jr.;

2. Medical expenses for Willis Paul Lee, Jr.;

3. Arkansas Motor Vehicle Crash Report;

4. Itemized Medical Bills;

5. Medical Expense Index;

6. Exhibits listed by Defendant not objected to by Plaintiff;

7. Scene Photographs (RHS – I. Britton – 000422 to 000423);

8. All documents identified on Defendants' initial disclosures;

9. Any item of evidence in possession of any law enforcement and/or first responder agency that responded to the incident. This evidence is likely to be photographs, recordings, and videos from first responders;

10. In the event the Plaintiff retains an expert witness, in addition to the police report and first responders' reports, there will likely be items used in formulating the expert's opinions such as reports, videos, demonstrative aids, etc. which will be produced within the parameters of the Final Scheduling Order;

11. Driving records, employment records, safety training, safety protocols, employment manual and/or handbooks, and other documents related to the operation of the 18-Wheeler driven by Defendant Jagdeep Dhillon, by Defendant Montana Carriers, Inc. and/or their employees;

12. Any electronic communications made by any electronic device, including computers, phones, tablets, or any other device, regarding circumstances leading up to the collision or following; including any investigation into the happenings and/or causes of the incident (in Defendant's possession).

13. Any and all relevant information downloaded from vehicles involved in the collision.

**c. DAMAGE CATEGORY COMPUTATIONS**

Plaintiff is still in the process of calculating damages and specifically reserves the right to supplement this response from time to time throughout the discovery process.

Plaintiff is currently aware of medical expenses totaling at least $632,401.55. Plaintiff has attached a preliminary medical expenses index, as well as any newly acquired medical bills and medical records. Plaintiff has previously provided medical records, medical bills and the accident report to counsel for the Defendants. Plaintiff is seeking compensatory damages for Willis Paul Lee, Jr., together with a loss of life award to be set by a jury

Further, these areas of damages are within the discretion of the jury. Plaintiff will supplement with expert reports in compliance with the Final Scheduling Order.

**d. INSURANCE AGREEMENT**

Upon information and belief, Defendant possesses insurance coverage that would apply to this matter. Accordingly, Defendant is in the best position to produce all applicable policies. Plaintiff anticipates that Defendant will provide all applicable policies (not just the declaration page) in compliance with Rule 26.

Respectfully submitted,

**Attorney for Plaintiff**

BY: /s/ Bryce Brewer
Bryce Brewer (ABN 2002013)
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
Little Rock, AR 72222
(501) 868-2928
(501) 868-2990 (Fax)
bbrewer@rainfirm.com

## CERTIFICATE OF SERVICE

I, Bryce Brewer, do hereby certify that a true and correct copy of the above and foregoing pleading has been served upon the following attorneys of record via electronic mail this 19th day of August 2025.

Jeffrey W. Puryear
PURYEAR, MAYFIELD & McNEIL, P.A.
3000 Browns Lane
Jonesboro, AR 72401
(870) 932-0900
jpuryear@pmmlawfirm.com

/s/ Bryce Brewer
Bryce Brewer