**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MIKKI HASTINGS as Personal Representative And SPECIAL ADMINISTRATRIX of the Estate of WILLIS PAUL LEE, JR., DECEASED, on behalf of the individual and survival heirs and Wrongful Death Beneficiaries of WILLIS PAUL LEE, JR., deceased,** **PLAINTIFF**

**V.** **CASE NO.: 6:25-cv-06053**

**MONTANA CARRIERS, INC. et al.** **DEFENDANTS**

**MOTION FOR ATTORNEY BRIAN DEL GATTO TO APPEAR PRO HAC VICE**

Pursuant to Local Rule 83.5(d), Defendants, Montana Carriers, Inc. and Jagdeep Dhillon, move this Court for the admission of Attorney Brian Del Gatto, to appear as counsel of record for and on behalf of these Defendants *pro hac vice.* In support of said motion, Defendants state:

1. Undersigned counsel, Jeffrey W. Puryear, is a member in good standing of the bar of the State of Arkansas and of the United States District Court for the Western District of Arkansas. He maintains an office for the practice of law at Puryear Mayfield & McNeil, P.A., 3000 Browns Lane, Jonesboro, AR 72401, (870) 932-0900. The Court and plaintiff's counsel may readily communicate with undersigned counsel regarding this case.

2. The office address and telephone number for Attorney Brian Del Gatto are:

Wilson Elser Moskowitz Edelman & Dicker LLP
2231 East Camelback Road, Suite 200
Phoenix, AZ 85016
914-584-9187
Brian.DelGatto@wilsonelser.com

3. Brian Del Gatto is admitted to, and a member in good standing of, the bars of the following states: Arizona, Connecticut and New York. He is also admitted to, and a member in good standing of, the United States District Court for the District of Arizona, all districts in the United States

District Courts in New York, the United States District Court for the District of Arizona, the United States District Court for the District of Nebraska and the United States District Court for the Western District of Washington.

4. Brian Del Gatto does not reside in Arkansas, is not regularly employed in Arkansas, and is not regularly engaged in the practice of law in Arkansas. Brian Del Gatto agrees to follow the Local Rules of this Court and to submit to the jurisdiction of this Court in matters of discipline.

WHEREFORE, Defendants, Montana Carriers, Inc. and Jagdeep Dhillon, respectfully move this Court to enter an Order allowing Attorney Brian Del Gatto to appear *pro hac vice as* an additional counsel of record on behalf of Defendants in the above-captioned case.

Respectfully submitted,

Jeffrey W. Puryear (Ark. Bar No. 93109)
PURYEAR MAYFIELD & McNEIL, P.A.
3000 Browns Lane
Jonesboro, AR 72401
(870) 932-0900
jpuryear@pmmlawfirm.com

By: /s/ Jeffrey W. Puryear
*Attorney for Defendants,*
*Jagdeep Dhillon and Montana Carriers, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March, 2026, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send electronic notice to counsel of record.

Bryce Brewer
Rainwater, Holt & Sexton
P.O. Box 17250
Little Rock, Arkansas 72222
0bbrewer@rainfirm.com

/s/ Jeffrey W. Puryear
Jeffrey W. Puryear