**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MIKKI HASTINGS as Personal Representative And SPECIAL ADMINISTRATRIX of the Estate of WILLIS PAUL LEE, JR., DECEASED, on behalf of the individual and survival heirs and Wrongful Death Beneficiaries of WILLIS PAUL LEE, JR., deceased,** **PLAINTIFF**

**V.** **CASE NO.: 6:25-CV-06053**

**MONTANA CARRIERS, INC. et al.** **DEFENDANTS**

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that Brian Del Gatto of Wilson, Elser, Moskowitz, Edelman & Dicker LLP hereby enters his appearance as co-counsel for Defendants Montana Carriers, Inc. and Jagdeep Dhillon. Please let the records and all service lists reflect that Jeff Puryear and Brian Del Gatto are the attorneys of record for Defendants

Respectfully submitted,

Brian Del Gatto (Pro Hac Vice)
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
Phoenix, AZ 85016
(480) 562-3674
Brian.delgatto@wilsonelser.com

By: /s/ Brian Del Gatto
*Attorney for Defendants,*
*Jagdeep Dhillon and Montana Carriers, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March, 2026 I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send electronic notice to counsel of record.

Bryce Brewer
Rainwater, Holt & Sexton
P.O. Box 17250
Little Rock, Arkansas 72222
bbrewer@rainfirm.com

/s/ Brian Del Gatto
Brian Del Gatto