**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MIKKI HASTINGS as Personal Representative And SPECIAL ADMINISTRATRIX of the Estate of WILLIS PAUL LE, JR., DECEASED, on behalf of the individual and survival heirs and Wrongful Death Beneficiaries of WILLIS PAUL LE, JR., deceased** **PLAINTIFF**

**V.** **NO. 6:25-CV-06053-SOH**

**MONTANA CARRIERS, INC.; JAGDEEP DHILLON; JOHN DOES 1-3; AND JOHN DOE ENTITIES 1-3** **DEFENDANTS**

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

COME NOW Defendants, Montana Carriers, Inc. and Jagdeep Dhillon (collectively "Defendants"), by and through their attorneys, Puryear, Mayfield & McNeill, P.A. and Wilson Elser Moskowitz Edelman & Dicker LLP, and for their Motion for Partial Summary Judgment, state:

1. Arising out of a motor vehicle accident, Plaintiff filed suit claiming, in part, independent claims of negligent hiring, training and supervision by Montana Carriers, Inc.; damages as a wrongful death beneficiary; damages for a life care plan; and damages for towing and storage fees.

2. Plaintiff's independent negligent claims against Montana Carriers, Inc. should be dismissed because they are precluded under Arkansas law where vicarious liability is conceded.

3. Plaintiff has no evidence to establish her claim as a wrongful death beneficiary.

4. Plaintiff has no evidence to support damages for a life care plan for the decedent.

5. Lastly, Plaintiff's claims for towing and storage fees are excluded under Arkansas's statute for the measurement of damages in a motor vehicle accident.

6. No genuine dispute of material fact exists as to these claims.

7. Pursuant to Federal Rule of Civil Procedure 56(a), Defendants move this Court to enter partial summary judgment in their favor as to Plaintiff's claims for negligent hiring, training and supervision, damages as a wrongful death beneficiary, damages under the life care plan, and damages for towing and storage fees.

8. In further support of this motion, Defendants attach the following:

(a) Exhibit A - Report of Doctor Tanya Rutherford Owen

(b) Exhibit B - Accident Report

(c) Exhibit C - portions of Deposition of Steven Holt

(d) Exhibit D - portions of Deposition of Dr. Thomas Ireland

(e) Exhibit E - portions of Deposition of Dr. Anthony Lamkin

(f) Exhibit F - portions of Deposition of Plaintiff, Mikki Hastings

(g) Exhibit G - portions of Deposition of Adam Hastings

9. In further support of this motion, Defendants file contemporaneously herewith their Memorandum Brief and Statement of Undisputed Material Facts.

WHEREFORE, Defendants, Montana Carriers, Inc. and Jagdeep Dhillon, pray that their motion for partial summary judgment be granted, as set forth herein; and for any and all other proper relief.

Respectfully submitted,

Brian Del Gatto (admitted *pro hac vice*)
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER, LLP
2231 East Camelback Road, Suite 200
Phoenix, AZ 85016
(914) 584-9187
Brian.DelGatto@wilsonelser.com

and

Jeffrey W. Puryear (93109)
Mark Mayfield (93180)
PURYEAR MAYFIELD & McNEIL, P.A.
3000 Browns Lane
Jonesboro, Arkansas 72401
(870) 932-0900
jpuryear@pmmlawfirm.com
mmayfield@pmmlawfirm.com

By: /s/ Jeffrey W. Puryear
*Attorneys for Defendants,*
*Montana Carriers, Inc. and Jagdeep Dhillon*

**CERTIFICATE OF SERVICE**

I, Jeffrey W. Puryear, hereby certify that on this 27th day of May, 2026, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send electronic notice to counsel of record:

Bryce Brewer
Rainwater, Holt & Sexton
P.O. Box 17250
Little Rock, Arkansas 72222
bbrewer@rainfirm.com

/s/ Jeffrey W. Puryear
Jeffrey W. Puryear