**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MIKKI HASTINGS as Personal Representative And SPECIAL ADMINISTRATRIX of the Estate of WILLIS PAUL LE, JR., DECEASED, on behalf of the individual and survival heirs and Wrongful Death Beneficiaries of WILLIS PAUL LE, JR., deceased** **PLAINTIFF**

**V.** **NO. 6:25-CV-06053-SOH**

**MONTANA CARRIERS, INC. et al.** **DEFENDANTS**

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT B

566655

Drivers' Last Names: LEE, DHILLON — Page 1 of 12

Juvenile Involved ☐ Yes ☑ No

# ARKANSAS MOTOR VEHICLE CRASH REPORT

Rev. 2019-1

Severity ☐ Fatality ☑ Injury ☐ PDO

**# of Motor Vehicles** (Automobiles, Motorcycles, etc.): 2

**Crash Report #**: 24-086

**# of Non-Motorists** (Pedestrians, Bicyclists, etc.): 0

**Investigating Agency**: CLARK COUNTY SO

**Investigating Officer**

| Rank | Last | First | Middle | Suffix | Badge # | Signature |
|---|---|---|---|---|---|---|
| Deputy | Holt | Steven | | | 13 | |

## CRASH DATE AND TIME

| Date of Crash (MM/DD/YYYY) | Time of Crash (HH:MM AM/PM) | Date Police Notified | Time Police Notified | Date Police Arrived | Time Police Arrived |
|---|---|---|---|---|---|
| 10/31/2024 | 08:39 AM | 10/31/2024 | 08:45 AM | 10/31/2024 | 09:00 AM |

## CRASH LOCATION

| County | City | Latitude | Longitude |
|---|---|---|---|
| Clark | Arkadelphia | | |

| Road/Street/Highway | Section | Log Mile | At Intersection With |
|---|---|---|---|
| I30 East | | 74.000 | |

Not in City, but ______ (Distance (feet or miles to two decimal places)) ______ (Direction (N/S/E/W)) of the City Limits of ______ (City)

Not at Intersection, but ______ (Distance (feet or miles to two decimal places)) ______ (Direction (N/S/E/W)) of ______ (Reference point)

## CRASH FACTORS AND CONDITIONS

**First Harmful Event**: 205

Non-Collision:
100 Overturn/rollover
101 Fire/explosion
102 Immersion, full or partial
103 Jackknife
104 Cargo/equipment loss or shif
113 Fell/jumped from motor vehic
115 Object thrown or fallen on or near motor vehicle
198 Other non-collision

Collision with Non-Fixed Object:
200 Pedestrian
201 Pedalcycle
202 Other non-motorist
203 Railway vehicle (train, engine
204 Animal (live)
205 Motor vehicle in transport
206 Parked motor vehicle
207 Falling/shifting cargo or anyth set in motion by motor vehicle
208 Work zone/maintenance equi
298 Other non-fixed object

Collision with Fixed Object:
300 Impact attenuator/crash cush
301 Bridge overhead structure
302 Bridge pier or support
303 Bridge rail
304 Cable barrier
305 Culvert
306 Curb
307 Ditch
308 Embankment
309 Guardrail face
310 Guardrail end
311 Concrete traffic barrier
312 Other traffic barrier
313 Tree (standing)
314 Utility pole/light support
315 Traffic sign support
316 Traffic signal support
317 Other post, pole, or support
318 Fence
319 Mailbox
320 Building
398 Other fixed object

999 Unknow

*If 198, 298, or 398, describe:*

**Location of First Harmful Event**: 100

100 On roadway
101 Shoulder
102 Median
103 Roadside
104 Gore
105 Separator
106 In parking lane or zone
107 Off roadway, location unkn
108 Outside right-of-way (traffic
999 Unknown

**Type of Collision**: 200

100 Single vehicle crash
200 Front to rear
201 Front to front
202 Angle
203 Sideswipe, same direction
204 Sideswipe, opposite directi
205 Rear to side
206 Rear to rear
980 Other (describe below)

**Relation to Junction**: 000

000 Non-junction
100 Intersection
101 Intersection related
102 Entrance or exit ramp
103 Entrance or exit ramp relat
104 Railway grade crossing
105 Crossover related
106 Driveway access
107 Driveway access related
108 Shared-use path or trail
109 Acceleration or deceleratio
110 Through roadway
198 Other location within an interchange area (median, shoulder, and roa
999 Unknowi

**School Bus Related**: 000

000 No, school bus not involved
100 Yes, school bus directly involved
101 Yes, school bus indirectly involved

**Type of Intersection**: 000

000 Not an intersection
100 Four-way intersection
101 T-intersection
102 Y-intersection
103 L-intersection
104 Traffic circle
105 Roundabout
106 Five-point or more
999 Unknown

**Road System**: 100

100 Interstate
101 US highway
102 State highway
103 County road
104 City street
105 Frontage road
106 Ramp
999 Unknown

**Property Classification**: 100

100 Public proper
101 Private prope

**Roadway Surface Condition**: 101

100 Dry
101 Wet
102 Snow
103 Slush
104 Ice or frost
105 Water (standing or movin
106 Sand
107 Mud, dirt, or gravel
108 Oil
198 Other
999 Unknown

**Light Condition**: 100

100 Daylight
101 Dawn
102 Dusk
103 Dark - lighted
104 Dark - not lighted
105 Dark - unknown lighting
198 Other
999 Unknown

**Environmental Factors** (*Check all that apply:*)

☐ 000 None
☑ 100 Weather conditions
☐ 101 Visual obstructions
☐ 102 Glare
☐ 103 Animals in roadway
☐ 198 Other
☐ 999 Unknown

**Trafficway Classification**: 100

100 Trafficway, on road
101 Trafficway, not on road
102 Non-trafficway (describe below)

**Weather Conditions** (*Check all that apply:*)

☐ 100 Clear
☑ 101 Cloudy
☐ 102 Fog
☐ 103 Smog
☐ 104 Smoke
☑ 105 Rain
☐ 106 Sleet
☐ 107 Hail
☐ 108 Freezing rain or freezing drizzle
☐ 109 Snow
☐ 110 Blowing snow
☐ 111 Severe crosswind
☐ 112 Blowing sand, soil, or dirt
☐ 198 Other
☐ 999 Unknown

**Roadway Conditions** (*Check all that apply:*)

☑ 000 None
☐ 100 Backup due to prior crash
☐ 101 Backup due to prior non-recurring incident
☐ 102 Backup due to regular congestion
☐ 103 Toll booth / plaza related
☐ 104 Road surface condition (wet, icy, snow, slush, etc.)
☐ 105 Debris
☐ 106 Ruts, holes, or bumps
☐ 107 Work zone
☐ 108 Worn, travel-polished surface
☐ 109 Obstruction in roadway
☐ 110 Traffic control device inoperative, missing, or obscured
☐ 111 Shoulders (none, low, soft, high)
☐ 112 Non-highway work
☐ 198 Other:
☐ 999 Unknown

## WORK ZONE CRASH INFORMATION

**Work Zone**: 000

000 No
100 Yes
999 Unknown

**Location Relative to Work Zone**: 970

100 Before the first work zone warning
101 Advance warning area
102 Transition area
103 Activity area
104 Termination area
970 Not applicable
999 Unknown

**Work Zone Type**: 970

100 Lane closure
101 Lane shift or crossover
102 Work on shoulder or media
103 Intermittent or moving work
198 Other
970 Not applicable
999 Unknown

**Worker(s) Present**: 970

000 No
100 Yes
970 Not applicable
999 Unknown

**Law Enforcement Present**: 970

000 No law enforcement presence
100 Officer present
101 Law enforcement vehicle only pres
970 Not applicable
999 Unknown

CRASH REPORT - CRASH SUMMARY

566655

Crash Report # 24-086 Page 2 of 12

| Photos Taken | ATTACHMENTS | |
|---|---|---|
| | Type | Description |
| ☐ Yes | | |
| ☑ No | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

NON-VEHICULAR PROPERTY DAMAGE

| Description of Property Damage | Damage Estimate | Owner Contacted | Name | Address (Street, City, State, Postal Code) |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

WITNESSES' CONTACT INFORMATION

| Last Name | First Name | Middle Name | Suffix | Address | City | State | Postal Code |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

566655

Page 3 of 12

Motor Vehicle # 1

# ARKANSAS MOTOR VEHICLE CRASH REPORT
## VEHICLE INFORMATION

Crash Report # 24-086

## DESCRIPTION AND IDENTIFICATION

Check if this vehicle had no driver ☐

**Hit and Run** 000
000 No, did not leave the scene
001 No, vehicle & driver left the scene
002 No, only driver left the scene
100 Yes, vehicle & driver left the scene
101 Yes, only driver left the scene

**VIN** 1B7KC26C4TS603121

**Vehicle Year, Make, and Model**
1996 (Year) Dodge (Make) Ram Pickup (Model)

**License Plate**
AR (State) 615VDH (Number) 2025 (Year)
☐ Missing
☐ Unknown (fill in all known deta

**Trailer #1 License Plate**
State Number
☐ Missing
☐ Unknown (fill in all known deta

**Trailer #2 License Plate**
State Number
☐ Missing
☐ Unknown (fill in all known deta

**Owner Name** ☐ Same as driver ☐ Unknown
JR LEE,WILLIS PAUL

**Owner Address** ☐ Same as driver ☐ Unknown
123 S 2ND ST (Street) GURDON (City) AR (State) 71743-1601 (Postal Code)

**Motor Carrier Type** 000
000 Personal transportation
100 Interstate carrier
101 Intrastate carrier
102 Not in commerce - governmen
103 Not in commerce - other truck
999 Unknown

**Motor Carrier ID Numbers**
USDOT #
MC/MX #
State # State

**Motor Carrier Name** ☐ Unknown

**Motor Carrier Address** ☐ Unknown
Street City State Postal Code

**Cargo Body Type** 000
000 No cargo body
100 Bus
101 Van / enclosed bc
102 Grain / chips / gra
103 Pole trailer
104 Cargo tank
105 Log
106 Intermodal container chas
107 Vehicle towing another ve
108 Flatbed
109 Dump
110 Concrete mixer
111 Auto transporte
112 Garbage / refus
198 Othe
999 Unknown

**Vehicle Body Type** 105
Passenger Vehicles
100 2-door
101 4-door
102 Hatchback
103 Convertible
104 Station wagon
105 Pick-up
106 Mini-van
107 Passenger van (seats any number if personal; up to 8 i
108 Cargo van (10,000 lbs or less)
109 Sport utility vehicle
110 Large utility vehicle
111 Motor home/recreational vehicle
198 Other passenger vehicle
Truck (> 10,000 lbs)
200 Single unit truck (2 axles)
201 Single unit truck (3 or more axles)
202 Single unit truck with trailer
203 Truck tractor only (bobtail)
204 Tractor/semi-trailer
205 Tractor/doubles
206 Construction/maintenance equipment
207 Farm equipment
298 Other heavy vehicle (GVWR/GCWR > 10,000 lbs)
Bus / Van / Limo (9 or more seats, including driver)
300 School bus
301 Transit/city bus
302 Motor coach/intercity/cross-country bus
303 Limousine
304 Van (seats 9-15, including driver)
390 Other vehicle (seats 9-15, including driver)
391 Other vehicle (seats 16 or more, including driver)
Cycle / Low Speed
400 Motorcycle
401 Motor scooter
402 Moped
403 ATV (3, 4, or 6 wheels)
404 Snowmobile
405 Golf cart
406 Low speed vehicle
498 Other motorized cycle/low speed vehicle
Unknown
999 Unknown type of motor vehicle
*If 198, 298, 390, 391, or 498, describe below:*

**GVWR/GCWR** 970
100 10,000 lbs or less
101 10,001 - 26,000 lbs
102 More than 26,000 lbs
970 Not applicable

**Hazardous Materials Placard** 000
000 Placard not required
100 Placard displayed
200 Placard required but not displayed
999 Unknown

**Hazardous Material ID** *(4-digit # or name from middle of diamond or rectangular box)*

**Hazardous Material Class** *(1-digit # from bottom of diamond)*

**Hazardous Materials Released from Vehicle Cargo Compartment** 970
000 No, hazardous materials not released
100 Yes, hazardous materials released
970 Not applicable (not carrying hazardous m

## INSURANCE

**Insurance**
☐ Uninsured at time of cr ☐ Unknown (fill in any known det

**Insurance Company**
PROGRESSIVE NORTHWESTERN INSURANCE COMPANY

**NAIC #**
42919

**Policy #**
964195034

## DAMAGE

**Damage Severity** 102
000 No damage
100 Minor damage
101 Functional dam
102 Disabling dama
999 Unknown

**Damage Estimate**
$5,000

**Damage Prior to the Crash**
☑ No prior damage
☐ Yes (describe below)

**Initial Contact Point (check 1)**
Checked: 12

☐ 000 Non-collision
☐ 100 Cargo loss
☐ 113 Top
☐ 114 Undercarriage
☐ 999 Unknown

**Damaged Areas (check all that apply)**
Checked: 7, 8, 10, 11, 6, 12, 5

☐ 097 No damage
☐ 113 Top
☐ 114 Undercarriage
☐ 999 Unknown

## TOWING

**Towed** 101
000 Not towed
100 Towed, but not due to disabling d
101 Towed due to disabling damage

**Towed By**
Automobills

**Towed To**
211 High School Road (Street) Arkadelphia (City) AR (State) 71923 (Postal Code)



RHS - W.LEE 000003

**EXHIBIT B**
**Page 3 of 12**

566655

Motor Vehicle # 1

# ARKANSAS MOTOR VEHICLE CRASH REPORT
## VEHICLE INFORMATION

Page 4 of 12

Crash Report # 24-086

## MOTOR VEHICLE CIRCUMSTANCES

**Vehicle Usage** 000
000 No special function
100 Taxi
101 School bus/school transport
102 Church bus
103 Transit/commuter bus
104 Intercity bus
105 Charter/tour bus
106 Shuttle bus
107 Military
108 Police
109 Ambulance
110 Fire truck
111 Non-transport emergency services
112 Incident response
999 Unknown

**Emergency Vehicle Usage** 970
100 Non-emergency, non-transport
101 Non-emergency transport
102 Emergency operation, emergency warning equipment
103 Emergency operation, emergency warning equipment
970 Not applicable
999 Unknown

**Travel Direction** 102
100 Northbound
101 Southbound
102 Eastbound
103 Westbound
104 Not on roadw
999 Unknown

**Vehicle Maneuver** 100
100 Movement essentially straight ahe
101 Negotiating a curve
102 Backing
103 Changing lanes
104 Overtaking/passing
105 Turning right
106 Turning left
107 Making U-turn
108 Leaving traffic lane
109 Entering traffic lane
110 Slowing
111 Parked
112 Stopped in traffic
198 Other
999 Unknown

**Vehicle Defects** *Check all that apply.*
☑ 000 None
☐ 100 Brake ☐ 101 Exhaust syste ☐ 102 Body or doors
☐ 103 Steering ☐ 104 Power train ☐ 105 Suspension
☐ 106 Tires ☐ 107 Wheels ☐ 108 Headlights
☐ 109 Tail lights ☐ 110 Turn signals ☐ 111 Windows or windsh
☐ 112 Mirrors ☐ 113 Wipers ☐ 114 Truck coupling, trail hitch, or safety chai
☐ 115 Fuel system ☐ 116 Cruise control
☐ 198 Other
☐ 999 Unknown

**Traffic Control Device Types and Statuses**
*Check the box next to each traffic control device that was present at the location of the crash. Use the codes to the right to record the status of each traffic control device present.*
100 Functioning properly
101 Functioning improperly
102 Inoperative or missing
999 Unknown

| Traffic Control Device Type (Check all that apply.) | Device Status (Use above codes.) |
|---|---|
| ☐ 000 None | |
| ☐ 100 Flashing traffic control signal | |
| ☐ 101 Traffic control signal | |
| ☐ 102 Stop sign | |
| ☐ 103 Yield sign | |
| ☐ 104 Slow or warning sign | |
| ☐ 105 Person (officer, flagman, crossing guard) | |
| ☐ 106 School zone sign/device | |
| ☐ 107 Pedestrian signal | |
| ☐ 108 No passing signal | |
| ☐ 109 Words or symbols painted on roadway | |
| ☑ 110 Traffic lanes marked | 100 |
| ☐ 111 Railway crossing with gate and signals | |
| ☐ 112 Railway crossing with flashing signals only | |
| ☐ 113 Railway crossing with crossbuck only | |
| ☐ 198 Other: | |
| ☐ 999 Unknown | |

**Trafficway Description** 400
100 One-way trafficway
200 Two-way, not divided
201 Two-way, not divided, with a continuous left tur
300 Two-way, divided, unprotected (painted >4 feet
400 Two-way, divided, positive cable barrier
401 Two-way, divided, positive concrete barrier
498 Two-way, divided, other type of positive barrier
999 Unknown

**Roadway Surface** 101
100 Concret
101 Asphalt
102 Gravel
103 Dirt
198 Other
999 Unknow

**Roadway Grade** 100
100 Level 999 Unknown
101 Hillcrest
102 Uphill
103 Downhill
104 Sag (bottom

**Roadway Alignment** 100
100 Straight
200 Curve left
201 Curve right
299 Curve, direction unkno
999 Unknown

**Total # of Lanes** 4

**Posted Speed Limit** 75
*Use the posted speed limit that applied to this vehicle at the time of the crash.*

## MOTOR VEHICLE EVENTS

**Sequence of Events** 1: 205 2: 107 3: 307 4: 313 5: 6: 7: 8: 9: 10:

**Most Harmful Event** 313

**Non-Collision**
100 Overturn/rollover
101 Fire/explosion
102 Immersion, full or partial
103 Jackknife
104 Cargo/equipment loss or shift
105 Equipment failure (blown tire, brake failure, etc.)
106 Separation of units
107 Ran off roadway right
108 Ran off roadway left
109 Deliberately crossed median
110 Unintentionally crossed median
111 Crossed centerline
112 Downhill runaway
113 Fell/jumped from motor vehicle
114 Reentering roadway
115 Object thrown or fallen on or near motc
198 Other non-collision

**Collision with Non-Fixed Object**
200 Pedestrian
201 Pedalcycle
202 Other non-motorist
203 Railway vehicle (train, engine)
204 Animal (live)
205 Motor vehicle in transport
206 Parked motor vehicle
207 Falling/shifting cargo or anything set in motion by motor vehicle
208 Work zone/maintenance equipment
298 Other non-fixed object

**Collision with Fixed Object**
300 Impact attenuator/crash cu
301 Bridge overhead structure
302 Bridge pier or support
303 Bridge rail
304 Cable barrier
305 Culvert
306 Curb
307 Ditch
308 Embankment
309 Guardrail face
310 Guardrail end
311 Concrete traffic barrier
312 Other traffic barrier
313 Tree (standing)
314 Utility pole/light support
315 Traffic sign support
316 Traffic signal support
317 Other post, pole, or suppor
318 Fence
319 Mailbox
320 Building
398 Other fixed object

**Unknown**
999 Unknown

*If 198, 298, or 398 is used, describe below:*



RHS - W.LEE 000004

**EXHIBIT B**
**Page 4 of 12**

566655

Motor Vehicle # 1

# ARKANSAS MOTOR VEHICLE CRASH REPORT
## DRIVER INFORMATION

Page 5 of 12

Crash Report # 24-086

### DRIVER INFORMATION

Name ☐ Unknown

| Last | First | Middle | Suffix |
|---|---|---|---|
| LEE | PAUL | WILLIS | JR |

Date of Birth/Age: 04/15/1957 Age: 67

Sex: ☑ Male ☐ Female ☐ Unknown

Race: 100
100 White/Caucasian
101 Black/African-Ameri
102 Hispanic
103 Asian/Pacific Island
104 American Indian
198 Other
999 Unknown

Address ☐ Unknown

| Street | City | State | Postal Code |
|---|---|---|---|
| 123 S 2ND ST | GURDON | AR | 71743 |

### DRIVER LICENSE INFORMATION

License Status: 100
000 Not licensed
100 Valid license
200 Suspended
201 Revoked
202 Expired
203 Cancelled or deni
204 Disqualified
999 Unknown

License Number: 901345516

License State: AR

License Class: D

Is Commercial Driver License? ☐ Yes ☑ No

| Endorsements on License (Check all that apply.) | Endorsements Violated (Check all that apply.) | Restrictions on License (Check all that apply.) | Restrictions Violated (Check all that apply.) |
|---|---|---|---|
| ☑ 000 None | ☑ 000 None | ☑ 000 None | ☑ 000 None |
| ☐ 100 Double/triple trailers | ☐ 100 Double/triple trailers | ☐ 100 With licensed adult | ☐ 100 With licensed adult |
| ☐ 101 Passenger | ☐ 101 Passenger | ☐ 101 Corrective lenses | ☐ 101 Corrective lenses |
| ☐ 102 Tank vehicle | ☐ 102 Tank vehicle | ☐ 102 Mechanical aid | ☐ 102 Mechanical aid |
| ☐ 103 Hazardous materials | ☐ 103 Hazardous materials | ☐ 103 Prosthetic aid | ☐ 103 Prosthetic aid |
| ☐ 104 Tank vehicle & hazardous mate | ☐ 104 Tank vehicle & hazardous mate | ☐ 104 Automatic transmission | ☐ 104 Automatic transmission |
| ☐ 105 School | ☐ 105 School | ☐ 105 Outside mirror | ☐ 105 Outside mirror |
| ☐ 106 Motorcycle | ☐ 106 Motorcycle | ☐ 106 Daylight only | ☐ 106 Daylight only |
| ☐ 107 Motor driven cycle | ☐ 107 Motor driven cycle | ☐ 107 Class B or C with passengers and cla | ☐ 107 Class B or C with passengers and cla |
| ☐ 108 Valid without photo | ☐ 108 Valid without photo | ☐ 108 Class C only with passengers | ☐ 108 Class C only with passengers |
| ☐ 198 Other (describe below) | ☐ 198 Other (describe below) | ☐ 109 Vehicles without airbrakes | ☐ 109 Vehicles without airbrakes |
| | | ☐ 110 Interlock device | ☐ 110 Interlock device |
| | | ☐ 111 School, church, or transit bus | ☐ 111 School, church, or transit bus |
| | | ☐ 112 Class D only with passengers | ☐ 112 Class D only with passengers |
| | | ☐ 113 Diesel fuel, fertilizer only | ☐ 113 Diesel fuel, fertilizer only |
| | | ☐ 114 Seasonal farm service vehicle | ☐ 114 Seasonal farm service vehicle |
| | | ☐ 198 Other (describe below) | ☐ 198 Other (describe below) |

### DRIVER SEATING AND SAFETY INFORMATION

Seating Position: 110

Standard Vehicle Seats

| Row | Left | Middle | Right | Other |
|---|---|---|---|---|
| Front | | | | |
| 1 | 110 | 120 | 130 | 180 |
| 2 | 210 | 220 | 230 | 280 |
| 3 | 310 | 320 | 330 | 380 |
| 4 | 410 | 420 | 430 | 480 |
| 5 | 510 | 520 | 530 | 580 |

Other Seating Positions
800 Sleeper section of cab (truck)
801 Passenger section of bus
802 Enclosed passenger/cargo are
803 Unenclosed passenger/cargo
804 Passenger/cargo area, unknown if enclosed
805 Trailing unit
806 Riding on motor vehicle exteri

Unknown
999 Unknown

Restraint Systems Used: 100
000 None used - motor vehicle occupai
100 Shoulder and lap belt used
101 Shoulder belt only used
102 Lap belt only used
103 Restraint used - type unknown
104 Child restraint system - forward fac
105 Child restraint system - rear facing
106 Booster seat
107 Child restraint - type unknown
198 Other
970 Not applicable
999 Unknown

Motorcycle Helmet Usage: 000
000 No helmet worn
100 DOT-compliant motorcycle helmet worn
101 Non-DOT-compliant motorcycle helmet worn
102 Helmet worn, unknown if DOT-compl
999 Unknown if helmet wor

Eye Protection Usage
☐ Yes
☑ No
☐ Unknown

Bus Seating Position:

(Complete if 801 was selected for Seating Position above.)

| Driver | | | Aisle | | | |
|---|---|---|---|---|---|---|
| Front | | | | | | |
| 1A | 1B | 1C | | 1D | 1E | 1F |
| 2A | 2B | 2C | | 2D | 2E | 2F |
| 3A | 3B | 3C | | 3D | 3E | 3F |
| 4A | 4B | 4C | | 4D | 4E | 4F |
| 5A | 5B | 5C | | 5D | 5E | 5F |
| ⋮ | ⋮ | ⋮ | | ⋮ | ⋮ | ⋮ |
| ##A | ##B | ##C | | ##D | ##E | ##F |

Air Bags Deployed
Check all that apply:
☐ 000 Not deployed
☑ 100 Deployed: front
☐ 101 Deployed: side
☐ 102 Deployed: curtai
☐ 198 Deployed: other
☐ 970 Not applicable
☐ 999 Unknown

Ejection: 000
000 Not ejected
100 Ejected, partia
101 Ejected, totally
970 Not applicable
999 Unknown

Extrication: 100
000 Not extricated
100 Extricated
999 Unknown

Ejection Path: 000
000 Not ejected
100 Side door opening
101 Side window
102 Windshield
103 Back window
104 Back door/tailgate opening
105 Roof opening (sun roof, convertible top down)
106 Roof (convertible top up)
198 Other (e.g., back of pickup truck, torn-off roof, car cut in half)
970 Not applicable
999 Unknown



RHS - W.LEE 000005

**EXHIBIT B**
**Page 5 of 12**

566655

Motor Vehicle # 1

# ARKANSAS MOTOR VEHICLE CRASH REPORT
## DRIVER INFORMATION

Page 6 of 12

Crash Report # 24-086

### MEDICAL INFORMATION

**Injury Status** 3
1 (K) Fatal injury
2 (A) Suspected serious ir
3 (B) Suspected minor inj
4 (C) Possible injury
5 (O) No apparent injury

**Trauma Band #** C415416

**Type of Medical Transportation** 101
000 Not transported
100 EMS air
101 EMS ground
102 Law enforceme
198 Other
199 Transported, but method unk
999 Unknown if transported

**EMS Notified** Date Time

**EMS Arrived** Date Time

**Transported to Medical Facility By** Baptist Health Ambulance Service - Arkadelphia

**Medical Facility Transported To** St. Vincent Hospital – Hot Springs, Hot Springs, AR

### DRIVER CONDITION AND CIRCUMSTANCES

**Condition at Time of Crash**
*Check all that apply:*
- ☐ 000 Apparently normal
- ☑ 100 Physically impaired
- ☐ 101 Emotional (depressed, angry, disturb
- ☐ 102 Ill (sick) or fainted
- ☐ 103 Asleep or fatigued
- ☐ 104 Under the influence of medication or
- ☐ 105 Under the influence of alcohol
- ☐ 198 Other
- ☐ 999 Unknown

**Driver Distracted By** 999
000 Not distracted
100 Manually operating an electronic communication device (texting, typing
101 Talking on hands-free electronic devic
102 Talking on hand-held electronic devic
103 Other activity with an electronic devic
104 Passenger
980 Other distraction inside the vehicle
981 Other distraction outside the vehicle
999 Unknown if distracted
*If 980 or 981, describe below:*

**Driver Vision Obscured By** 100
000 No obstruction noted
100 Rain, snow, fog, smoke, sand, or d
101 Reflected glare, bright sunlight, or headlights
102 Curve, hill, or other roadway design feature
103 Building, billboard, or other structu
104 Trees, crops, or vegetation
105 In-transport motor vehicle (including load)
106 Not in-transport motor vehicle (parked, working)
107 Splash or spray of passing vehicle
108 Inadequate defrost or defog system
109 Inadequate vehicle lighting system
110 Obstruction interior to the vehicle
111 External mirrors
112 Broken or improperly cleaned windshie
113 Obstructing angles on vehicle
199 Vision obscured - no details
980 Other visual obstruction (describe I

**Driver Suspected of Alcohol Usage**
- ☐ Yes
- ☑ No
- ☐ Unknown

**Alcohol Test Type Given** 000
000 No test given
001 Test refused
100 Blood test
101 Breath test
102 Urine test
198 Other type of test
999 Unknown if tested

**Alcohol Test Result Status** 970
100 Results pending
101 Results received
970 Not applicable
999 Unknown

**Blood Alcohol Content**
- ☐ Result received fro Crime Lab

**Speeding Related** 999
000 Not speeding
100 Racing
101 Exceeded speed lin
102 Too fast for conditio
999 Unknown

**Driver Suspected of Drug Usage**
- ☐ Yes
- ☑ No
- ☐ Unknown

**Drug Test Type Given** 000
000 No test given
001 Test refused
100 Blood test
101 Urine test
102 Both blood and urine te
198 Other type of test
999 Unknown if tested

**Drug Test Results** ☐ Result received from Crim

Pending/Negative
- ☐ 000 Results negative
- ☐ 100 Results pending

Not Applicable/Unknown
- ☑ 970 Not applicable
- ☐ 999 Unknown

Positive Results *(check all that apply)*
- ☐ 200 Amphetamines
- ☐ 201 Barbiturates
- ☐ 202 Benzodiazepines
- ☐ 203 Cannabinoids
- ☐ 204 Cocaine
- ☐ 205 Methadone
- ☐ 206 Methamphetamine
- ☐ 207 Opiates
- ☐ 208 Oxycodone
- ☐ 209 Propoxyphene
- ☐ 210 Phencyclidine (PC
- ☐ 298 Other positive result (describe below)

**Citations**

| Citation # | Charges |
|---|---|
| | |
| | |
| | |
| | |
| | |

### DRIVER ACTIONS AT TIME OF CRASH

*Check all that apply:*
- ☐ 000 No contributing action
- ☐ 999 Unknown

**Disregarded Traffic Signs or Controls**
- ☐ 100 Disregarded red light
- ☐ 101 Disregarded other traffic signal
- ☐ 102 Disregarded stop sign
- ☐ 103 Disregarded yield sign
- ☐ 104 Disregarded other traffic sign
- ☐ 105 Disregarded other road markings
- ☐ 106 Disregarded officer or flagman

**Swerved or Avoided**
- ☐ 200 Swerved or avoided due to wind
- ☑ 201 Swerved or avoided due to slippery surface
- ☐ 202 Swerved or avoided due to motor vehicle
- ☐ 203 Swerved or avoided due to non-motorist in ro
- ☐ 204 Swerved or avoided due to object in roadway
- ☐ 205 Swerved or avoided due to animal in roadway

**Improper Maneuver**
- ☐ 300 Improper right turn
- ☐ 301 Improper left turn
- ☐ 302 Improper U-turn
- ☐ 303 Improper backing
- ☐ 304 Improper passing
- ☐ 305 Improper lane change
- ☐ 306 Improperly parked

**Improper Use of Lights or Signals**
- ☐ 400 Driving without lights
- ☐ 401 Failed to dim headlights
- ☐ 402 Failed to or improper signal

**Unsafe Operation**
- ☐ 500 Reckless operation
- ☐ 501 Aggressive operation
- ☐ 502 Inattentive, careless, negligent, or erratic ope
- ☐ 503 Under the influence of alcohol
- ☐ 504 Under the influence of drugs

**Other Actions**
- ☐ 600 Impeding traffic
- ☐ 601 Ran off roadway
- ☐ 602 Crowded off roadway
- ☐ 603 Crossing median
- ☐ 604 Failed to yield right-of-way
- ☐ 605 Failed to keep in proper lane
- ☐ 606 Wrong side of road
- ☐ 607 Wrong way
- ☐ 608 Followed too closely
- ☐ 609 Cutting in
- ☐ 610 Over-correcting or over-steering
- ☐ 980 Other contributing action (describe below)

566655

Motor Vehicle # 2

# ARKANSAS MOTOR VEHICLE CRASH REPORT
## VEHICLE INFORMATION

Page 7 of 12

Crash Report # 24-086

### DESCRIPTION AND IDENTIFICATION

Check if this vehicle had no driver ☐

**Hit and Run** 000

000 No, did not leave the scene
001 No, vehicle & driver left the scene
002 No, only driver left the scene
100 Yes, vehicle & driver left the scene
101 Yes, only driver left the scene

**VIN** 1FUJHHDR8SLVW5904

**Vehicle Year, Make, and Model**

| Year | Make | Model |
|---|---|---|
| 2025 | Freightliner | TT |

**License Plate** ☐ Missing ☐ Unknown (fill in all known deta

| State | Number | Year |
|---|---|---|
| ON | X3197Y | 2025 |

**Trailer #1 License Plate** ☐ Missing ☐ Unknown (fill in all known deta

| State | Number |
|---|---|
| ON | X3197Y |

**Trailer #2 License Plate** ☐ Missing ☐ Unknown (fill in all known deta

| State | Number |
|---|---|
| | |

**Owner Name** ☐ Same as driver ☐ Unknown

Montana Carriers INC.

**Owner Address** ☐ Same as driver ☐ Unknown

| Street | City | State | Postal Code |
|---|---|---|---|
| 129 Valleycreek DR | Brampton | ON | L4T |

**Motor Carrier Type** 101

000 Personal transportation
100 Interstate carrier
101 Intrastate carrier
102 Not in commerce - governmen
103 Not in commerce - other truck
999 Unknown

**Motor Carrier ID Numbers**

**USDOT #** 3108452

**MC/MX #** 81416

**State #** **State**

**Motor Carrier Name** ☑ Unknown

**Motor Carrier Address** ☑ Unknown

Street City State Postal Code

**Cargo Body Type** 108

000 No cargo body
100 Bus
101 Van / enclosed bc
102 Grain / chips / gra
103 Pole trailer
104 Cargo tank
105 Log
106 Intermodal container chas
107 Vehicle towing another ve
108 Flatbed
109 Dump
110 Concrete mixer
111 Auto transporte
112 Garbage / refus
198 Othe
999 Unknown

**Vehicle Body Type** 204

<u>Passenger Vehicles</u>
100 2-door
101 4-door
102 Hatchback
103 Convertible
104 Station wagon
105 Pick-up
106 Mini-van
107 Passenger van (seats any number if personal; up to 8 i
108 Cargo van (10,000 lbs or less)
109 Sport utility vehicle
110 Large utility vehicle
111 Motor home/recreational vehicle
198 Other passenger vehicle

<u>Truck (> 10,000 lbs)</u>
200 Single unit truck (2 axles)
201 Single unit truck (3 or more axles)
202 Single unit truck with trailer
203 Truck tractor only (bobtail)
204 Tractor/semi-trailer
205 Tractor/doubles
206 Construction/maintenance equipment
207 Farm equipment
298 Other heavy vehicle (GVWR/GCWR > 10,000 lbs)

<u>Bus / Van / Limo (9 or more seats, including driver)</u>
300 School bus
301 Transit/city bus
302 Motor coach/intercity/cross-country bus
303 Limousine
304 Van (seats 9-15, including driver)
390 Other vehicle (seats 9-15, including driver)
391 Other vehicle (seats 16 or more, including driver)

<u>Cycle / Low Speed</u>
400 Motorcycle
401 Motor scooter
402 Moped
403 ATV (3, 4, or 6 wheels)
404 Snowmobile
405 Golf cart
406 Low speed vehicle
498 Other motorized cycle/low speed vehicle

<u>Unknown</u>
999 Unknown type of motor vehicle

*If 198, 298, 390, 391, or 498, describe below:*

**GVWR/GCWR** 100

100 10,000 lbs or less
101 10,001 - 26,000 lbs
102 More than 26,000 lbs
970 Not applicable

**Hazardous Materials Placard** 000

000 Placard not required
100 Placard displayed
200 Placard required but not displayed
999 Unknown

**Hazardous Material ID** *(4-digit # or name from middle of diamond or rectangular box)*

**Hazardous Material Class** *(1-digit # from bottom of diamond)*

**Hazardous Materials Released from Vehicle Cargo Compartment** 970

000 No, hazardous materials not released
100 Yes, hazardous materials released
970 Not applicable (not carrying hazardous m

### INSURANCE

**Insurance**
☐ Uninsured at time of cr ☑ Unknown (fill in any known det

**Insurance Company**
Northbridge Gen. Ins. Corp.

**NAIC #**

**Policy #**
P04186056

### DAMAGE

**Damage Severity** 100

000 No damage
100 Minor damage
101 Functional dam
102 Disabling dama
999 Unknown

**Damage Estimate**
$1,500

**Damage Prior to the Crash**
☑ No prior damage
☐ Yes (describe below)

**Initial Contact Point (check 1)**

| 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

6 ☐ → ☑ 12

| ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|
| 5 | 4 | 3 | 2 | 1 |

☐ 000 Non-collision
☐ 100 Cargo loss
☐ 113 Top
☐ 114 Undercarriage
☐ 999 Unknown

**Damaged Areas (check all that apply)**

| 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ |

6 ☐ → ☑ 12

| ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|
| 5 | 4 | 3 | 2 | 1 |

☐ 097 No damage
☐ 113 Top
☐ 114 Undercarriage
☐ 999 Unknown

### TOWING

**Towed** 000

000 Not towed
100 Towed, but not due to disabling
101 Towed due to disabling damage

**Towed By**

**Towed To**

Street City State Postal Code



RHS - W.LEE 000007

**EXHIBIT B**
**Page 7 of 12**

566655

Page 8 of 12

Motor Vehicle # 2

# ARKANSAS MOTOR VEHICLE CRASH REPORT
## VEHICLE INFORMATION

Crash Report # 24-086

## MOTOR VEHICLE CIRCUMSTANCES

**Vehicle Usage** 000

000 No special function
100 Taxi
101 School bus/school transport
102 Church bus
103 Transit/commuter bus
104 Intercity bus
105 Charter/tour bus
106 Shuttle bus
107 Military
108 Police
109 Ambulance
110 Fire truck
111 Non-transport emergency services
112 Incident response
999 Unknown

**Emergency Vehicle Usage** 970

100 Non-emergency, non-transport
101 Non-emergency transport
102 Emergency operation, emergency warning equipment
103 Emergency operation, emergency warning equipment
970 Not applicable
999 Unknown

**Travel Direction** 102

100 Northbound
101 Southbound
102 Eastbound
103 Westbound
104 Not on roadw
999 Unknown

**Vehicle Maneuver** 100

100 Movement essentially straight ahe
101 Negotiating a curve
102 Backing
103 Changing lanes
104 Overtaking/passing
105 Turning right
106 Turning left
107 Making U-turn
108 Leaving traffic lane
109 Entering traffic lane
110 Slowing
111 Parked
112 Stopped in traffic
198 Other
999 Unknown

**Vehicle Defects** *Check all that apply.*

☑ 000 None
☐ 100 Brake ☐ 101 Exhaust syste ☐ 102 Body or doors
☐ 103 Steering ☐ 104 Power train ☐ 105 Suspension
☐ 106 Tires ☐ 107 Wheels ☐ 108 Headlights
☐ 109 Tail lights ☐ 110 Turn signals ☐ 111 Windows or windsh
☐ 112 Mirrors ☐ 113 Wipers ☐ 114 Truck coupling, trail hitch, or safety chai
☐ 115 Fuel system ☐ 116 Cruise control
☐ 198 Other
☐ 999 Unknown

**Traffic Control Device Types and Statuses**

*Check the box next to each traffic control device that was present at the location of the crash. Use the codes to the right to record the status of each traffic control device present.*

100 Functioning properly
101 Functioning improperly
102 Inoperative or missing
999 Unknown

| Traffic Control Device Type *Check all that apply.* | Device Status *Use above codes.* |
|---|---|
| ☐ 000 None | |
| ☐ 100 Flashing traffic control signal | |
| ☐ 101 Traffic control signal | |
| ☐ 102 Stop sign | |
| ☐ 103 Yield sign | |
| ☐ 104 Slow or warning sign | |
| ☐ 105 Person (officer, flagman, crossing guard) | |
| ☐ 106 School zone sign/device | |
| ☐ 107 Pedestrian signal | |
| ☐ 108 No passing signal | |
| ☐ 109 Words or symbols painted on roadway | |
| ☑ 110 Traffic lanes marked | 100 |
| ☐ 111 Railway crossing with gate and signals | |
| ☐ 112 Railway crossing with flashing signals only | |
| ☐ 113 Railway crossing with crossbuck only | |
| ☐ 198 Other: | |
| ☐ 999 Unknown | |

**Trafficway Description** 400

100 One-way trafficway
200 Two-way, not divided
201 Two-way, not divided, with a continuous left tur
300 Two-way, divided, unprotected (painted >4 feet
400 Two-way, divided, positive cable barrier
401 Two-way, divided, positive concrete barrier
498 Two-way, divided, other type of positive barrier
999 Unknown

**Roadway Surface** 101

100 Concret
101 Asphalt
102 Gravel
103 Dirt
198 Other
999 Unknow

**Roadway Grade** 100

100 Level
101 Hillcrest
102 Uphill
103 Downhill
104 Sag (bottom
999 Unknown

**Roadway Alignment** 100

100 Straight
200 Curve left
201 Curve right
299 Curve, direction unkno
999 Unknown

**Total # of Lanes** 2

**Posted Speed Limit** 75
*Use the posted speed limit that applied to this vehicle at the time of the crash.*

## MOTOR VEHICLE EVENTS

**Sequence of Events** 1 205 2 3 4 5 6 7 8 9 10

**Most Harmful Event** 205

**Non-Collision**

100 Overturn/rollover
101 Fire/explosion
102 Immersion, full or partial
103 Jackknife
104 Cargo/equipment loss or shift
105 Equipment failure (blown tire, brake failure, etc.)
106 Separation of units
107 Ran off roadway right
108 Ran off roadway left
109 Deliberately crossed median
110 Unintentionally crossed median
111 Crossed centerline
112 Downhill runaway
113 Fell/jumped from motor vehicle
114 Reentering roadway
115 Object thrown or fallen on or near motc
198 Other non-collision

**Collision with Non-Fixed Object**

200 Pedestrian
201 Pedalcycle
202 Other non-motorist
203 Railway vehicle (train, engine)
204 Animal (live)
205 Motor vehicle in transport
206 Parked motor vehicle
207 Falling/shifting cargo or anything set in motion by motor vehicle
208 Work zone/maintenance equipment
298 Other non-fixed object

**Collision with Fixed Object**

300 Impact attenuator/crash cu
301 Bridge overhead structure
302 Bridge pier or support
303 Bridge rail
304 Cable barrier
305 Culvert
306 Curb
307 Ditch
308 Embankment
309 Guardrail face
310 Guardrail end
311 Concrete traffic barrier
312 Other traffic barrier
313 Tree (standing)
314 Utility pole/light support
315 Traffic sign support
316 Traffic signal support
317 Other post, pole, or suppor
318 Fence
319 Mailbox
320 Building
398 Other fixed object

**Unknown**

999 Unknown

*If 198, 298, or 398 is used, describe below:*



RHS - W.LEE 000008

**EXHIBIT B**
**Page 8 of 12**

566655

Motor Vehicle # 2

# ARKANSAS MOTOR VEHICLE CRASH REPORT
## DRIVER INFORMATION

Page 9 of 12

Crash Report # 24-086

### DRIVER INFORMATION

Name ☐ Unknown
DHILLON (Last) JAGDEEP (First) SINGH (Middle) (Suffix)

Date of Birth/Age: 08/31/1995 Age: 29

Sex: ☑ Male ☐ Female ☐ Unknown

Race: 999
100 White/Caucasian
101 Black/African-Ameri
102 Hispanic
103 Asian/Pacific Island
104 American Indian
198 Other
999 Unknown

Address ☐ Unknown
134 BANTING CRES (Street) BRAMPTON (City) ON (State) L4T (Postal Code)

### DRIVER LICENSE INFORMATION

License Status: 100
000 Not licensed
100 Valid license
200 Suspended
201 Revoked
202 Expired
203 Cancelled or deni
204 Disqualified
999 Unknown

License Number: D3463-38389-50831

License State: ON

License Class: A

Is Commercial Driver License? ☑ Yes ☐ No

| Endorsements on License (Check all that apply.) | Endorsements Violated (Check all that apply.) | Restrictions on License (Check all that apply.) | Restrictions Violated (Check all that apply.) |
|---|---|---|---|
| ☑ 000 None | ☑ 000 None | ☐ 000 None | ☐ 000 None |
| ☐ 100 Double/triple trailers | ☐ 100 Double/triple trailers | ☐ 100 With licensed adult | ☐ 100 With licensed adult |
| ☐ 101 Passenger | ☐ 101 Passenger | ☐ 101 Corrective lenses | ☐ 101 Corrective lenses |
| ☐ 102 Tank vehicle | ☐ 102 Tank vehicle | ☐ 102 Mechanical aid | ☐ 102 Mechanical aid |
| ☐ 103 Hazardous materials | ☐ 103 Hazardous materials | ☐ 103 Prosthetic aid | ☐ 103 Prosthetic aid |
| ☐ 104 Tank vehicle & hazardous mate | ☐ 104 Tank vehicle & hazardous mate | ☐ 104 Automatic transmission | ☐ 104 Automatic transmission |
| ☐ 105 School | ☐ 105 School | ☐ 105 Outside mirror | ☐ 105 Outside mirror |
| ☐ 106 Motorcycle | ☐ 106 Motorcycle | ☐ 106 Daylight only | ☐ 106 Daylight only |
| ☐ 107 Motor driven cycle | ☐ 107 Motor driven cycle | ☐ 107 Class B or C with passengers and cla | ☐ 107 Class B or C with passengers and cla |
| ☐ 108 Valid without photo | ☐ 108 Valid without photo | ☐ 108 Class C only with passengers | ☐ 108 Class C only with passengers |
| ☐ 198 Other (describe below) | ☐ 198 Other (describe below) | ☐ 109 Vehicles without airbrakes | ☐ 109 Vehicles without airbrakes |
| | | ☐ 110 Interlock device | ☐ 110 Interlock device |
| | | ☐ 111 School, church, or transit bus | ☐ 111 School, church, or transit bus |
| | | ☐ 112 Class D only with passengers | ☐ 112 Class D only with passengers |
| | | ☐ 113 Diesel fuel, fertilizer only | ☐ 113 Diesel fuel, fertilizer only |
| | | ☐ 114 Seasonal farm service vehicle | ☐ 114 Seasonal farm service vehicle |
| | | ☑ 198 Other (describe below) | ☑ 198 Other (describe below) |
| | | Z | UNKNOWN |

### DRIVER SEATING AND SAFETY INFORMATION

Seating Position: 110

Standard Vehicle Seats

| Row | Left | Middle | Right | Other |
|---|---|---|---|---|
| 1 | 110 | 120 | 130 | 180 |
| 2 | 210 | 220 | 230 | 280 |
| 3 | 310 | 320 | 330 | 380 |
| 4 | 410 | 420 | 430 | 480 |
| 5 | 510 | 520 | 530 | 580 |

Other Seating Positions
800 Sleeper section of cab (truck)
801 Passenger section of bus
802 Enclosed passenger/cargo are
803 Unenclosed passenger/cargo
804 Passenger/cargo area, unknown if enclosed
805 Trailing unit
806 Riding on motor vehicle exteri

Unknown
999 Unknown

Restraint Systems Used: 100
000 None used - motor vehicle occupai
100 Shoulder and lap belt used
101 Shoulder belt only used
102 Lap belt only used
103 Restraint used - type unknown
104 Child restraint system - forward fac
105 Child restraint system - rear facing
106 Booster seat
107 Child restraint - type unknown
198 Other
970 Not applicable
999 Unknown

Motorcycle Helmet Usage: 000
000 No helmet worn
100 DOT-compliant motorcycle helmet won
101 Non-DOT-compliant motorcycle helmet worn
102 Helmet worn, unknown if DOT-compl
999 Unknown if helmet wor

Eye Protection Usage
☐ Yes
☑ No
☐ Unknown

Bus Seating Position
(Complete if 801 was selected for Seating Position above.)

| Driver | | | Aisle | Front | | |
|---|---|---|---|---|---|---|
| 1A | 1B | 1C | | 1D | 1E | 1F |
| 2A | 2B | 2C | | 2D | 2E | 2F |
| 3A | 3B | 3C | | 3D | 3E | 3F |
| 4A | 4B | 4C | | 4D | 4E | 4F |
| 5A | 5B | 5C | | 5D | 5E | 5F |
| : | : | : | | : | : | : |
| ##A | ##B | ##C | | ##D | ##E | ##F |

Air Bags Deployed
Check all that apply:
☑ 000 Not deployed
☐ 100 Deployed: front
☐ 101 Deployed: side
☐ 102 Deployed: curtai
☐ 198 Deployed: other
☐ 970 Not applicable
☐ 999 Unknown

Ejection: 000
000 Not ejected
100 Ejected, partia
101 Ejected, totally
970 Not applicable
999 Unknown

Extrication: 000
000 Not extricated
100 Extricated
999 Unknown

Ejection Path: 000
000 Not ejected
100 Side door opening
101 Side window
102 Windshield
103 Back window
104 Back door/tailgate opening
105 Roof opening (sun roof, convertible top down)
106 Roof (convertible top up)
198 Other (e.g., back of pickup truck, torn-off roof, car cut in half)
970 Not applicable
999 Unknown



RHS - W.LEE 000009

**EXHIBIT B**
**Page 9 of 12**

566655

Motor Vehicle # 2

# ARKANSAS MOTOR VEHICLE CRASH REPORT
## DRIVER INFORMATION

Page 10 of 12

Crash Report # 24-086

### MEDICAL INFORMATION

**Injury Status** 5
1 (K) Fatal injury
2 (A) Suspected serious in
3 (B) Suspected minor inju
4 (C) Possible injury
5 (O) No apparent injury

**Trauma Band #**

**Type of Medical Transportation** 000
000 Not transported
100 EMS air
101 EMS ground
102 Law enforceme
198 Other
199 Transported, but method unk
999 Unknown if transported

**EMS Notified** Date Time

**EMS Arrived** Date Time

**Transported to Medical Facility By**

**Medical Facility Transported To**

### DRIVER CONDITION AND CIRCUMSTANCES

**Condition at Time of Crash**
*Check all that apply:*
☑ 000 Apparently normal
☐ 100 Physically impaired
☐ 101 Emotional (depressed, angry, disturb
☐ 102 Ill (sick) or fainted
☐ 103 Asleep or fatigued
☐ 104 Under the influence of medication or
☐ 105 Under the influence of alcohol
☐ 198 Other
☐ 999 Unknown

**Driver Distracted By** 999
000 Not distracted
100 Manually operating an electronic communication device (texting, typing
101 Talking on hands-free electronic devic
102 Talking on hand-held electronic devic
103 Other activity with an electronic devic
104 Passenger
980 Other distraction inside the vehicle
981 Other distraction outside the vehicle
999 Unknown if distracted
*If 980 or 981, describe below:*

**Driver Vision Obscured By** 100
000 No obstruction noted
100 Rain, snow, fog, smoke, sand, or d
101 Reflected glare, bright sunlight, or headlights
102 Curve, hill, or other roadway design feature
103 Building, billboard, or other structu
104 Trees, crops, or vegetation
105 In-transport motor vehicle (including load)
980 Other visual obstruction (describe I
106 Not in-transport motor vehicle (parked, working)
107 Splash or spray of passing vehicle
108 Inadequate defrost or defog system
109 Inadequate vehicle lighting system
110 Obstruction interior to the vehicle
111 External mirrors
112 Broken or improperly cleaned windshie
113 Obstructing angles on vehicle
199 Vision obscured - no details

**Driver Suspected of Alcohol Usage**
☐ Yes
☑ No
☐ Unknown

**Alcohol Test Type Given** 000
000 No test given
001 Test refused
100 Blood test
101 Breath test
102 Urine test
198 Other type of test
999 Unknown if tested

**Alcohol Test Result Status** 970
100 Results pending
101 Results received
970 Not applicable
999 Unknown

**Blood Alcohol Content**
☐ Result received fro Crime Lab

**Speeding Related** 999
000 Not speeding
100 Racing
101 Exceeded speed lin
102 Too fast for conditio
999 Unknown

**Driver Suspected of Drug Usage**
☐ Yes
☑ No
☐ Unknown

**Drug Test Type Given** 000
000 No test given
001 Test refused
100 Blood test
101 Urine test
102 Both blood and urine te
198 Other type of test
999 Unknown if tested

**Drug Test Results** ☐ Result received from Crim

**Pending/Negative**
☐ 000 Results negative
☐ 100 Results pending

**Not Applicable/Unknown**
☑ 970 Not applicable
☐ 999 Unknown

**Positive Results** *(check all that apply)*
☐ 200 Amphetamines
☐ 201 Barbiturates
☐ 202 Benzodiazepines
☐ 203 Cannabinoids
☐ 204 Cocaine
☐ 205 Methadone
☐ 206 Methamphetamine
☐ 207 Opiates
☐ 208 Oxycodone
☐ 209 Propoxyphene
☐ 210 Phencyclidine (PC
☐ 298 Other positive result (describe below)

**Citations**

| Citation # | Charges |
|---|---|
| | |
| | |
| | |
| | |
| | |

### DRIVER ACTIONS AT TIME OF CRASH

*Check all that apply:*

☐ 000 No contributing action
☑ 999 Unknown

**Disregarded Traffic Signs or Controls**
☐ 100 Disregarded red light
☐ 101 Disregarded other traffic signal
☐ 102 Disregarded stop sign
☐ 103 Disregarded yield sign
☐ 104 Disregarded other traffic sign
☐ 105 Disregarded other road markings
☐ 106 Disregarded officer or flagman

**Swerved or Avoided**
☐ 200 Swerved or avoided due to wind
☐ 201 Swerved or avoided due to slippery surface
☐ 202 Swerved or avoided due to motor vehicle
☐ 203 Swerved or avoided due to non-motorist in ro
☐ 204 Swerved or avoided due to object in roadway
☐ 205 Swerved or avoided due to animal in roadway

**Improper Maneuver**
☐ 300 Improper right turn
☐ 301 Improper left turn
☐ 302 Improper U-turn
☐ 303 Improper backing
☐ 304 Improper passing
☐ 305 Improper lane change
☐ 306 Improperly parked

**Improper Use of Lights or Signals**
☐ 400 Driving without lights
☐ 401 Failed to dim headlights
☐ 402 Failed to or improper signal

**Unsafe Operation**
☐ 500 Reckless operation
☐ 501 Aggressive operation
☐ 502 Inattentive, careless, negligent, or erratic ope
☐ 503 Under the influence of alcohol
☐ 504 Under the influence of drugs

**Other Actions**
☐ 600 Impeding traffic
☐ 601 Ran off roadway
☐ 602 Crowded off roadway
☐ 603 Crossing median
☐ 604 Failed to yield right-of-way
☐ 605 Failed to keep in proper lane
☐ 606 Wrong side of road
☐ 607 Wrong way
☐ 608 Followed too closely
☐ 609 Cutting in
☐ 610 Over-correcting or over-steering
☐ 980 Other contributing action (describe below)

566655

Page 11 of 12

## ARKANSAS MOTOR VEHICLE CRASH REPORT
## NARRATIVE

Crash Report # 24-086

V1 was traveling East on Interstate 30 in the right lane at approximately the 74MM. V2 was traveling East on Interstate 30 in the right lane at approximately the 74MM behind V1.

The weather conditions at the current time of the accident were intermittent. There were times and locations where the visibility was very limited due to the increase of rain.

V1 was traveling in the right lane. It was stated by the operator of V1 that he was driving as normal and the rain became very heavy. The operator of V1 was attempting to slow down when they started to Hyrdoplane. The operator noticed and hit his brakes to slow down rapidly. Due to the sudden and quick braking to regain control of the vehicle, V1 was hit from the rear by V2. As a result of the collision. The operator could not regain control and ran off the right side of the roadway. V1 drove down the roadside into the ditch where he collided with the bottom of the embankment. V1 drove up the embankment and drove through a series of smaller trees in the woodline until colliding with a large tree at the front of the Vehicle. The collision with the tree caused the sudden stop of V1 where it came to final rest in the woodline facing East.

V2 was traveling in the right lane behind V1. The driver of V2 stated that visibility had suddenly and rapidly changed causing all nearby vehicles to slow down. V2 was operating a Semi Truck and stated that once V1 clearly began to hydroplane that V1 applied the brakes very firmly and tried to keep from crashing. The operator of V2 stated that he could not slow down in time in order to keep from colliding with V1 located in front of him. It was not known that the Semi Truck was involved until the vehicle arrived shortly after Law Enforcement did. The Operator of V2 advised that he could not stop in time but exited the intersate at Caddo Valley. V2 drove West back to Arkadelphia and got back onto the Eastbound side of I30 where they drove to the scene of the accident and advised Law Enforcement that they were involved.

The Operator of V1 suffered injuries during this Accident but the Severity is unknown at this time. The Operator was transported Via Baptist to CHI St. Vincent in Hot springs to treat injuries.

There were no injuries to the operator of V2.

V1 was towed by Automobils. V2 was not towed.

566655

| Scene # |
|---|
| 1 |

# ARKANSAS MOTOR VEHICLE CRASH REPORT
## DIAGRAM

Page 12 of 12

Crash Report # 24-086






RHS - W.LEE 000012

**EXHIBIT B**
**Page 12 of 12**