**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MIKKI HASTINGS as Personal Representative And SPECIAL ADMINISTRATRIX of the Estate of WILLIS PAUL LE, JR., DECEASED, on behalf of the individual and survival heirs and Wrongful Death Beneficiaries of WILLIS PAUL LE, JR., deceased** **PLAINTIFF**

**V.** **NO. 6:25-CV-06053-SOH**

**MONTANA CARRIERS, INC. et al.** **DEFENDANTS**

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT
HOT SPRINGS DIVISION

MIKKI HASTINGS, ET AL. PLAINTIFF

VS. NO. 6:25-CV-06053

MONTANA CARRIERS, INC, ET AL. DEFENDANTS

---

ORAL DEPOSITION

OF

STEVEN HOLT

TAKEN MARCH 11, 2026, AT 11:55 A.M.

---

*Arkansas Diamond Court Reporting*

*21043 Natalie Lane*
*Little Rock, Arkansas 72206*

*www.arkansasdiamondcourtreporting.com*

*PHONE: 501.319.4807*

---

**P R O C E E D I N G S**

VIDEOGRAPHER: We're on the record at 11:55 a.m. Today is March 11th, 2026. This is the video deposition of Steven Holt in the matter of Hastings, et al. versus Montana Carriers, Incorporated, et al, case number 6:25-CV-06053 in the United States District Court, Western District of Arkansas, Hot Springs division. Will counsel please make a record of your appearance?

MR. PURYEAR: Yes, I'm Jeff Puryear, I'm here on behalf of the defendants.

MR. BREWER: Bryce Brewer on behalf of the plaintiff.

VIDEOGRAPHER: Thank you. Will the reporter please swear the witness?

THEREUPON,

**STEVEN HOLT,**

THE WITNESS HEREINBEFORE NAMED, having been first duly cautioned and sworn by me to testify to the truth, the whole truth, and nothing but the truth, testified on his oath as follows, to-wit:

**EXAMINATION**

BY MR. PURYEAR:

Q Good afternoon.

Q -- but let me hand you what I've got here.
A Okay.
Q And see if this matches up with the -- with an accident report that you would have prepared.
A Yes, sir. It's the same crash report number.
Q And it looks like it's got 12 pages.
A Yes, sir.
Q All right. Let me mark this as Exhibit 2 for you deposition. All right. And you can -- it doesn't matter which one you look off of, either one or the same.

(WHEREUPON, Exhibit 2 was marked for identification and is attached hereto.)

A Okay.
Q Mr. Holt, were you called to the scene of an automobile collision on October the 31st of 2024?
A Yes, sir.
Q And where had that collision occurred?
A That was just past the 74 mile marker, which is the Arkadelphia exit. It was the eastbound.
Q Okay, so, eastbound on Interstate 30.
A Yes, sir.
Q Okay, now, let me make sure I've got my bearings straight here. Am I correct that just approximately a mile to the west of where the collision occurred is the Arkadelphia exit?
A Yes, sir.

Q Okay. And the same with respect to Mr. Dhillon?
A Yes, sir.
Q Okay. One other question. Did Mr. Lee, at any time, tell you where he was going?
A No, sir.
Q Okay.
A Not as far as I know.
Q Fair enough. And did you know Mr. Lee before this accident had happened?
A No, sir.
Q You had mentioned that you called for an ambulance.
A Yes, sir.
Q And was anybody else called to the scene at your request?
A No, sir.
Q Okay.
A Well, I'm sorry. I know I called for a tow truck for sure. For the vehicle. And as far as I can recall, I don't remember if the fire truck was dispatched or not. I can't remember. But I do know for sure that I called and request an ambulance and a tow truck.
Q Okay. In your -- the statements of Mr. Lee, as I understood your testimony here today, Mr. Holt, those were in response to your questions of him.
MR. BREWER: Object to form.
A Yes, sir.