**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MIKKI HASTINGS as Personal Representative And SPECIAL ADMINISTRATRIX of the Estate of WILLIS PAUL LE, JR., DECEASED, on behalf of the individual and survival heirs and Wrongful Death Beneficiaries of WILLIS PAUL LE, JR., deceased** **PLAINTIFF**

**V.** **NO. 6:25-CV-06053-SOH**

**MONTANA CARRIERS, INC. et al.** **DEFENDANTS**

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT D

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MIKKI HASTINGS, as Personal Representative and SPECIAL ADMINISTRATRIX of the Estate WILLIS PAUL LEE, JR., DECEASED on behalf of the Individual and survival heirs and wrongful death beneficiaries of the WILLIS PAUL LEE, JR., deceased,

Plaintiffs,

Vs. Cause No. 6:25-CV-06053

MONTANA CARRIERS, INC., et al.,

Defendants.

VIDEOCONFERENCED VIDEORECORDED DEPOSITION
OF THOMAS IRELAND
APRIL 14, 2026

please swear in the witness.

* * * * *

THOMAS IRELAND

of lawful age, produced, sworn, and examined on behalf of Plaintiffs, deposes and says:

EXAMINATION

QUESTIONS BY MR. BREWER:

Q. Dr. Ireland, will you please state your full name for the record, please, sir?

**A. Thomas Robert Ireland.**

Q. Okay. And, Mr. Ireland, how old are you today?

**A. How old am I today? 83 today.**

Q. Congratulations. Dr. Ireland, I've seen your list. You've given depositions before. Is this the first time you've ever given a Zoom deposition?

**A. No.**

Q. Okay. All right. Well, if you don't mind today, if you will -- couple of rules, if you'll let me finish my question before you start your answer even though we both know what we may be wanting to say to each other, it makes it easier for us both during the communications through the computer as well as for the court reporter. Okay,

Then the final area which typically is what are considered forensic economics issues in a standard case would be the calculations of the value of costs of life -- or the present value of the cost of a life care plan. In personal injury, however, issues then arise can -- of the hedonic damages issue can a -- can economists provide any measure of the reduction in the value of enjoyment of life that an individual may have suffered because of an injury. And predominantly most economists would argue not at all, and it doesn't appear in most cases as an issue.

Another thing that comes up is if a person has been injured, do they become less of a valuable companion for their spouses, children, parents, or siblings as allowed to be considered in law. The -- and those, again, are areas where I've been asked to develop opinions about Dr. Smith, not just his hedonic damages but also his, quote, unquote, loss of guidance and counsel, loss of accompaniment services, and so forth.

And the final one that he has put into an individual's possible loss of relationship, which again is supposedly -- makes a person less well off because their relative is no longer able