**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MIKKI HASTINGS as Personal Representative And SPECIAL ADMINISTRATRIX of the Estate of WILLIS PAUL LE, JR., DECEASED, on behalf of the individual and survival heirs and Wrongful Death Beneficiaries of WILLIS PAUL LE, JR., deceased** **PLAINTIFF**

**V.** **NO. 6:25-CV-06053-SOH**

**MONTANA CARRIERS, INC. et al.** **DEFENDANTS**

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MIKKI HASTINGS as Personal Representative and SPECIAL ADMINISTRATRIX of the Estate of WILLIS PAUL LEE, JR., DECEASED, on behalf of the individual and survival heirs and Wrongful Death Beneficiaries of WILLIS PAUL LEE, JR., deceased. PLAINTIFF

VS. NO. 6:25-cv-06053

MONTANA CARRIERS, INC.; JAGDEEP DHILLON; JOHN DOES 1-3 and JOHN DOE ENTITIES 1-3 DEFENDANTS

---

ORAL DEPOSITION

OF

MIKKI HASTINGS

TAKEN OCTOBER 8, 2025, AT 1:02 A.M.

---

*Arkansas Diamond Court Reporting*

*21043 Natalie Lane*

*Little Rock, Arkansas 72206*

*www.arkansasdiamondcourtreporting.com*

*PHONE: 501.319.4807*

---

P R O C E E D I N G S

THEREUPON,

**MIKKI HASTINGS,**

THE WITNESS HEREINBEFORE NAMED,

having been first duly cautioned and sworn by me to testify to the truth, the whole truth, and nothing but the truth, testified on her oath as follows, to-wit:

**EXAMINATION**

BY MR. PURYEAR:

Q Good afternoon, or good morning to you, Ms. Hastings.

A Morning.

Q Can you hear me okay?

A Yes, I can hear you okay. Can you hear me okay?

Q I can.

A Okay.

Q I just introduced myself to you. I'm Jeff Puryear. I'm a lawyer in Jonesboro. I represent, along with my co-counsel, Lars Knutson, who's participating by phone today, represent the defendants in the lawsuit that you have filed against Montana Carriers, Inc. and Jagdeep Dhillon. Do you understand that?

A Yes, I do.

Q We've asked to take your deposition here today. And before we get started, you've got a very good lawyer there,

Q It sounds like your school year is similar to Arkansas, generally August to May.
A Yes. Yes, it is.
Q And so you're in your second year of teaching in the district.
A Yes.
Q And do you and Mr. Hastings intend to continue on, and right now, your plans are you'll teach there in the school year '26 and '27?
A We do think so. We -- the pay here is considerably more, so that's what we're working on. Basically, we're doing some retirement things here is what we're looking at. Initially, when we came, it was just going to be for one year, but it's been extremely pleasant working here, and it's been nice.
Q I'm just trying to figure out last fall. Do you recall when you made trips back to Arkansas?
A I came back to Arkansas in September. My daughter, Amy, had a baby, and so I was -- that was my -- basically, that was my excuse to finally come home, so I took some leave, and I was back home for a little over a week in September.
Q Okay. When was the next time that you were home in 2024?
A I had a week off at Christmas -- a week back in Arkansas at Christmas. We actually had two weeks. We had weather

Sheriff's Department. Do you know him?
A I do not know him.
Q And we've already talked about, you've not reviewed any other documents with respect to the accident, correct?
A That's correct.
Q And have you attempted to speak with anyone other than your sisters, and your counsel, about the accident and what happened with your uncle Paul?
A No, I have not. The only person that I have -- the only person I spoke with was the person who has the truck in his -- in his lot gated off. And it was because I knew the person, and I -- whenever I found out that the truck was there, I messaged him, and I asked him why he didn't tell me that my uncle had had a wreck, because I did not know about the wreck.
Q Okay. Couple things. Number one, who is this person that you're referring to?
A His name is Bill Rogers, and he's the one that currently has the truck in impound.
Q So is he the tow -- did he have the tow truck at the scene?
A Yes.
Q And what is the name of his business, if you know?
A Automobill's.
Q And where is that located, Ms. Hastings?
A In Arkadelphia.

Q Okay. And you said that you called him, and you did not know that your uncle had a wreck.

A Right.

Q When did you first learn of Mr. Lee's accident?

A The night before he passed away.

Q And my recollection is that Mr. Lee passed away on January the 30th of 2025, so it would have been January the 29th, the day before, 2025, when you learned of Mr. Lee's accident.

A Yes, that's correct. And, of course, I've got a time zone difference, so I don't know when it was actually happening, but it was -- here, it was late in the afternoon, and he died overnight, so it was not very long after I found out that he died.

Q And how did you learn that Mr. Lee had an accident?

A Jason Yearby sent me a Facebook message. He told me that my uncle was in the hospital and not doing very well, and that we needed to contact the hospital.

Q Who is Jason? And I'm going to ask you to spell his last name, please.

A I don't know the correct spelling, but I think it's Y-E-A-R-B-Y. I don't know that that's correct. But he is a -- he's a guy that my uncle was spending time with. They had -- they were working on refrigerators, and things like that, appliances, together.

Q Where does Jason -- did you say Yearby?

have been, you know, probably -- it would have been super late there. I mean, I didn't think that whenever he said that he wasn't doing well, I didn't think that it was imminent. We didn't -- you know, I didn't know it was going to be immediate, but no, she did not go.

Q Okay. And I asked about her just because of her close proximity. I'm assuming that your sister in Oklahoma, and certainly your sister in Florida, they had no opportunity to go see him in the hospital.

A No, they did not.

Q Okay. You'd mentioned your conversation that you reached out to Bill Rogers, and you made some comment earlier, you said to him, these are my words, not yours, or something to the effect of, You didn't contact me to notify that my uncle had been in an accident.

A Yeah, this was just a couple of days after Jason -- I had talked with Jason, and Jason had told me that something to the effect that he had gone to look at the truck, and he wanted to get some stuff out of the truck, and the place that he had gone to had told him that he couldn't have any contact with the truck, wouldn't let him. And I said, Well, where is the truck at, you know? And he said -- he told me that it was at Arkadelphia. Well, the person that has the truck was a fire chief at one of the fire departments and is a friend of mine. And so I sent him a text message, and I was, you know, upset

and kind of angry, too. I sent him a text message, and I said, Why didn't you tell me that you had my uncle's truck? Why didn't you tell me that this had happened? And he replied back to me a question mark, and then he called me, and I said, Do you have Paul Lee's truck? And he said -- and then he said, you know, Yeah, I didn't have -- but he didn't know -- he said he didn't put together that that was any of my family or anything. And he told me that he had the truck in the back and that he did tell me that several people, Jason and a couple of other people, had come by asking questions about the truck, but he had it locked up.

And, anyhow, I asked him if he would send me pictures of the truck, and he sent me pictures of the truck. And I did look at the damage on the truck. And, but that -- aside from talking to him, that's the only -- and the only reason I made a contact with him was because I felt like, you know, at that time, I felt like he should have realized whose truck that was, and I should have known back in October that this happened, you know. Anyhow.

Q You said that Mr. Rogers was a fire chief for whom you had some familiarity, but you-all were friends as well.

A Yes, we were also friends. Yes, we're friends.

Q Was Mr. Rogers aware of your relationship, your family connection, to Mr. Lee?

A Yes, he is.

Q Okay. Mr. Rogers sent you some pictures of Mr. Lee's vehicle. You told me that. Did he provide you any additional information about the vehicle?
A No, I didn't ask him anything about it. I just asked him to send me pictures.
Q And my next question, you may have anticipated, but did you talk to him or did he share with you anything else that he knew about Mr. Lee, or the accident, the circumstances, anything of that nature?
A No, he didn't.
Q Was Mr. Rogers at the scene of the accident?
MR. BREWER: Object to form.
A He picked up the vehicle from the accident, but I think it's, like -- I think it's after the fact. I mean, I don't know.
Q And you --
A He wouldn't have been at -- just my knowledge of these wrecks, you know, he would have been there before the cops left, but --
Q No, my question was whether -- and you've hit on it. Did he actually go to the scene, and is he the one who retrieved your uncle's vehicle? You testified he did.
A Yes, he picked up the vehicle.
Q Okay. I'm going to ask you a broad question. It's intended to be broad, Ms. Hastings, because I want to try and

along those lines. Where had he been?
A He lived in Gurdon during my teen years, and then him and his ex-wife, Stephanie, they got married, and I don't know what year they got married, but whenever they got married, they lived some time in Florida. They lived some time in Arizona. And the last place that -- well, then he moved to Memphis for a good little bit, and he was in Memphis -- I think he was in Memphis 2012, 2014, through that kind of -- those types of years, that period.
And then he moved to Phoenix just very briefly, and whenever he moved to Phoenix, him and Stephanie separated, and he moved back to Arkansas, he moved back to Gurdon. And so I don't really know exactly when all those things happen. I think it was probably 2014 or '15, you know, in that time frame, you know, somewhere in there, but I don't know for sure.
So during -- between -- so I guess you can say the last ten years, I can remember four places that he lived, but I can't tell you when he lived there. Actually, I can remember five places he lived, because he did move to Chidester, was the last place.
Q So the five places would be the two rent houses in Gurdon, the two rent houses in Delight, and Mr. Yearby's farm --
A Yes.
Q -- where you recall your uncle living in Arkansas.
A Yes.

Q All right. But you're unable to say when he moved back to Arkansas; is that correct?

A Right. I don't know. I don't know for sure when that was.

Q Did he live with anybody else in the rent houses that you mentioned?

A Not -- no, not that I'm aware of.

Q Do you know where his ex-wife Stephanie is?

A I think she's still in Phoenix, but I do not know for sure.

Q Did she take his last name? Was she Stephanie Lee?

A Yes, she was.

Q Do you -- have you spoken with her or had any communication with her since she and your uncle separated?

A No, I have not. Mary did. She -- I don't know for sure. I think she made contact with her, but she tried to make contact with her. I know she at least tried to when Paul died, we, you know, we wanted to notify her, but I can't -- either she couldn't get her, or Stephanie didn't reply to her, or something. I don't -- I don't know.

Q And so when's the last time you had any communication with Stephanie Lee?

A Probably 2014 or so when they were living in Memphis.

Q And was -- I assume they were divorced?

A Yes, they divorced.

Q Do you know where that divorce case was filed?
A I do not -- I do not know.
Q Was he married to anyone other than Stephanie?
A No.
Q Did he have children?
A No.
Q Can you estimate for me, Ms. Hastings, when your uncle Paul left Arkansas? I think you said he first went to Florida.
A Uh-huh. I think -- so I know that he was here in '99, but I don't really -- I don't know after that, so it would have been sometime after '99. I don't know when they got married, but I would assume -- if you-all could find that, then that would be the timeline, because they basically got married and moved together.
Q Did they get married in Arkansas?
A I don't know. I assume that they did, but I don't know.
Q Is it -- am I correct in -- you didn't attend the wedding?
A No, I don't believe that they had -- I think that they just went and got married at the courthouse or something.
Q Other than his ex-wife Stephanie, did Mr. Lee live with anybody else in the last 20 years?
A No.
Q Your grandparents on your dad's side, can you tell me their names, please?
A Her name was Betty Jo Blakely, and he was Willis Paul Lee,

Q So, but he -- you made some mention about him coming to your house.

A Yeah, he visited me regularly, and whenever I say regularly, he came over to the house probably once or twice a month kind of thing. He -- well, I mean, I know -- he moved back -- he moved back here. He told me he moved back here to be closer to us, as in me and Adam, and we were close. I mean, he was really independent, so, I mean, I tried to respect that. And he -- you know, he wouldn't have wanted me coming to his house. He wouldn't have wanted me, you know --

Q What was the reason -- why did he come to your house?

A To visit. He would just come to visit. He spent his holidays and stuff there. He had Christmas with me, the -- you know, all of those years that you mentioned, we had Christmas together, and then, you know, any other holidays that we were doing, he came.

He -- I mean, you know, the farm that I have, he helped me to find it. He talked to everybody, and somehow or another, he started talking to the bank president over in Prescott, and they told him that they had this place that had been foreclosed and that they were selling cheap. And anyway, that's how I ended up with it. He told me about it, and we checked on it, and we were able to get it. And then the -- you know, we did sell produce together. That was a project that we did. I mean, we were pretty close.

Lee moved back to Arkansas, and let's go back to before that. He was in Florida, Arizona, Memphis, Phoenix. You described all that. Did you go to visit him at any of those places?
A Only whenever he was in Memphis. Whenever he was in those other locations, I wasn't, you know, really financially able to travel, so --
Q How many times did you go to Memphis to see him?
A Often. I probably went to Memphis, you know, maybe ten times or so. I'm not sure.
Q How long did he live there?
A I don't know. I don't know. But my grandpa, you know, whenever he was there, I was also going to, you know, see my grandpa in the nursing home as well, so --
Q And how long did -- how long was your grandfather in the nursing home in Memphis?
A I think he was only there for maybe two years before he died.
Q How many visits did you have with your grandfather in Memphis?
A Five or six.
Q Okay. Was Mr. Lee, was he a smoker?
A No.
Q Did he drink alcohol?
A No.
Q Did he use any type of illegal drugs or substances?

purchased any life insurance policy.
A I don't -- no, I don't think so.
Q Okay. Is it true that you've never had any communication with anyone at Montana Carriers?
A No, I have not.
Q Or Mr. Jagdeep Dhillon, the driver of the vehicle?
A I have not had any communications with him, either.
MR. PURYEAR: Why don't we take a break for just a minute, okay?
THE WITNESS: Okay.
MR. PURYEAR. About five minutes. Thank you.
(WHEREUPON, after a break was taken, the proceedings were resumed as follows, to-wit:)
Q (Mr. Puryear continuing) Ms. Hastings, we're back on the record. Was there a funeral for Mr. Lee?
A Yes, there was.
Q Where was the funeral? Where did it take place?
A His church, which is the -- I think that they're the First Assembly of God Church in Gurdon, I think is what the name of the church is. But his preacher contacted me within a day or two, and he said that the church was really wanting to do a service, and so I just, I worked with them in order to provide a service for him and the church family. My sister, Rebecca, and my daughters attended the service.
Q And was that --

A Two of my daughters attended the service, not all four of them.
Q And the First Assembly of God Church in Gurdon, is that where Mr. Lee went to church?
A Yes, he went to church there.
Q Do you know how long he had been in that church?
A I know that he had been in that church at least before his heart surgery, because I had contact with his preacher during that time as well, so at least 2001 on -- 2021 and on, that 20's getting me, and maybe longer, but I know at least that long.
Q Do you know, Ms. Hastings, if Mr. Lee attended church anywhere else --
A No.
Q -- while he was back in Arkansas?
A No. That's the only place that I know of.
Q And was he -- do you know if he was a regular churchgoer?
A Yes, the preacher told me that he was, that he was very regular.
Q Was Mr. Lee involved in any community activities, civic organizations, anything like that?
A Not that I know of.
Q Did he have social media accounts?
A He had a Facebook account, but he didn't have very many people on it. He wasn't just great at using it, so -- but he

to you; is that correct?

A The only support that I have had from him was whenever I was a teenager. I lived on my own, and he helped me out some then, but not as an adult, no.

Q How old are you, Ms. Hastings?

A I'm 48.

Q So we're talking over 30 years ago when he would have provided some help to you.

A Yes, that's correct.

Q Have you received any medical treatment in connection with the passing of your uncle?

A No, I have not.

Q Have you taken any type of prescription medication in connection with the passing of your uncle?

A No, I haven't.

Q Okay. To make sure I've covered everything, have you obtained services from any type of counselor, psychologist, anything in connection with the loss of your uncle?

A No, I have not.

Q Did you miss any time from your employment in connection with the passing of your uncle Paul?

A I took off a couple of days, just a couple of grieving days.

Q Those were provided to you as part of your benefits with the school district?