**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MIKKI HASTINGS as Personal Representative And SPECIAL ADMINISTRATRIX of the Estate of WILLIS PAUL LE, JR., DECEASED, on behalf of the individual and survival heirs and Wrongful Death Beneficiaries of WILLIS PAUL LE, JR., deceased** **PLAINTIFF**

**V.** **NO. 6:25-CV-06053-SOH**

**MONTANA CARRIERS, INC. et al.** **DEFENDANTS**

**MOTION FOR PARTIAL SUMMARY JUDGMENT**

# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MIKKI HASTINGS as Personal Representative
And SPECIAL ADMINISTRATRIX of the Estate
Of WILLIS PAUL LEE, JR., DECEASED, on behalf of the
Individual and survival heirs and Wrongful Death
Beneficiaries of WILLIS PAUL LEE, JR., deceased PLAINTIFFS

VS. CASE NO.: 6:25-cv-06053

MONTANA CARRIERS, INC.;
JAGDEEP DHILLON; JOHN DOES 1-3
And JOHN DOE ENTITIES 1-3 DEFENDANTS

---

ORAL DEPOSITION

OF

ADAM HASTINGS

TAKEN MARCH 25, 2026, AT 3:04 P.M.

---

*Arkansas Diamond Court Reporting*

*21043 Natalie Lane*

*Little Rock, Arkansas 72206*

*www.arkansasdiamondcourtreporting.com*

*PHONE: 501.319.4807*

---

P R O C E E D I N G S

THEREUPON,

**ADAM FRANKLIN HASTINGS,**

THE WITNESS HEREINBEFORE NAMED, having been first duly cautioned and sworn by me to testify to the truth, the whole truth, and nothing but the truth, testified on his oath as follows, to-wit:

**EXAMINATION**

BY MR. PURYEAR:

Q Good afternoon, sir.

A Good afternoon.

Q Please state your full name for the records, please.

A It is Adam Franklin Hastings.

Q Mr. Hastings, my name is Jeff Puryear. I'm a lawyer in Jonesboro. And I'm involved in this lawsuit filed by your wife, and I assume you're aware of the lawsuit?

A I am.

Q Okay. And you probably know that she went through a similar proceeding with us, oh, about six months ago, and she gave her deposition by Zoom.

A Yes, sir.

Q Okay. Well, I've asked to take your deposition because Mr. Brewer tells me that you're going to be called as a witness when this case goes to trial in August. Is that your

our house. He would -- there was a particular place he liked to get a burger in the afternoons, which is five miles from our house. So he would swing by our house before or after that. So we didn't go there very often, but, you know, a few times.

Q Okay. And how often did he come to visit you and Mikki at your house?

A Usually around once a week, maybe twice.

Q Okay. You've been telling me about stuff and your interactions with him. What -- anything else that you all -- that you would do with Mr. Lee that we hadn't already talked about?

A No.

Q Okay. And other than -- other than when he would stop by to see you or maybe the few visits you had to his place, did you talk to him any more than that or communicate with him?

A We would -- we would text now and then, or he would call. He would come up with some good idea of something to grow, and he would call and give us stuff like that. Just, you know, phone calls and texts and things, but yeah.

Q Okay. When -- Mr. Hastings, when was the last time that you saw Mr. Lee?

A Probably somewhere in between when we come up here and went home June of '20 -- June 2021, 20th, 21st, somewhere along in there before we left. Somewhere in between there was the last time we actually saw him.

Q Let me make sure I got my days straight. So you were -- you told me that y'all went to Alaska for the one month end of May until June the 20th?
A Yes.
Q Of 2024?
A That would have been 2024, yes.
Q And did you see him when you came back to Arkansas in --
A Yeah, he --
Q -- the month of June?
A -- he had come by the house. And there was a little bit of a family squabble issue in between there. And that's why we didn't really talk to him after that.
Q And when you saw him, and I'm -- again, this June, July period that you all -- before you moved permanently to Alaska --
A Uh-huh.
Q -- you saw him where, Mr. Hastings?
A At our house. He'd come by our house.
Q For anything in particular?
A No, he was going to get him a burger, and he just swung by.
Q And then you said there was some family issue and that y'all didn't talk to him after that.
A Right.
Q All right, so when was the family circumstance that you're

A Correct.
Q All right. And is the same true for Mikki?
A As far as I know, yes.
Q All right.
A Now, she may have -- she may have not even talked to him at that time.
Q And then you and Ms. -- you and Mikki then y'all moved at the end of July, first of August to Alaska? We've already covered all that.
A Yes.
Q Okay. So you had mentioned to me that you all made it home for Christmas in 2024; correct?
A Correct.
Q And based on what you told me, you had no communication or interaction with Mr. Lee when y'all were home at Christmas that year; is that correct?
A That's correct.
Q Okay. And as we now know, he was -- he was in the hospital somewhere during that time period, wasn't he?
A Yes.
Q Okay. And so did you all -- anybody reach out to try and check on him or anything?
A No.
Q Did -- you didn't know anything about his accident; isn't that true?