Infectious Disease Associates
11085 Little Patuxent Parkway #204
Columbia, MD 21044
Phone 443-838-2664
Fax 410-418-8552

RE: Hastings v. Montana Carriers, et al.
United States District Court, Western Dist. Of Arkansas, Hot Springs Division.
6:25-CV-06053-SOH

Dear Mr. Knutson and Mr. Puryear:

Please consider this letter as a disclosure of my opinions in this matter. The following opinions are held to a reasonable degree of medical probability.

Pursuant to your request, I have reviewed the following records of Mr. Willis Lee, Jr. (Mr. Lee) to prepare this expert report regarding causation of death of Mr. Lee on 1/30/2025.

Complaint
Howard Memorial Hospital
Centerwell Home Health Records
Twin Rivers Health and Rehab
Baptist HMC-Twin Rivers Arkadelphia
South Arkansas Regional Hospital
University of Arkansas Medical System
CHI Hot Springs Records
Baptist Ambulance Service
Baptist Conway
CHI St. Vincent RHS Bates stamped
CHI St. Vincent Montana Bates stamped
Death Certificate

I am a physician licensed to practice medicine in the State of Maryland. I am board certified in Internal Medicine and Infectious Diseases by the American Board of Internal Medicine. I completed an infectious disease fellowship at University of Maryland Medical Systems in 2003, and an internal medicine/pediatrics combined residency at University of Maryland in 2001. My medical degree was also completed at University of Maryland in 1997. Currently, I work as an infectious disease physician and serve as the Chief of Infectious Diseases at Johns Hopkins Howard County Medical Center, a community-based hospital with an academic affiliation.

I have been asked to provide opinions regarding the infection issues and cause of death in the above-referenced records. My opinions are based on my education, training, knowledge, and experience in caring for individuals such as Mr. Lee over the past 20 years. This testimony will include medical description of an individual with diabetes, diabetic foot infection, osteomyelitis, methicillin-resistant *Staphylococcus aureus* (MRSA) bacteremia, and heart failure. I will also testify about the diagnosis of COVID-19 and the primary cause of death for Mr. Lee. My testimony includes my opinion that given the multiple and severe underlying medical problems that Mr. Lee had prior to the motor vehicle crash (MVC), his ultimate cause of death was due to progression of heart failure with concurrent viral pneumonia. Neither his heart failure nor COVID pneumonia was due to, or exacerbated by, the MVC on 10/31/24 and the subsequent lower extremity paralysis. I hold these opinions to a reasonable degree of medical probability.

<u>Medical Course</u>

Willis P. Lee, Jr., was 67 years old on 10/31/24 when he was injured in a motor vehicle crash (MVC). He was a belted driver, struck a tree and was reported to have a brief loss of consciousness. He sustained a T11-T12 vertebral fracture that was unstable, multiple right sided and left sided rib fractures. He was transported to CHI St. Vincent's Hospital for his immediate care. Initially, surgical repair was planned for 11/1/24, but due to hypotension and tachycardia, he required admission to the ICU and was placed on vasopressors to support his low blood pressure. When he was taken to the OR on 11/3/24, he had paralysis at the level of T11-T12 due to progression of an epidural hematoma that caused spinal cord compression

Prior to the MVC, Mr. Lee had a complex past medical history and was in poor health. He had insulin dependent diabetes and end stage organ disease due to poorly controlled diabetes, which included poor blood flow and decreased sensation in the feet. He had Diabetic Foot Infection (DFI) and Charcot joint of the feet, which resulted in collapsed arches with increased risk for foot ulceration, infection, and DFI. He had congestive heart failure and coronary artery disease, with a history of 3-vessel cardiac bypass in 2021. His congestive heart failure was severe. Normal heart function has ejection fraction (percentage of the volume of blood in the left ventricle that is ejected forward into the aorta with each beat of the heart) of 60-65%. In March 2024, his ejection fraction was 40% (3/12/24 Bates 5314); by 6/20/2024 EF was 30-35% [Montana 17620]; and subsequent testing in September 2024 showed EF of 16%. [RHS 000240]. He had atrial fibrillation and was on Eliquis, a blood thinner, to decrease the risk of stroke associated with this condition. Finally, Mr. Lee had chronic ulcerations at the left ankle and pressure injuries to the sacrum and coccyx area at the buttock cleft that were present when he was admitted to CHI St. Vincent's Hospital on 10/31/24.

In the 12 months leading up to his death, he was admitted from Arkadelphia Hospital to National Park Medical Center from 1/26/24-2/6/24 for rehab and treatment of MRSA [Montana 017527-30]. On 3/12/24 he had a cardiac arrest and septic shock due to MRSA at CHI St. Vincent Hospital. The source of the MRSA was the DFI at the right foot and orthopedics advised below knee amputation which the patient declined. Mr. Lee completed a 6-week course of IV antibiotics at home from 3/27/24-5/1/24 [Montana 017557]. His functional status at home on 4/04/24 noted that he "was easily fatigued requiring frequent rest breaks" [J.Porter PTA Montana 016194]. The 5/22/24 home visit noted Mr. Lee had a "reddened area at midchest" [Montana

015796] and by the next visit on 5/27/24 Mr. Lee said that his "pacer was removed Friday[5/23/24]." [Montana 015812]. More likely than not, the pacemaker was infected with MRSA when Mr. Lee had MRSA bacteremia between 3/12/24 and 3/20/24. Three weeks after the pacemaker was removed, Mr. Lee had a cardiac arrest with pulseless electrical activity, his heart rhythm recovered and he was admitted to the ICU at National Park Medical Center, intubated from 6/15/24-6/20/24 and on vasopressors during his admission from 6/15/24 to 6/23/24. [Montana 017624]. He completed rehab at National Park on 7/04/24, went home, felt weak and short of breath, and required admission to Ouachita County Medical Center from 7/5/24-7/10/24. From there, he went to rehab at South Arkansas Regional Hospital between 7/10/24 and 7/19/24. [Montana 017586]. Mr. Lee had persistent symptoms of dyspnea due to CHF and the diminished Ejection Fraction of 30-35% at that time. Home Health on 7/22/24 said, "Patient came home on Friday. . . Patient is very short of breath with all ambulation and min exertion" [Montana 016157]. The last admission before the MVC was between 9/16/24-9/19/24 at BHMC North Little Rock. Mr. Lee had an unintentional overdose of the cardiac rhythm stabilizing medication Diltiazem, leading to hypotension and slow heart rate. [Montana 17570, 17575]. From the end of January 2024 until October 2024, Mr. Lee was admitted to 4 different hospitals, had 2 cardiac arrests which he survived through CPR, and went to inpatient rehab on 3 occasions to improve his functional status from CHF. He also had MRSA infection/osteomyelitis at the right foot that was treated in January, MRSA bacteremia in March that was associated with a central line/PICC line from February and had an implantable event recorder removed 5/23/26 after it became infected.

Mr. Lee evaluated in the emergency department of CHI St. Vincent's Hospital on 10/31/24. Surgical repair of the spinal fracture was planned for 11/1/24, but Mr. Lee developed profoundly low blood pressure that morning, compared to his normal range of 110-120/70-80 mmHg. On 11/1/24 at 0200 hrs. was measured as 56/39mmHg and at 0530 hrs. blood pressure was 73/56 mmHg with associated rapid heart rate (tachycardia). He was not stable enough to have emergent surgery. Mr. Lee required admission to the ICU and started vasopressors to support his low blood pressure.

When Mr. Lee was admitted to the medical intensive care unit on the morning of 11/1/24 he was in Cardiogenic shock. Generally, there are 3 types of shock: *Hypovolemic shock*, caused or exacerbated by profound dehydration or acute blood loss, *Septic shock* which is generally caused by uncontrolled bacterial infection and the inflammatory response caused by the immune system, resulting in low blood pressure and multiple organ failure, and *Cardiogenic shock*, reflecting the poor ability of the heart to function as an effective pump. Cardiogenic shock is most easily conceptualized by **cardiac output**, where the volume of blood pumped from the heart each minute is calculated by **stroke volume x heartbeats per minute**. Stroke volume is determined by the size of the ventricular chamber and the efficiency of the pump (Ejection fraction or EF). With decreased ejection fraction/ decreased function of the heart as a pump, the cardiac output is maintained if the heart rate increases. Inability to maintain an adequate cardiac output leads to low blood pressure, known as cardiogenic shock. On arrival to CHI St. Vincent's Hospital, Mr. Lee already had severe congestive heart failure. He did not have infection-related septic shock on admission but instead had low blood pressure related to his cardiac function. His Ejection Fraction (EF) was 16% on 9/20/24 [RHS 00240] and on 10/31/24 EF was 20-25% [RHS 1859].

The body had increased demand for cardiac output due to physiologic stress. Each heartbeat had low stroke volume output because of the low EF, and this manifested clinically with low blood pressure (11/1/24 0200 hrs. was 56/39 and BP at 0530 hrs. was 73/56). The body reacted by increasing the number of beats per minute to maintain adequate cardiac output. As in other hospitalizations in 2024, he required medications to assist in raising his blood pressure and increasing the cardiac output.

Mr. Lee had a T9-L2 vertebral body fusion on 11/3/24. Surgery stabilized the bones of the spine, he was on antibiotics for 3 days, but Mr. Lee had no active infection during the hospitalization at CHI St. Vincent's Hospital [piperacillin/Tazobactam, vancomycin 11/2/24-11/5/24, RHS 0832, 0824]. Mr. Lee was discharged to rehab on 11/8/24.

The initial rehab was at St. Vincent's Hospital between 11/8/24 and 12/18/24. There were several pressure injuries that progressed in size and had eschar formation. Mr. Lee had limited improvement with rehabilitation, and on 12/18/24 moved to South Arkansas Regional.

Mr. Lee was transferred to South Arkansas Regional Hospital on 12/18/24 – 1/15/25. On arrival, staff noted the right ankle chronic ulcerations as well as pressure ulcer wounds on his sacrum and buttocks. Wound Cultures (12/22/24) from the infected foot ulcer grew *Enterobacter cloacae* and MRSA [Montana 2216]. Mr. Lee was diagnosed with bone infection (osteomyelitis) at the right ankle based on changes on the MRI [Montana 2136] and started a 6-week course of antibiotic treatment with cefepime and vancomycin on 12/25/24 to treat this infection [Montana 2141, 2331]. Surgery was consulted for evaluation of the foot and leg; they recommended amputation of the right leg due to the wounds and probable osteomyelitis [Montana 2154]. As in March 2024, Mr. Lee did not want surgical amputation.

He was transferred to Twin Rivers for long term care on 1/15/25. On 1/21/25, he had an extensive wound survey after arrival at the facility. Mr. Lee was still receiving the cefepime and vancomycin as planned and had been on antibiotic treatment for 3 weeks by the time of transfer. The ulcerations at his sacrum, feet, and gluteal cleft did not show evidence of infection at Twin Rivers [Montana 18376 Left Calf, Montana 18379 Right Malleolus, Montana 18382 Left Lateral Malleolus, Montana 18385 Left gluteal fold, Montana 18388 Right gluteal fold, Montana 18391-2 Sacrum, Montana 18394 Penis, Montana 18397 Left lateral calf]. Notes from 1/22/25 described no odor or drainage to all wounds and improvement [Montana 18438]. During the stay at Twin Rivers, Mr. Lee started feeling poorly on 1/23/25 [Montana 18578]. He was assessed the next 2 days, and labs from 1/24/25 showed a rise in the WBC and decreased kidney function. Urinalysis at the facility was unremarkable [Montana 18580]. During the day on 1/25/25, Mr. Willis developed low blood pressure and was transferred by ambulance to Baptist Arkadelphia for further evaluation.

On 1/25/25, Mr. Lee was admitted to Baptist Hospital at Arkadelphia from Twin Rivers nursing facility. He was diagnosed with SARS CoV-2 (COVID) [Montana 0626], continued antibiotic therapy, unchanged, with cefepime and vancomycin. He had significant metabolic abnormalities on arrival with a profoundly low bicarbonate level of 7.1 (normal range 22-29) before he was transported to Baptist Health Conway for further management. While at Baptist Health Conway, he received the antiviral medication Remdesivir, used to treat COVID, and dexamethasone, a

steroid used to decrease inflammation in the lungs. Mr. Lee was critically ill, and had cardiogenic shock due to his underlying heart failure, but also had inflammatory lung changes due to a viral respiratory illness. Clinically, the primary problem was hypotension and congestive heart failure, and he required vasopressor support with norepinephrine and phenylephrine to keep his blood pressure in a normal range. He had progressive kidney failure, and high anion gap metabolic acidosis (HAGMA) due to ketone bodies and elevated glucose levels [Montana 1343]. He could not receive dialysis. Mr. Lee was on antibiotic therapy with cefepime and vancomycin that continued from his stay at Southern Arkansas Regional Hospital. These antibiotics were started to treat bone infection at the right ankle, and based on the documentation from Twin Rivers, there was improvement in the wound at the right ankle and none of the wounds had evidence of infection or malodor. Those antibiotics were selected to treat the *Enterobacter cloacae* (cefepime) and MRSA (vancomycin), but in combination, they have broad activity against most pathogenic bacteria, and in this situation, prevented bacterial infection. Blood cultures from Arkadelphia and Baptist Health Conway were negative, and the urinalysis at Twin Rivers and at Arkadelphia was not consistent with bacterial infection. There was no evidence for bacterial pneumonia. Mr. Lee had COVID infection in the context of progressive congestive heart failure. He had multi-organ failure with circulatory collapse, kidney failure, and respiratory failure.

Based on his records from the past year, we know Mr. Lee survived sudden death in June and survived when his heart stopped during the March admission to CHI St. Vincent's Hospital on 3/20/24. At the start of the admission in March 2024, he was found unresponsive and pulseless, with recovery of pulse when EMS arrived. Medical staff attributed this to a syncopal event. He had MRSA bacteremia from the start of the admission on 3/12/24 Mr. Lee survived cardiogenic shock in November 2024 when he was admitted with the spinal fracture. But over the year prior to his death, the heart failure was progressing from Ejection Fraction of 40% to 30% to 16% EF before leveling in the range of 20% from 10/31/24. During this admission to Baptist Health Conway, Mr. Lee had COVID pneumonia, but it was not related to the MVC and was not associated with bacterial infection. His heart failure was profound and when the cardiac demand increased at the end of January 2025 and there were concurrent physiologic stressors due to COVID infection, he did not survive.

<u>Discussion/ Mortality Risk Assessment:</u>

The multiple health problems that Mr. Lee lived with were profound and progressive. I would like to specifically address his mortality risk due to congestive heart failure. There are several calculators to give estimates of mortality with CHF. Both the MAGGIC and Seattle Heart Failure Model incorporate the New York Heart Association (NYHA) Class system to assess functional impact of CHF on daily exertional activities, ranging from Class I (minimal impact) to Class IV

(severe impact that limits activity). Based on physical therapy assessments at South Arkansas Regional Hospital from 7/10/24 -7/19/2024[1], functional status would be NYHA Class III, though descriptions of his level of activity and dyspnea on subsequent home visits would be more consistent with NYHA Class IV [Montana 016157]. For the calculations described below, I used the more optimistic Class III assessment. The MAGGIC Risk Calculator[2] uses relevant factors of age, diabetes, duration of heart failure, ejection fraction, medications, presence of COPD, blood pressure, Body Mass Index (BMI), and kidney function (creatinine) to calculate a score and a 1-year and 3-year mortality.

When Mr. Lee's numbers and factors are entered into the MAGGIC calculator,[3] the score is 34 points, and his predicted 1-year mortality is 34.2% and 3-year mortality is 65.8%. The MAGGIC risk score is a CHF-focused calculator, and it does not account for the fact that he had 2 separate cardiac arrests within 12 months, or the severity of his diabetes as other risk factors for death. The Seattle Heart Failure Model[4] incorporates diuretic dosing, cardiac medications for management of heart failure, use of cholesterol medications, NHYA Class, cardiac ejection fraction, SBP, and other lab values for sodium, hemoglobin, lymphocytes, uric acid and cholesterol.[5] Using the Seattle Heart Failure Model, Mr. Lee would have a predicted 1-year survival rate of 69% (mortality of 31%) and the 5-year survival rate would be 16% (84 % mortality rate). Based on both models, Mr. Lee had a poor prognosis for survival, independent of the MVC on 10/31/24. In any situation that required a dynamic increase in cardiac function, Mr. Lee had limited capacity to increase his cardiac output. Just as he had cardiogenic shock on

---

[1] [Montana 01847 7/18/24 Tera Young, PTA : completed gait training x 210' w/2 turns with wheeled walker…with supervision for safety, followed by a seated rest bread secondary to fatigue"; Montana 01843 7/16/24 "able to stand for 4 minutes"; Montana 01837 7/12/24 1131 Julie Boykin OT "Able to stand 20-30 seconds before requesting to sit"-; Montana 1836 Jackson PTA-LPN 7/12/24 0944 Gait training with wheeled walker, between 15 and 60 feet, was able to walk 60' with touching assistance, patient "unsteady and gets short of breath"].

[2] Meta-Analysis Global Group in Chronic (MAGGIC) Heart Failure Risk Score: Validation of a Simple Tool for the Prediction of Morbidity and Mortality in Heart Failure With Preserved Ejection Fraction.
Journal of the American Heart Association. 2018. Rich JD, Burns J, Freed BH, et al.

[3] Age 67, Ejection fraction 20%, sBP 110mmHg. BMI 29.8, Creatinine 2.1, NYHA class III, Male sex, nonsmoker, + diabetes, No COPD, + heart failure >18 months, on a beta blocker, not on ACEi/ARB medication. on a beta blocker (chronically, on metoprolol) or ACE/ARB (no) and lack of COPD, a mitigating factor. Mr. Lee had chronic hypotension and took a medication, midodrine, to medically raise his blood pressure. For this assessment, I used SBP of 110 mm Hg as the value for his baseline Systolic BP. He was 6 feet tall and weighed 100 kg. This yields a BMI of 29.8. Creatinine varied even in early 2024, more recent range was elevated in 1/2025. On 1/24/25, the day prior to transfer from Twin Rivers, creatinine was 2.1. Finally, based on physical therapy assessments at South Arkansas Regional Hospital from 7/10-7/19/2024. Class functional status would be New York Heart Association (NYHA) Class III.

[4] The Seattle Heart Failure Model: Prediction of Survival in Heart Failure.
Circulation. 2006. Levy WC, Mozaffarian D, Linker DT, et al.

[5] Age 67, male, NHYA class III, EF 20%, ischemic etiology (RHS 0229), SBP 110, Not on diuretics at time of MVC, weight 220 lbs, + statins, + beta blockers, No devices, because his implanted pacemaker device was removed on 5/23/24 after it became infected, Sodium 140 total CHO 79 (RHS 0218) Hb 9.8, Lymphocytes 9.8, uric acid: not available in records, used low normal 8. This yields score of 2.21 points

11/1/24, this infection with COVID in January 2025 led to hypotension, progressive renal failure and required vasopressor support; the increased cardiac demand could not be met because of his pre-existing severe heart failure, and directly led to his death. In January 2025, any viral infection with lung inflammation, whether COVID, Influenza, RSV or another seasonal virus, would lead to a similar outcome and more likely than not, death due to his underlying health status.

I hold these opinions to a reasonable degree of medical probability. I reserve the right to amend and supplement this report after depositions or further discovery in this case. I reserve the right to amend and supplement this report after receiving any additional records or information.

The above is a summary of my findings and opinions, which I will elaborate further at trial, and if requested, at deposition. I reserve the right to amend and/or supplement my opinions as additional information becomes available.

My fee schedule is attached. My CV, which includes a list of publications from the last 10 years, is attached and incorporated by reference. A list of cases in which I have testified in the last four years is attached.

To date, I have billed 31.4 hours on this matter.

I hereby certify that this report is a complete and accurate statement of all my opinions, and the basis and reasons for them, to which I will testify under oath.

Sincerely,

B Mark Landrum 1/28/2026

B. Mark Landrum, MD, FIDSA

**B. Mark Landrum, MD, FIDSA**

**Curriculum Vitae**
January 2026

**Contact Information**

Office Address: 11085 Little Patuxent Parkway #204
Columbia, MD 21044
410-418-8550
E-mail: IDassociates@yahoo.com

**Employment**

| | |
|---|---|
| January 2019 – present | Managing Partner, Infectious Disease Associates, a member of Johns Hopkins Regional Physicians |
| July 2003 – 2018 | Founder, Managing Partner Infectious Disease Associates, Columbia and Catonsville, Maryland |
| July 2006 – present | Chief, Division of Infectious Diseases Howard County General Hospital, Columbia, Maryland |
| July 2006 – December 2025 | Medical Director, Hospital Epidemiology and Infection Control Howard County General Hospital, Columbia, Maryland |
| April 2015 - December 2025 | Physician Lead, Community Division Healthcare Epidemiology, Infection Control Clinical Community Johns Hopkins Medicine, Armstrong Institute |
| September 2015- December 2025 | Medical Director, Antimicrobial Stewardship Howard County General Hospital, Columbia, Maryland |

**Certification and Licensure**

| | |
|---|---|
| 2003-2033 | Board Certified, Infectious Diseases |
| 2001-2027 | Board Certified, American Board of Internal Medicine, MOC |
| 2001-2008 | Board Certified, American Board of Pediatrics |
| 2001-2026 | Maryland License #D0057970 |

**Current Professional Memberships:**

| | |
|---|---|
| 2002 - Present | Infectious Disease Society of America<br>Fellow, Infectious Disease Society of America, 2018 |
| 2007 – Present | Society for Healthcare Epidemiology of America |

**Education**

| | |
|---|---|
| 2001-2003 | Infectious Diseases Fellowship, Division of Internal Medicine University of Maryland, Baltimore, Maryland 21201 |
| 1997-2001 | Internal Medicine Residency<br>Pediatrics Residency<br>University of Maryland, Baltimore, Maryland 21201 |
| 1993-1997 | M.D., University of Maryland School of Medicine |
| 1989-1993 | B.A., Biomedical Engineering<br>B.A., Natural Sciences/Public Health<br>Beneficial Hodson Scholar<br>Johns Hopkins University, Baltimore, Maryland 21218 |

**Research Activities/Publications:**

Savard P, Gopinath R, Zhu W, Kitchel B, Rasheed JK, Tekle T, Roberts A, Ross T, Razeq J, Landrum BM, Wilson LE, Limbago B, Perl TM, Carroll KC. First NDM-positive Salmonella sp. strain identified in the United States. Antimicrob Agents Chemother. 2011 Dec;55(12):5957-8.

Gopinath R, Savard P, Carroll KC, Wilson LE, Landrum BM, Perl TM. Infection Prevention Considerations Related to New Delhi Metallo-B-Lactamase *Enterobacteriaceae*: A Case Report. *Infection Control and Hospital Epidemiology*. 34 (1):99-100 [January 2013].

Rock, Clare, Masako Mizusawa, Bryce Small, Yea-Jen Hsu, Christopher Kauffman, Julie Trivedi, B. Mark Landrum et al. "Implementation of electronic medical record hard stop alerts for inappropriate Clostridium difficile tests in academic and community hospital setting; impact on testing rates and clinical outcomes." In *Open Forum Infectious Diseases*, vol. 4, no. suppl_1, pp. S608-S608. US: Oxford University Press, 2017.

Fabre V, Karaba S, Amoah J, Robinson M, Jones G, Dzintars K, Katz M, Landrum BM, Qasba S, Gupta P, Klein E. The role of procalcitonin results in antibiotic decision-making in coronavirus disease 2019 (COVID-19). Infection control and hospital epidemiology. 2021 Apr 19:1.

Sood G, Truelove S, Dougherty G, Landrum BM, Qasba S, Patel M, Miller A, Wilson C, Martin J, Sears C, Schuster A, Sulkowski M, Bennett R, Galai N. Clostridioides difficile infection (CDI) in a previous room occupant predicts CDI in subsequent room occupants across different hospital settings. Am J Infect Control. 2022 Dec;50(12):1352-1354. doi: 10.1016/j.ajic.2022.02.006. Epub 2022 Feb 23. PMID: 35217092.

Lonze BE, Spiegler P, Wesson RN, Alachkar N, Petkova E, Weldon EP, Dieter RA, Li Y, Quinn M, Mattoo A, Soomro I, Cohen SM, Leung S, Deterville CL, Landrum BM, Ali MI, Cohen DJ, Singer AL, Sen A, Chong E, Hochman JS, Troxel AB, Montgomery RA. A Randomized Double-Blinded Placebo Controlled Trial of Clazakizumab for the Treatment of COVID-19 Pneumonia With Hyperinflammation. Crit Care Med. 2022 Sep 1;50(9):1348-1359. doi: 10.1097/CCM.0000000000005591. Epub 2022 May 17. PMID: 35583232; PMCID: PMC9380150.

Sood G, Dougherty G, Martin J, Beranek E, Landrum BM, Qasba S, Patel M, Wilson C, Miller A, Sulkowski M, Bennett RG, Sears CL, Schuster A, Galai N. Is neighborhood deprivation index a risk factor for Staphylococcus aureus infections? Am J Infect Control. 2023 Dec;51(12):1314-1320. doi: 10.1016/j.ajic.2023.07.001. Epub 2023 Jul 20. PMID: 37478909.

Fabre V, Hsu Y-J, Carroll KC, Milstone AM, Salinas AB, Abbo LM, Bower C, Berry J, Boyd S, Degnan KO, Dhaubhadel P, Diekema DJ, Dress M, Feeser B, Fisher M, Flynn C, Ford BA, Gettler EB, Glasser LJ, Howard-Anderson J, Johnson JK, Karaba SM, Kim JJ, Kubischta A, Landrum BM, Martinez M, Mathers AJ, Mermel L, Moehring RW, O'Horo JC, Pepe DE, Qasba SS, Rittmann B, Robinson ED, Rodríguez-Nava G, Rosa R, Ryder JH, Salinas JL, Shah A, Schrank GM, Shelly M, Spivak ES, Stewart KO, Talbot TR, Van Schooneveld TC, Wasylyshyn A, Gadala A, Virk Z, Cosgrove SE. Multicenter evaluation of blood culture contamination and blood cultures practices in US acute care hospitals: time for standardization. J Clin Microbiol. 2025 Aug 13;63(8):e0053025. doi: 10.1128/jcm.00530-25. Epub 2025 Jul 11. PMID: 40643261; PMCID: PMC12345234.

Elhaissouni N, Arthur A, Prochaska EC, Colantuoni E, Landrum BM, Johnson J, Klein E, Milstone A. Association of pandemic precautions and *Staphylococcus aureus* in the NICU. Infect Control Hosp Epidemiol. 2025 Oct 13;46(12):1-3. doi: 10.1017/ice.2025.10319. Epub ahead of print. PMID: 41078224; PMCID: PMC12614451.

B. Mark Landrum MD Legal Review: Cases with deposition or trial testimony

2021:

Ellison v. Brill C-13-CV-19-000645 Frederick Goundry Esq. Varner & Goundry. Deposition 2/4/21

Lambert v. Coyne, Frederick County Circuit Court. C-10-CV-19-000813. Frederick Goundry, Esq. Varner & Goundry, PC. Deposition 4/8/21.

Parker v. Matz, Baltimore County Circuit Court, C-03 CV 19-003232. Wilson Barnes, Esq. and Ronald Shaw, Esq. Shaw Morrow, Daubert hearing 4/29/21.

Watson v. GBMC, Baltimore County Circuit Court, C-03-CV-19-003935. Ronald Shaw, Esq. Shaw Morrow. Deposition 8/6/21.

Armes v. St. Agnes Healthcare/Bilal Qureshi et al. Baltimore City Circuit Court. 24-C-20-001743. Mairi Pat Maguire, PK Law. Deposition 8/11/21.

Anawalt v. Bafford/UMMS, Baltimore City Circuit Court, 24-C-20-004803. M. Donna Sturtz, Esq. Nelson, Mullins, Riley & Scarborough LLP. Deposition 11/4/21.

2022:

Knox v. Aung (Ermond Scott v. Sinai Hospital) 24-C-20-001373 Michelle Mitchell, Esq. Wharton Levin Ehrmantraut & Klein. Deposition 3/21/2022.

Martin v. Nelms C-02-CV-19-000846. Thomas Marriner, Esq., Booth, Cropper & Marriner, PC, Trial Testimony Anne Arundel District Court 4/25/2022.

Dyes v BWMC C-02-CV-21-000551 Thomas Marriner, Esq., Booth, Cropper & Marriner, PC Deposition 6/28/2022.

Mills v. Chang, CAL 20-18384 Elliott Petty, Esq. PK Law. Deposition 9/14/2022.

Caple v. Lakhani, 03-C-17-012367. Chad Joseph, Esq. Baxter, Baker, Sidle, Conn & Jones, P.A. Trial Testimony, Baltimore County Circuit Court, 9/19/2022.

Knox v. Aung (Ermond Scott v. Sinai Hospital) 24-C-20-001373 Michelle Mitchell, Esq. Wharton Levin Ehrmantraut & Klein. Trial Testimony, Baltimore City Circuit Court, 9/20/2022.

Herrera de Posada v. Basner C-03-CV-21-000603 Baltimore County Circuit Court. Kaitlan Skrainar, Esq. Neal Brown, Esq. Waranch and Brown. Deposition 10/28/22.

Aucker v. Davis/BWMC C-02 CV-21-000898 Anne Arundel Circuit Court. John Sly, Esq. and Saamia Dasti, Esq. Waranch & Brown, LLC. Deposition 11/22/22.

2023:

Harkins v Dean, et. al. 24-C-21-003081 MM Baltimore City Circuit Court. Chad Joseph, Esq. Baxter, Baker, Sidle, Conn & Jones, P.A. Deposition 1/17/23.

Shredl v. Tylers Retreat, CL21000718-00 Charlottesville, Virginia. John Peterson, Esq, Brad Michelle, Esq. Harman Claytor Corrigan Wellman PA. Richmond, VA. Deposition 2/3/23.

Bradsher v. Medstar Franklin Square Medical Center. C-03-CV-21-001793 Baltimore County Circuit Court Paul Iyob, Esq. Gleason Flynn Emig & McAfee Chtd. Deposition 3/28/23.

Harkins v Dean, et. al. 24-C-21-003081 MM Baltimore City Circuit Court. Chad Joseph, Esq. Baxter, Baker, Sidle, Conn & Jones, P.A. Trial Testimony 3/31/23.

Williamson (Bain) v. Malone et. al. C-06-CV-20-000348 Carroll County Circuit Court. Francis X. Leary, Esq. Chason, Rosner Leary & Marshall, LLC. Deposition 4/24/23.

Lacey v. Solomons Nursing Center. C-04-CV-22-000199. Michael von Diezelski, Esq., von Diezelski and Turgeon, LLC. Deposition 5/11/23.

Muul v. White, Montgomery County Circuit Court CV-15 CV 21-000147. Barry Goldstein, Esq., Saamia Dasti, Esq. Waranch & Brown, LLC. Deposition 8/16/23.

2024:

Bartolomeo v. White. Baltimore County Circuit Court. C-03-CV-22-003418. Michael Damiano, Esq. Shaw, Barnes and Damiano. Deposition 1/25/24.

Estate of Robert Deshong (Patricia Deshong) v. Manaja Sureddi, MD et al. Palm Beach County Circuit Court, Florida. 50-2022-CA-010155. James L. White, III, Esq. White Russell PA. Deposition 2/6/24.

Comber v. University of Maryland St. Joseph Medical Center. Baltimore City Circuit Court. C-03-CV-23-002471. Donna Sturtz, Esq. Nelson Mullins. Deposition 4/4/2024.

Stockman v. University of Maryland Oncology Associates. Baltimore City Circuit Court. 24-C-23-CV 001905. Anthony Breschi, Esq. Waranch & Brown, LLC. Deposition 6/5/2024.

Sellers v. Miles. Montgomery County Circuit Court. C-15-CV-23-000942. Pernell Choren, Esq. Wilson, Elser, Moskowitz, Edelman & Dicker LLP. Trial Testimony 7/11/2024, 7/15/2024.

Faith Kunda v. Lexington Plastic Surgery, Prince George's County Circuit Court, C-16-CV-23-00847. Emily Hammann, Esq. Brown & Barron, LLC. Deposition 10/24/24.

Dunlap/Sweeney v. Wallace. Circuit Court Anne Arundel County. C-02-CV-24-000481. Jim Nghieu, Esq. Pessin Katz Law, P.A. Deposition 12/4/24.

Hood v. Solomons Nursing Home/ Gurny. Circuit Court Calvert County MD. C-04-CV-23-000396. Thomas Marriner, Esq., Booth, Cropper & Marriner, PC, Deposition 12/18/24.

2025:

Kurecian v. Schreiber. Baltimore County Circuit Court C-03-CV-24-000718. Alex Carlson, Esq. Waranch and Brown, LLC. Deposition 2/13/2025.

Raines (Greco) v. Malcolm. Frederick County Circuit Court C-10-CV-23-000755. Matt Fogelson, Esq. Varner and Goundry, P.C. Deposition 3/11/25.

Whalen v. Marlboro Leasing. Prince Georges County Circuit Court CV-16-CV-23-005934. Robert Maynard, Esq. Armstrong, Donohue, Ceppos, Vaughan, & Rhoades, Chtd. Testimony, 3/20/25.

Aniunas v. Beck. Worcester County Circuit Court C-23-CV-23-00245 Curt Booth, Esq. Booth Cropper Marriner. Deposition 4/7/25.

Wilkins v. Khan. Prince Georges County C-16-CV-23-004512. Carolyn Demougeot, Esq. Armstrong, Donohue, Ceppos, Vaughan & Rhodes, Chtd. Deposition 4/10/25.

McBain v. Cohen. Montgomery County Circuit Court, C-15-CV-24-000810. Robert Maynard, Esq. Armstrong, Donohue, Ceppos, Vaughan, & Rhoades, Chtd. Deposition 4/22/25.

William L. Anderson v. Lawrence S.C. Wang, MD. US District Court for the Western District of Virginia, 7:22cv612. Leanna Minix, Esq. Harman Claytor Corrigan Wellman PA. Testimony 5/2/25.

Carstens v. AAMC. Anne Arundel Circuit Court, C-02-CV-24-002386. Mike von Diezelski, Esq. von Diezelski and Turgeon, LLC. Deposition 7/2/25

Eissey v. Castillo. Circuit Court of Palm Beach County, Florida. 50-2024-CA-000717. James L. White, III, Esq. White Russell PA. Deposition 7/21/25.

Aniunas v. Beck. Worcester County Circuit Court C-23-CV-23-00245. Curt Booth, Esq. Booth Cropper Marriner. Trial Testimony 7/24/25.

Nash v. O'Donnnell. Anne Arundel Circuit Court, C-02-CV-25-00343. Trevor M. Shaw, Esq. Wiggins Law Group. Deposition 10/14/25.

Kurecian v. Schreiber. Baltimore County Circuit Court C-03-CV-24-000718. Alex Carlson, Esq. Waranch and Brown, LLC. Testimony 11/18/25-11/19/25.

2026:

Lee v. BWMC. Anne Arundel Circuit Court C-02-CV-25-000278. Tom Marriner, Esq. Booth, Cropper & Marriner, P.C. Deposition 1/13/26.

Washington v. Corriveau. Montgomery County Circuit Court. C-15-CV-25-000100. Matt Fogelson, Esq. Varner & Goundry, P.C. Deposition 1/16/2026.

Infectious Disease Associates
11085 Little Patuxent Parkway #204
Columbia, MD 21044
Phone 443-838-2664
Fax 410-418-8552

July 1, 2025

RE: B. Mark Landrum, M.D. Fee Schedule

The current fee schedule for legal review is as follows:

| | |
|---|---|
| Hourly rate: | $500 / hour with 2 hour minimum for initial review and conference call |
| Depositions: | $750 / hour with 2 hour minimum |
| Trial testimony: | $3200 for half day plus related travel if necessary |
| | $5000 for full day plus travel/lodging if necessary |

Cancellation policy (Depositions, Trial Testimony)
Notification 6 or more business days prior to event; no charge,
5 business days to 48 hours prior to event; 50% of minimum fee,
Less than 2 business days prior to event; 100 % of minimum fee.

We request that invoices be paid within 30 days of receipt.

Please forward electronic links for records to idassociates@yahoo.com.
Please forward physical records, digital media on flash drive or CD or written communication related to the case to:

B. Mark Landrum, MD
9716 Rugby Ct.
Ellicott City, MD 21042

If there are questions, please contact Dr. Landrum directly at 443-838-2664 or via email at idassociates@yahoo.com .

Thank you.

# Infectious Disease Associates

11085 Little Patuxent Pkwy #204
Columbia, Maryland 21044
Phone 410-418-8550
Fax 410-418-8552

Lars Knutson, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
2231 East Camelback Road, Suite 200
Phoenix, AZ 85016

Expert's Name: Benjamin Mark Landrum, M.D.
Expert's Address: P.O. Box 2377
Ellicott City, MD 21041-2377
Tax ID Number: 91-2189938 DOB 09/11/1971

Check Made Payable To: Infectious Disease Associates, PA

Invoice 2607
HMC-26-01

Date
1/12/2026

Case: Hastings v. Montana Carriers Inc.
Case No.: 6:25-CV-06053-SOH
File: 14147-810

| Dates of Service | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 1/1/26 | Review of CHI St. Vincent Records, | 1.1 | | |
| 1/1/26 | Complaint | 0.3 | | |
| 1/2/26 | Death Certificate, Baptist Health Conway | 1.2 | | |
| 1/3/26 | 2024 status Southern Arkansas | 1.1 | | |
| 1/5/26 | Arkadelphia and ED visit | 0.4 | | |
| 1/5/26 | Return to CHI St Vincent ,Minor UAMS | 1.7 | | |
| 1/6/26 | Causation opinions summary | 0.5 | | |
| 1/6/26 | Call, L. Knutson Esq. and J. Puryear, Esq. | 1.1 | | |
| | Total time | 7.4 | $500/hr | $ 3700.00 |

**Total $ 3700.00**

**<u>Please Make Check Payable to:</u>**
**Infectious Disease Associates, PA**
**PO Box 2377**
**Ellicott City MD 21041-2377**

Infectious Disease Associates
11085 Little Patuxent Pkwy #204
Columbia, Maryland 21044
Phone 410-418-8550
Fax 410-418-8552

Lars Knutson, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
2231 East Camelback Road, Suite 200
Phoenix, AZ 85016

Expert's Name: Benjamin Mark Landrum, M.D.
Expert's Address: P.O. Box 2377
Ellicott City, MD 21041-2377
Tax ID Number: 91-2189938 DOB 09/11/1971

Check Made Payable To: Infectious Disease Associates, PA

Invoice 2610
HMC-26-02

Date
1/29/2026

Case: Hastings v. Montana Carriers Inc.
Case No.: 6:25-CV-06053-SOH
File: 14147-810

| Dates of Service | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 1/16/26 | Twin Rivers Records, Report organization | 0.4 | $500/hr | |
| 1/18/26 | Centerwell Records focused on 1/2024-9/2024, including home health | 1.3 | | |
| 1/19/26 | Report planning and writing | 1.4 | | |
| 1/21/26 | Report | 0.9 | | |
| 1/23/26 | Report and focused record review, including Howard Memorial and Centerwell | 4.1 | | |
| 1/24/26 | Call, J. Puryear, Esq. & L. Knutson ,Esq. | 1.0 | | |
| 1/24/26 | Report edit/references | 0.4 | | |
| 1/25/26 | New Twin Rivers17864-18605 (2.1), CHI rehab 11/9/24, S. Arkansas Rehab 7/2024 | 2.9 | | |
| 1/26/26 | MAGGIC and SHFM details/references, chart mining for specifics | 2.1 | | |
| 1/26/26 | Report | 3.2 | | |
| 1/27/26 | Report: finalize Medical Course, Bates references 2.5, Revise following Call (below) 1.0 | 3.5 | | |
| 1/27/26 | Call, J. Puryear, Esq. & L. Knutson, Esq. | 1.0 | | |
| 1/27/26 | Finalize report | 1.8 | | |
| 1/28/26 | Call, J. Puryear, Esq & L. Knutson, Esq. and final proof, sign, scan, send. | 0.3 | | |
| | Total time | 24.3 | $500/hr | $ 12,150.00 |

**Total $ 12, 150.00**

**<u>Please Make Check Payable to:</u>**
**Infectious Disease Associates, PA**
**PO Box 2377**
**Ellicott City MD 21041-2377**