**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HOT SPRINGS DIVISION**

**MIKKI HASTINGS, AS PERSONAL REPRESENTATIVE AND SPECIAL ADMINISTRATRIX OF THE ESTATE OF WILLIS PAUL LEE, JR., DECEASED, ON BEHALF OF THE INDIVIDUAL AND SURVIVAL HEIRS AND WRONGFUL-DEATH BENEFICIARIES OF WILLIS PAUL LEE, JR., DECEASED** — **PLAINTIFF**

**v.** — **No. 6:25-CV-06053-SOH**

**MONTANA CARRIERS, *ET AL.*** — **DEFENDANTS**

**MOTION *IN LIMINE***
**TO EXCLUDE LOOMING OPINIONS BY DANILE BOWMAN**

Plaintiff moves *in limine* to exclude opinions by accident reconstructionist Daniel Bowman regarding "looming." Plaintiff pleads as follows in support of this motion:

1. Defendants intend to offer opinion testimony from their accident reconstructionist expert, Daniel Bowman, the collision leading to this case "align[s] with a looming scenario." Ex. 1, Depo of Daniel Bowman at 171.

2. This opinion is offered even though Bowman is not an expert on human factors and Bowman lacks the necessary data to perform a looming analysis in this case.

3. This testimony should not be allowed. It does not meet the threshold requirements for expert testimony imposed by Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993).

4. A brief explaining the bases for this relief is filed along with this motion.

Wherefore, the Court should enter an order *in limine* excluding Bowman's looming opinions.

Respectfully submitted,

BY: *Bryce Brewer*
Bryce Brewer (ABN 2002013)
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
Little Rock, AR 72222
(501) 868-2500
(501) 868-2505 - facsimile
bbrewer@rainfirm.com

**CERTIFICATE OF SERVICE**

I, Bryce Brewer, do hereby certify that a true and correct copy of the above and foregoing pleading has been served upon the following attorneys of record via electronic mail, this 22nd day of June 2026.

Jeffrey W. Puryear
PURYEAR, MAYFIELD & MCNEIL, P.A.
3000 Browns Lane
Jonesboro, AR 72401
(870) 932-0900
jpuryear@pmmlawfirm.com

*Bryce Brewer*
Bryce Brewer