IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MIKKI HASTINGS, as Personal Representative and Special Administratrix of the Estate of WILLIS PAUL LEE, JR., deceased, on behalf of individual and survival heirs and wrongful death beneficiaries of WILLIS PAUL LEE, JR., deceased — PLAINTIFF

v. — Case No. 6:25-cv-6053

MONTANA CARRIERS, INC.; JAGDEEP DHILLON; JOHN DOES 1-3; and JOHN DOE ENTITIES 1-3 — DEFENDANTS

**ORDER OF REFERENCE**

**IT IS HEREBY ORDERED** that this case be referred to the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, for all further proceedings and the entry of final judgment in accordance with the attached consents.

**IT IS SO ORDERED**, this 24th day of June, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge