IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

MIKKI HASTINGS as Personal Representative
And SPECIAL ADMINISTRATRIX of the Estate
of WILLIS PAUL LEE, JR., DECEASED, on behalf of the
individual and survival heirs and Wrongful Death
Beneficiaries of WILLIS PAUL LEE, JR., deceased PLAINTIFF

V. CASE NO.: 6:25-cv-06053

MONTANA CARRIERS, INC. et al. DEFENDANTS

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Come now the parties, by and through their respective counsel, and stipulate to the following dismissal with prejudice:

1. Plaintiff, Mikki Hastings as Personal Representative and Special Administratrix of the Estate of Willis Paul Lee, Jr., Deceased, has resolved all claims filed against Defendants, Montana Carriers, Inc. and Jagdeep Dhillon.

2. Plaintiff stipulates to the dismissal with prejudice of all claims filed against Defendants.

3. The parties will each bear his, her or their own costs and attorneys' fees in connection with this matter.

Respectfully submitted,

Bryce Brewer (2002013)
RAINWATER, HOLT & SEXTON, P.A.
P.O. Box 17250
Little Rock, AR 72222
Telephone (501) 868-2500
Telefax (501) 868-2505
bbrewer@rainfirm.com

By:/s/ Bryce Brewer

*Attorney for Plaintiff,*
*Mikki Hastings as Personal Representative*
*and Special Administratrix of the Estate*
*of Willis Paul Lee, Jr., Deceased*

Brian Del Gatto (admitted pro hac vice)
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER, LLP
2231 East Camelback Road, Suite 200
Phoenix, AZ 85016
(914) 584-9187
Brian.DelGatto@wilsonelser.com

and

Jeffrey W. Puryear (93109)
Mark Mayfield (93180)
PURYEAR MAYFIELD & McNEIL, P.A.
3000 Browns Lane
Jonesboro, Arkansas 72401
(870) 932-0900
jpuryear@pmmlawfirm.com
mmayfield@pmmlawfirm.com

By: /s/ Jeffrey W. Puryear

*Attorneys for Defendants,*
*Montana Carriers, Inc. and Jagdeep Dhillon*